CJ-2022-5727
Timmons

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

SUSAN PARISI          )
    Plaintiff,          )
v.                    )
C CASHION WINDOWS, LLC )
d/b/a RENEWAL BY ANDERSON OF )
OKLAHOMA, and BMO HARRIS )
BANK, NA d/b/a GREENSKY, LLC, )
    Defendants.          )

**FILED IN DISTRICT COURT
OKLAHOMA COUNTY**

NOV 2 2 2022

**RICK WARREN
COURT CLERK**

37_____

**PETITION**     **CJ-2022-5727**

**COMES NOW** the Plaintiff, Susan Parisi ("Ms. Parisi") by and through her counsel of

record, M. Kathi Rawls and Minal Gahlot of Rawls Gahlot, PLLC, and for her Petition and Class

Action claims states as follows:

### PARTIES

1) Plaintiff, Ms. Parisi is currently a resident of Oklahoma County, State of Oklahoma, and

has been for more than six (6) months prior to the filing of this litigation.

2) Defendant, BMO Harris Bank, NA is a national lender issuing loans under the name of

Greensky LLC and will be referred herein as Harris/Greensky.

3) Defendant Renewal by Anderson of Oklahoma (Anderson) is a domestic entity licensed

to conduct business in the State of Oklahoma.

### JURISDICTION AND VENUE
(Plaintiff hereby incorporates ¶¶ 1-3 above)

4) This matter is filed against the Defendants in Oklahoma County as it is the

residence county of Ms. Parisi.

5) Each Defendant may be served through its registered service agent or head teller

and regularly conducts business in the State of Oklahoma.

1

Exhibit 1

6) BMO Harris Bank N.A. is the actual lender identified on the GreenSky Loan Agreement.

## Facts Supporting Each Claim
(Plaintiff hereby incorporates ¶¶ 1-6 above)

7) Ms. Parisi was interested in Anderson's advertised replacement windows for her home in Oklahoma City, OK.

8) Ms. Parisi met with Russell Kelley (Russell), of Defendant, C Cashion Windows, LLC d/b/a Renewal by Andersen of Oklahoma (Anderson) on or around 11/23/2021.

9) Russell indicated Ms. Parisi could purchase the windows with zero money down, zero interest on the loan for two years and zero payments for 24 months after the installation.

10) Ms. Parisi informed Russell she had recently been diagnosed with multiple myeloma and would need the 24 month option due to her health issues and its treatment.

11) Russell and Ms. Parisi discussed the windows she wanted to replace and made choices regarding those windows.

12) Russell indicated that they would install the 9 windows on a "split plan"; planning to install five windows now and the rest at another time.

13) Russell showed Ms. Parisi an IPad to evidence that she had been approved for that type loan but the terms of the credit extension contract were not visible, he didn't release the IPad and Ms. Parisi was not provided the opportunity to read it.

14) Russell assured Ms. Parisi that she would be emailed a copy of the contract.

15) Based upon Russell's statements, Ms. Parisi agreed to the purchase but didn't execute any documents; only the IPad.

16) Russell never mailed her a copy of the contract and Ms. Parisi was not provided any accurate disclosures about the interest she would be paying on the credit extension.

17) On or about December 7, 2021, Ms. Parisi was notified by Defendant BMO Harris Bank d/b/a Greensky LLC (Harris/Greensky) that Anderson had received an advance payment of $8,871.50 for the sale of its windows to Ms. Parisi and that her payments would start 6 months after installation of the windows.

18) Greensky's letter also informed Ms. Parisi that if she didn't authorize the payment to contact Harris/Greensky immediately, which Ms. Parisi did.(Exhibit 1, Harris/Greensky Letter to Parisi)

19) Ms. Parisi immediately contacted Russell with Anderson; who falsely told Ms. Parisi this had never happened before and he would follow up to find out what happened.

20) Ms. Parisi never heard from Russel again.

