IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| SUSAN PARISI | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| GREENSKY, LLC, | ) |
| C CASHION WINDOWS, LLC | ) |
| d/b/a RENEWAL BY ANDERSON OF | ) |
| OKLAHOMA, and BMO HARRIS | ) |
| BANK, NA, | ) |
|     Defendants. | ) |

**SUMMONS**

GREETINGS:      BMO HARRIS BANK, NA. GREENSKY PROGRAM
5564 Glenridge Connector,
Suite 700,
Atlanta, GA 30342

You have been sued by the above-named Plaintiff and you are directed to file a written answer to the attached Petition in the court at the above address within twenty (20) days after service of the summons upon you exclusive of the day of service. Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of the action.

Issued this __22__ day of November, 2022.

RICK WARREN, Court Clerk

Court Clerk
By:_____
        Deputy Court Clerk

Attorney for Plaintiff:
_M. Kathi Rawls with permission_
M. Kathi Rawls, OBA# 18814
Minal Gahlot, OBA# 22415
Rawls Gahlot, P.L.L.C.
2404 S. Broadway
Moore, OK 73160
405-912-3225

This summons was served on _____.
                (Date of service)

_____
(Signature of person serving)

**YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.**

Exhibit 2