**IN THE DISTRICT COURT OF OKLAHOMA COUNTY**
**STATE OF OKLAHOMA**

SUSAN PARISI,                                    )
                                                 )
                                                 )
        Plaintiff,                               )
                                                 )
v.                                               )        Case No. CJ-2022-5727
                                                 )        Judge Aletia Haynes Timmons
C CASHION WINDOWS, LLC d/b/a                     )
RENEWAL BY ANDERSON OF                           )
OKLAHOMA, and BMO HARRIS                         )
BANK, NA d/b/a GREENSKY, LLC,                    )
                                                 )
        Defendants.                              )

**DEFENDANT GREENSKY, LLC'S, INCORRECTLY IDENTIFIED AS BMO HARRIS BANK, NA D/B/A GREENSKY, LLC, NOTICE OF FILING NOTICE OF REMOVAL**

Defendant GreenSky, LLC, incorrectly identified as BMO Harris Bank, NA d/b/a GreenSky, LLC (hereinafter "GreenSky"), has filed a Notice of Removal with the Clerk of the United States District Court for the Western District of Oklahoma. A true and correct copy of GreenSky's Notice of Removal is attached hereto as **Exhibit A** and incorporated herein.

Accordingly, this action is hereby removed to the United States District Court. This Court is respectfully required to proceed no further in this action.

**Exhibit 5**

2

Respectfully submitted,

_____
Derrick T. DeWitt, OBA #18044
Kyle R. Prince, OBA #33040
DeWITT PARUOLO & MEEK
P.O. Box 138800
Oklahoma City, OK 73113
T: (405) 705-3600
F: (405) 705-2573
ddewitt@46legal.com
kprince@46legal.com
*Attorneys for Defendant GreenSky, LLC, incorrectly*
*identified as BMO Harris Bank, NA d/b/a*
*GreenSky, LLC*

## CERTIFICATE OF MAILING

This is to certify that on the 3rd day of February, 2023, a true and correct copy of the above and foregoing was mailed, postage prepaid, to:

M. Kathi Rawls, OBA #18814
Minal Gahlot, OBA #22145
RAWLS GAHLOT, PLLC
2404 S. Broadway
Moore, OK 73160
T: (405) 912-3225
kathi@rawlsgahlot.com
minal@rawlsgahlot.com
*Attorneys for Plaintiffs*

_____

3