**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| SUSAN PARISI, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. _____ |
| | ) | |
| C CASHION WINDOWS, LLC d/b/a | ) | |
| RENEWAL BY ANDERSON OF | ) | |
| OKLAHOMA, and BMO HARRIS | ) | |
| BANK, NA d/b/a GREENSKY, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF TIMOTHY D. KALIBAN**

Pursuant to 28 U.S.C. § 1746, I, Timothy D. Kaliban, declare:

1. I am the Chief Strategy Officer for GreenSky, LLC ("GreenSky") and I have been employed with GreenSky since 2012. I make this declaration in support of GreenSky's Notice of Removal pursuant to 28 U.S.C. §§ 1332(d), 1441(a), 1446, and 1453(b). I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would competently testify.

2. GreenSky, LLC is a limited liability company that was formed under the laws of the Georgia and maintains a principal place of business at 5565 Glenridge Connector NE, Suite 700, Atlanta, Georgia 30342.

3. My responsibilities at GreenSky include executive general management and oversight of program activities, including servicing, product management/development, systems and technology, and risk management. I am generally familiar with the account books and records of GreenSky, including the tracking of consumer loans for which GreenSky acts as a program administrator and service provider.

Exhibit 6

4.    Following the filing of Plaintiff's Amended Petition and Motion to Certify a Class Action in this action, I reviewed GreenSky's records with respect to consumers in Oklahoma who satisfy Plaintiff's definition of the Class: (a) all Oklahoma consumers; (b) who within one year prior to the filing of this action (November 22, 2022); (c) received financing from GreenSky through C Cashion Windows, LLC d/b/a Renewal by Anderson of Oklahoma.

5.    Based on my review of GreenSky's records, I have determined that there are 1,651 GreenSky customers who are potential members of the Class.

6.    I declare under the penalty of perjury that the foregoing is true and correct. Executed on this 2nd day of February, 2023.

TIMOTHY D. KALIBAN

2