

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

# IN THE DISTRICT COURT IN AND FOR <u>OKLAHOMA COUNTY</u>, OKLAHOMA

| | |
|---|---|
| Susan Parisi,<br>        Plaintiff,<br>v.<br>C Cashion Windows, LLC,<br>DBA RENEWAL BY ANDERSON OF<br>OKLAHOMA AND<br>Bmo Harris Bank NA DBA GREENSKY LLC<br>        Defendant. | **No. CJ-2022-5727**<br>**(Civil relief more than $10,000: FRAUD)**<br><br>Filed: 11/22/2022<br><br><br>Judge: Timmons, Aletia Haynes |

## PARTIES

Bmo Harris Bank NA, Defendant
C Cashion Windows, LLC, Defendant
Parisi,  Susan, Plaintiff

## ATTORNEYS

| **Attorney** | **Represented Parties** |
|---|---|
| RAWLS,  M  KATHI (Bar #18814)<br>RAWLS LAW OFFICE, PLC<br>2404 S. BROASWAY<br>MOORE, OK 73160 | Parisi,   Susan |

## EVENTS

None

## ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**          Issue: FRAUD (FRAUD)
              Filed By: Parisi, Susan
              Filed Date: 11/22/2022

Party Name    Disposition Information

Pending.

# DOCKET

| Date | Code | Description | |
|------|------|-------------|---|
| 11-22-2022 | [ TEXT ] | | #1 |
| | | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | |
| 11-22-2022 | [ FRAUD ] | | |
| | | FRAUD | |
| 11-22-2022 | [ DMFE ] | | $ 7.00 |
| | | DISPUTE MEDIATION FEE | |
| 11-22-2022 | [ PFE1 ] | | $ 163.00 |
| | | PETITION | |
| 11-22-2022 | [ PFE7 ] | | $ 6.00 |
| | | LAW LIBRARY FEE | |
| 11-22-2022 | [ OCISR ] | | $ 25.00 |
| | | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | |
| 11-22-2022 | [ OCJC ] | | $ 1.55 |
| | | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | |
| 11-22-2022 | [ OCASA ] | | $ 5.00 |
| | | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | |
| 11-22-2022 | [ SSFCHSCPC ] | | $ 10.00 |
| | | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | |
| 11-22-2022 | [ CCADMINCSF ] | | $ 1.00 |
| | | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | |
| 11-22-2022 | [ CCADMIN0155 ] | | $ 0.16 |
| | | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | |
| 11-22-2022 | [ SJFIS ] | | $ 0.45 |
| | | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | |
| 11-22-2022 | [ DCADMIN155 ] | | $ 0.23 |
| | | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | |
| 11-22-2022 | [ DCADMIN05 ] | | $ 0.75 |
| | | DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS | |
| 11-22-2022 | [ DCADMINCSF ] | | $ 1.50 |
| | | DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | |
| 11-22-2022 | [ CCRMPF ] | | $ 10.00 |
| | | COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE | |

**11-22-2022** **[ CCADMIN04 ]** $ 0.50

COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS

---

**11-22-2022** **[ LTF ]** $ 10.00

LENGTHY TRIAL FUND

---

**11-22-2022** **[ SMF ]** $ 30.00

SUMMONS FEE (CLERKS FEE)X3

---

**11-22-2022** **[ P ]**

PETITION

Document Available (#1054035640) 🗎TIFF    📄PDF

---

**11-22-2022** **[ TEXT ]**

OCIS HAS AUTOMATICALLY ASSIGNED JUDGE TIMMONS, ALETIA HAYNES TO THIS CASE.

---

**11-22-2022** **[ ACCOUNT ]**

RECEIPT # 2022-5306086 ON 11/22/2022.

PAYOR: RAWLS GAHLOT PLLC TOTAL AMOUNT PAID: $ 272.14.

LINE ITEMS:

CJ-2022-5727: $193.00 ON AC01 CLERK FEES.

CJ-2022-5727: $6.00 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL.

CJ-2022-5727: $1.66 ON AC31 COURT CLERK REVOLVING FUND.

CJ-2022-5727: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.

CJ-2022-5727: $1.55 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.

CJ-2022-5727: $7.00 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY.

CJ-2022-5727: $0.45 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.

CJ-2022-5727: $2.48 ON AC67 DISTRICT COURT REVOLVING FUND.

CJ-2022-5727: $25.00 ON AC79 OCIS REVOLVING FUND.

CJ-2022-5727: $10.00 ON AC81 LENGTHY TRIAL FUND.

CJ-2022-5727: $10.00 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY.

CJ-2022-5727: $10.00 ON AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE.

---

**12-22-2022** **[ AMP ]**

AMENDED PETITION AND MOTION TO CERTIFY A CLASS ACTION

Document Available (#1054347121) 🗎TIFF    📄PDF

---

**01-11-2023** **[ SMF ]** $ 10.00

SUMMONS FEE

---

**01-11-2023** **[ ACCOUNT ]**

RECEIPT # 2023-5331267 ON 01/11/2023.

PAYOR: RAWLS GAHLOT PLLC TOTAL AMOUNT PAID: $ 10.00.

LINE ITEMS:

CJ-2022-5727: $10.00 ON AC01 CLERK FEES.

---

**01-23-2023** **[ A ]**

DEFENDANT GREENSKY, LLC'S INCORRECTLY IDENTIFIED AS BMO HARRIS BANK, NA D/BA GREENSKY LLC ANSWER TO PLAINTIFF'S AMENDED PETITION AND MOTION TO CERTIFY A CLASS ACTION

Document Available (#1054349023) 🗎TIFF    📄PDF

Case 5:23-cv-00115-R    Document 1-7    Filed 02/02/23    Page 4 of 4