# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF OKLAHOMA

Susan Parisi

      Plaintiff(s)

vs.
                                          Case Number:  CIV-23-115-R

C Cashion Windows, LLC et al.

      Defendant(s)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1.,which states:

> A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

GreenSky, LLC, incorrectly identified as BMO Harris Bank, NA d/b/a GreenSky, LLC
[name of party]

who is a (check one)  ☐ PLAINTIFF   ☑ DEFENDANT   in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

   (Check one)   ☐ YES   ☑ NO

2. **Does party have any parent corporations?**

   (Check one)   ☑ YES   ☐ NO

   If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

   GreenSky, LLC is a wholly owned subsidiary of Goldman Sachs Bank USA. Goldman Sachs Bank USA is a wholly owned subsidiary of The Goldman Sachs Group, Inc.

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

   (Check one)   ☐ YES   ☑ NO

   If YES, identify all such owners:

4.      **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

(Check one)   ☑ YES      ☐ NO

If YES, identify entity and nature of interest:

GreenSky. LLC is a wholly owned subsidiary of Goldman Sachs Bank USA. Goldman Sachs Bank USA is a wholly owned subsidiary of The Goldman Sachs Group, Inc., which is a publicly traded company. As such, The Goldman Sachs Group, Inc. has a direct financial interest in the outcome of this litigation.

5.      **Is party a trade association?**

(Check one)   ☐ YES      ☑ NO

If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this 7th day of February , 2023 .

| | |
|---|---|
| s/ Kyle R. Prince | |
| Signature | |
| Kyle R. Prince | 33040 |
| Printed Name | Bar Number |
| DeWITT PARUOLO & MEEK | |
| Firm Name | |
| P.O. Box 138800 | |
| Address | |
| Oklahoma City | OK    73113 |
| City | State   ZIP |
| 405-705-3600 | 405-705-2573 |
| Phone | Fax |
| kprince@46legal.com | |
| Email Address | |

## CERTIFICATE OF SERVICE

I hereby certify that on ____February 7, 2023____ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

M. Kathi Rawls and Minal Gahlot

I hereby certify that on _____ (Date), I served the same document by

☐ U.S. Postal Service          ☐ In Person Delivery

☐ Courier Service              ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

s/ Kyle R. Prince
Signature