**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| Susan Parisi | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | )   Case No. CIV-23-115-R |
| | ) |
| C CASHION WINDOWS, LLC d/b/a | ) |
| RENEWAL BY ANDERSON OF OKLAHOMA, | ) |
| and BMO HARRIS BANK, NA d/b/a | ) |
| GREENSKY, LLC. | ) |
| Defendant(s) | ) |

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Plaintiff , Susan Parisi .
(Plaintiff/Defendant)       (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ M. Kathi Rawls      3/6/23
Signature            Date

M. Kathi Rawls
Print Name

Rawls Gahlot, PLLC.
Firm

**Criminal Cases Only:**

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

2404 S Broadway Ave
Address

Moore, OK, 73160
City        State        Zip Code

405-912-3225
Telephone

Kathi@RawlsGahlot.com
Internet E-mail Address

REVISED 05/14/18

*Certificate of Service*

☑ I hereby certify that on March 6, 2023              , I electronically transmitted the attached

document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records

currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those

registered participants of the ECF System.

☐ I hereby certify that on                              , I filed the attached document with the

Clerk of the Court and served the attached document by

on the following, who are not registered participants of the ECF System:

ul M. Kathi Rawls
_____
s/ Attorney Name