IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

SUSAN PARISI                                      )
    Plaintiff,                              )
v.                                                )
C CASHION WINDOWS, LLC             )   CASE NO. CIV-23-115-R
d/b/a RENEWAL BY ANDERSON OF   )
OKLAHOMA, and                         )
BMO HARRIS BANK, NA                )
d/b/a GREENSKY, LLC,                  )
    Defendants.                            )

## PLAINTIFF SUSAN PARISI'S MOTION TO AMEND PETITION TO CORRECT THE NAMED DEFENDANT AND THE CAPTION OF THE CASE

Pursuant to LCvR 15.1, Plaintiff, Susan Parisi, respectfully moves the Court for an Order allowing her to amend her Petition.

1. Plaintiff filed her Petition in the District Court of Oklahoma County, State of Oklahoma on November 22, 2022. See Doc. 1-1. Thereafter, she filed an Amended Petition and Motion to certify a class claim on December 22, 2022 in the Oklahoma State Court. See Doc. 1-3.

2. The Petition alleges individual and class claims against two defendants, C Cashion Windows, LLC. d/b/a Renewal by Andersen of Oklahoma and BMO Harris Bank, NA d/b/a Greensky, LLC.

3. Defendant, BMO Harris Bank, NA d/b/a GreenSky, LLC (Greensky), removed this action from state court to this Court on February 2, 2023. See Doc. 1.

4. Plaintiff has since filed a Motion to remand. See Doc. 8.

5. An amendment is necessary to ensure that proper party is named and the Court has in its possession all necessary facts to determine Plaintiff's Motion to remand.

6. Since the filing, the Plaintiff's counsel has learned that the C Cashion Windows, LLC has been improperly named as a defendant in this matter.

7. According to the documents received by the Plaintiff, including a mailer received by Ms. Parisi, the correct named defendant should be Oklahoma Windows & Doors, LLC. d/b/a Renewal of Anderson of Oklahoma.  (Exhibit 1, Mailer providing the entity information).

8. The Oklahoma Secretary of State also shows that the Oklahoma Windows & Doors, LLC. d/b/a Renewal of Anderson of Oklahoma is also the only active entity involving the trade name "Renewal by Andersen."  (Exhibit 2, Secretary of State Registration).

9. This request is made in good faith and not for the purpose of delay, but rather to enable the Plaintiff and the class to properly name an indispensable party to the lawsuit.

10. Opposing Counsel for Greensky has objected to this motion.

11. This case is in the early stages of litigation and no scheduling order has been entered.

12. Plaintiff's proposed Second Amended Petition is attached hereto. (Exhibit 3, Proposed Second Amended Petition).

13. Ms. Parisi also requests that the Court update the case style accordingly.

WHEREFORE, based on the foregoing, Plaintiff Susan Parisi respectfully requests this Court enter an order allowing her to file her proposed Second Amended Petition.

                                    Respectfully,

                                    /s/Minal Gahlot
                                    M. Kathi Rawls, OBA #18814
                                    Minal Gahlot, OBA#22145
                                    Rawls Gahlot, PLLC
                                    2404 S. Broadway
                                    Moore, Ok 73160
                                    Phone: 405-912-3225
                                    Email: kathi@rawlsgahlot.com
                                    Email: minal@rawlsgahlot.com
                                    ATTORNEYS FOR PLAINTIFF

       This is to certify that on the April 28, 2023, a true and correct copy of the above and foregoing was submitted electronically through the ECF System to the following:

Derrick T. DeWitt, OBA #18044
Kyle R. Prince, OBA #33040
DEWITT PARUOLO & MEEK
P.O. Box 138800
Oklahoma City, OK  73113
Telephone: (405) 705-3600
Facsimile:  (405) 705-2573
dewitt@46legal.com
kprince@46legal.com

AND

Sean Fleming, Admitted Pro Hac Vice
MACDONALD DEVIN MADDEN KENEFICK & HARRIS, P.C.
12770 Coit Road, Suite 1100
Dallas, TX 75251
(214) 651-3383
sfleming@macdonalddevin.com
***Attorneys for Defendant BMO Harris Bank, d/b/a GreenSky, LLC***

                                                              /s/Minal Gahlot