21) Ms. Parisi then contacted Harris/Greensky to inform them she had not authorized the payments, was unaware of their involvement, had not been informed of the interest rate, and had not agreed for payments to start six months after the installation of windows.

22) Ms. Parisi informed Harris/Greensky she could not agree to such a loan because of the cancer treatment she was undergoing which would not be completed until the end of 2022.

23) Anderson never installed any windows at Ms. Parisi's home.

24) Ms. Parisi disputed that she owed Harris/Greensky any money on the contract; a fact acknowledged by Harris/Greensky in writing to Ms. Parisi shortly thereafter.

25) Harris/Greensky ignored Ms. Parisi's request to delete its tradeline, ignored the fact Anderson defrauded her, and ignored her request to provide her a copy of the signed contract.

26) On December 10, 2021, Ms. Parisi again objected to the new loan being reported under her name and credit history.(Exhibit ___, 12/10/21 Parisi  Email to Harris/Greensky)

27) Harris/Greensky failed to conduct any written investigation on Ms. Parisi's complaints but instead stated it would "get the plan changed" for her.(Exhibit__, 12/14/21 email to Ms. Parisi)

28) On 12/17/21, Harris/Greensky stated, "got the plan changed and to let Harris/Greensky know when the account was created". (12/17/21 Harris/Greensky email to Parisi)

29) Remarkably, Harris/Greensky sent Ms. Parisi a letter stating that she had failed to "participate" in her own complaint and its resolution.(Exhibit __, Harris/Greensky letter to Parisi)

30) Harris/Greensky continued its false reporting on the alleged loan it purchased from Anderson.

31) Ms. Parisi has endured continued stress from Harris/Greensky's harassment and defamation throughout 2022.

32) Harris/Greensky's actions herein are a violation of the 7/12/21 CFPB Consent Order entered into by Harris/Greensky.

33) .On July 18, 2022, Ms. Parisi sent a formal letter to Harris/Greensky again reiterating the details of Anderson's fraud and Harris/Greensky's participation but it failed to result in Harris/Greensky ceasing to falsely report about her.

4

34) Harris/Greensky was then notified that Ms. Parisi had retained undersigned counsel as a result of its actions and all future communications should cease with Ms. Parisi.

35) Harris/Greensky continued to contact Ms. Parisi after receipt of undersigned counsel and continues to defame her in its credit reporting.

36) Harris/Greensky has previously stipulated to an Agreed Order finding it violated the Consumer Financial Protection Bureaus' rules when accepting assignment of loans from entities such as Anderson.

37) Defendant Harris/Greensky regularly accepts assignment of loans originated by Anderson even though it is aware that Anderson regularly fails to abide by Oklahoma's Consumer Protection Act or Consumer Protection Act.

38) Anderson regularly extends credit to consumers to facilitate the sale of its windows and is subject to the Oklahoma Consumer Credit Code (OCC) and the Oklahoma Consumer protection Act by failing to provide accurate and timely disclosures of loan terms prior to consummation.

39) Anderson committed fraud and forgery when its agent falsely indicated the terms of the window sale credit extension, violated its contract, forged Ms. Parisi's signature, failed to provide meaningful lending disclosures prior to consummation, failed to provide a copy of its contract, did not provide written disclosures and agreement to the use of electronic signatures, and cause Ms. Parisi immense emotional distress during her cancer treatment.

40) Harris/Greensky committed its own independent acts of fraud by stating that it would resolve the issue of Ms. Parisi's fraud but then ratified by accepting the benefits of it.

41) Harris/Greensky continued to harass and bill Ms. Parisi, falsely indicating that she was past due; causing Ms. Parisi unnecessary anguish and emotional distress.(Exhibit __, 10/2/22 Past Due Notice from Harris/Greensky)

42) Harris/Greensky failed to conduct a meaningful investigation of Ms. Parisi's dispute following receipt of Ms. Parisi's statements in its regard.

43) Harris/Greensky has purposefully and intentionally continued to falsely report that Ms. Parisi is in default even after undersigned counsel requested all communications cease.

44) Ms. Parisi notifies the Defendants of a spoliation notification; Defendants are admonished to not spoilage evidence; including but not limited to telephone recordings and emailed communications.

45) Ms. Parisi is entitled to her actual, consequential, statutory and exemplary damages as a result of the Defendants actions, along with her attorney fees and costs.

*s/ M. Kathi Rawls*
M. Kathi Rawls, OBA #18814
Minal Gahlot, OBA#22145
Rawls Gahlot, PLLC
2404 S. Broadway
Moore, Ok 73160
Phone: 405-912-3225
Email: kathi@rawlsgahlot.com
Email: minal@rawlsgahlot.com
ATTORNEYS FOR PLAINTIFF

**JURY TRIAL DEMANDED**
**ATTORNEY LIEN CLAIMED**




000026

12/07/2021

Account Activity Update

Dear SUSAN K PARISI,

For your records, this is an account activity update.

Please note: **No payment is due and no interest will be charged until your project is complete.***

You can also go to www.greenskyonline.com to access your account online and review your loan documents.

Regards,

BMO HARRIS BANK N.A.
GreenSky® Program

If you did NOT authorize this account or these charges, please contact us at service@greensky.com or **866-936-0602** immediately!

* This is what Complete means: The **purchase window will close on 05/26/2022** or when your merchant submits a final transaction and confirms the job is complete, whichever comes first.



PLAINTIFF'S
EXHIBIT

1

**Your Billing Rights: What To Do If You Find a Mistake on Your Statement**

**If you think there is an error on your statement, write to us at:**

GreenSky® Program
Attention: Disputes
PO Box 29429
Atlanta, GA 30359
You may also contact us at **service@greensky.com**.

In your letter, give us the following information:
- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.

**While we investigate whether or not there has been an error, the following are true:**
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your available loan funds (if any).

**Your Rights If You Are Dissatisfied With Your Payment Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your payment card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:
1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your payment card for the purchase.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing.

**When Will You Credit My Payment?**

As of the business day we receive it, as long as payments are made by 6 p.m. ET.

The Servicemembers Civil Relief Act (SCRA) provides important financial and legal protections to servicemembers, including caps on interest rates and stays of certain legal proceedings. Learn more online at www.militaryonesource.mil (search for "SCRA").

## Re: GreenSky case 04386281 [ ref:_00Dd0dh5w._5003o1VuXKY:ref ]

From:  Customer Solutions (cst@greensky.com)

To:     sparisi21@yahoo.com

Date:  Friday, December 10, 2021, 01:43 PM CST

Hi Susan,

I am sorry and understand your frustration. I have reached out to the merchant about your concern. Our records shows you signed agreeing to the loan terms. Loan plan 7541, you will not be billed until the project is fully completed. Once completed, you will have 24 months with interest waived and required minimum payment due. Please call me if you have further questions.

Thank you

--------------- Original Message ---------------
**From:** Susan Parisi [sparisi21@yahoo.com]
**Sent:** 12/10/2021 1:29 AM
**To:** cst@greensky.com
**Subject:** Re: GreenSky case 04386281 [ ref:_00Dd0dh5w._5003o1VuXKY:ref ]

You did NOT explain any loan process to me and I do NOT authorize any transaction which I have already stated. I do NOT do well with lies.  I have many questions related to this situation. I was told I qualified for a 24 month, NO money down, No Interest, and NO payment situation to begin 24 months after installation, now I am being told I did NOT qualify for that and you have removed that original offer. Well this is to inform you again that I am NOT doing business with you or Renewal by Anderson and IF you sent them money without my consent that is ON you NOT me. I did NOT authorize anything.   I will provide you the name of my attorney and they will deal with this. This is a very sketchy situation you have set up with Renewal by Anderson I suggest this gets straightened out quickly.   Susan Parisi

On Thursday, December 2, 2021, 07:57:40 AM CST, Customer Solutions <cst@greensky.com> wrote:

Good Morning Susan,

After explaining the loan process, do you authorize this transaction? If you have any questions, please give me a call.

--------------- Original Message ---------------
**From:** Customer Solutions [cst@greensky.com]
**Sent:** 12/1/2021 5:02 PM
**To:** sparisi21@yahoo.com
**Subject:** Re: GreenSky case 04386281 [ ref:_00Dd0dh5w._5003o1VuXKY:ref ]

The account will be charged because it is part of the loan process but based on your loan plan, we will not bill you until the job is completed or purchase window expiration date-05/26/22. So the account is being charged but you are not going to be billed just yet.

--------------- Original Message ---------------
**From:** Susan Parisi [sparisi21@yahoo.com]



1/2

Ref #

## Re: GreenSky case 04386281 [ ref:_00Dd0dh5w._5003o1VuXKY:ref ]

From:  Customer Solutions (cst@greensky.com)

To:    sparisi21@yahoo.com

Date:  Friday, December 17, 2021, 02:55 PM CST

Hi Susan,

I got the plan change approved. I will let you know once the account is created.

-------------- Original Message --------------
**From:** Customer Solutions [cst@greensky.com]
**Sent:** 12/14/2021 4:21 PM
**To:** sparisi21@yahoo.com
**Subject:** Re: GreenSky case 04386281 [ ref:_00Dd0dh5w._5003o1VuXKY:ref ]

Hey Susan,

I am going to see if I can get the plan change approved. I will call you with an update.

-------------- Original Message --------------
**From:** Customer Solutions [cst@greensky.com]
**Sent:** 12/10/2021 2:43 PM
**To:** sparisi21@yahoo.com
**Subject:** Re: GreenSky case 04386281 [ ref:_00Dd0dh5w._5003o1VuXKY:ref ]

Hi Susan,

I am sorry and understand your frustration. I have reached out to the merchant about your concern. Our records shows you signed agreeing to the loan terms. Loan plan 7541, you will not be billed until the project is fully completed. Once completed, you will have 24 months with interest waived and required minimum payment due. Please call me if you have further questions.

Thank you

-------------- Original Message --------------
**From:** Susan Parisi [sparisi21@yahoo.com]
**Sent:** 12/10/2021 1:29 AM
**To:** cst@greensky.com
**Subject:** Re: GreenSky case 04386281 [ ref:_00Dd0dh5w._5003o1VuXKY:ref ]

You did NOT explain any loan process to me and I do NOT authorize any transaction which I have already stated. I do NOT do well with lies. I have many questions related to this situation. I was told I qualified for a 24 month, NO money down, No Interest, and NO payment situation to begin 24 months after installation, now I am being told I did NOT qualify for that and you have removed that original offer. Well this is to inform you again that I am NOT doing business with you or Renewal by Anderson and IF you sent them money without my consent that is ON you NOT me. I did NOT authorize anything.  I will provide you the name of my attorney and they

PLAINTIFF'S
EXHIBIT
3

1/3



PO Box 29429
Atlanta, GA 30359


12/27/2021


SUSAN K PARISI
1613 N MARKWELL AVE
OKLAHOMA CITY , OK 73127


Dear SUSAN,

GreenSky® received your complaint. This matter is important to us, and GreenSky is committed to working with you to resolve your complaint.

In order to address your concerns, we need additional information from you. Our Customer Solutions Advocate has made several efforts to reach you for this additional information, but has been unsuccessful in those attempts.

Because we are unable to resolve your complaint without your participation, we have closed this matter at this time. Upon receipt of the needed information, we will happily reopen your case for further investigation. Please note that your loan and obligations under the loan agreement are still in effect.   In order to protect your credit, please continue to make your required payments.

Our goal is to provide excellent customer service, and we are eager to address your concern. To provide the information requested, please contact your Customer Advocate at 855-849-0088 and reference this letter. If your concern has already been addressed and resolved, please let us know.

Sincerely,

GreenSky® Loan Services


2111233004




PLAINTIFF'S
EXHIBIT

4



**A Goldman Sachs Company**
PO Box 2730
Alpharetta, GA 30023



T9 P1 152562-4-3-1 - 4849
SUSAN PARISI
1613 N MARKWELL AVE
OKLAHOMA CITY, OK  73127-3042
004849

<u>Past Due Notice</u>

10/02/2022

Account Number Ending in: 262561
Total Balance: $9,688.50
Past Due Amount: $224.50
Fees: $78.00
Amount Due by 10/20/2022: $449.00
Lender: BMO HARRIS BANK N.A.

Dear SUSAN,

Thank you for being a valued customer. We noticed that you missed your most recent payment on your GreenSky® Program Loan. As a result, your account is now past due. We ask that you pay the Past Due Amount of $224.50 now. The Amount Due by 10/20/2022 includes the Past Due Amount and the current month's payment.

You can make a payment online at www.greenskyonline.com/greensky/guest-portal, by calling 833-981-1372, or mailing your payment to:

Dept #3025, GreenSky® Program
PO Box 2153, Birmingham AL 35287-3025

Please include your payment slip or coupon with your mailed payment or note your account number on your check.

If you have any questions, or would like to notify us of a payment, please contact us toll-free at 833-981-1372 Monday through Thursday 8am-11pm, Friday 8am-10pm, and Saturday 8am-5pm - All Eastern Time.

Sincerely,

BMO HARRIS BANK N.A.
GreenSky® Program
833-981-1372

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**IF YOU HAVE BEEN DISCHARGED FROM LIABILITY ON THIS ACCOUNT BECAUSE OF BANKRUPTCY PROCEEDINGS, OR IF YOU ARE THE SUBJECT OF A PENDING BANKRUPTCY PROCEEDING, THIS LETTER IS MEANT FOR INFORMATION PURPOSES ONLY AND IS NOT INTENDED AS AN ATTEMPT FOR PAYMENT OR TO IMPOSE PERSONAL LIABILITY FOR ANY OBLIGATION.**

See Reverse Side for City and State Notices.



PLAINTIFF'S
EXHIBIT

5

**Important Notice for Washington, D.C. Residents:**

**You have the right to request any of the following concerning your debt:**

1. **Documentation of the name of the original creditor as well as the name of the current creditor or owner of your debt;**
2. **Your last account number with the original creditor;**
3. **A copy of the signed contract, signed application, or other documents providing evidence of your liability and its terms;**
4. **The date that your debt was incurred;**
5. **The date of your last payment, if applicable; and,**
6. **An itemized accounting of the amount claimed to be owed including the amount of the principal, the amount of any interest, fees, or charges, and whether the charges were imposed by the original creditor, a debt collector, or a subsequent owner of the debt.**

**You may request the above information by contacting us by phone at 833-981-1372, email at service@greensky.com, or mail at GreenSky® Program, P.O. Box 2730, Alpharetta, GA 30023.**

# **NY RESIDENTS:** YOU MAY REQUEST US TO PROVIDE COLLECTION COMMUNICATIONS IN AN ALTERNATIVE, REASONABLY ACCOMODATABLE FORMAT SELECTED BY US BY CALLING 833-909-4064.

©2006-2022 GreenSky, LLC | GreenSky® and GreenSky Patient Solutions® are loan program names for certain consumer credit plans extended by participating lenders to borrowers for the purchase of goods and/or services from participating merchants/providers. Participating lenders are federally insured, federal and state chartered financial institutions providing credit without regard to age, race, color, religion, national origin, gender or familial status. GreenSky® and GreenSky Patient Solutions® are registered trademarks of GreenSky, LLC. GreenSky Servicing, LLC services the loans on behalf of participating lenders. NMLS #1416362. GreenSky, LLC and GreenSky Servicing, LLC are subsidiaries of Goldman Sachs Bank USA. All rights reserved. Loans originated by Goldman Sachs are issued by Goldman Sachs Bank USA, Salt Lake City Branch.