**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| (1) SUSAN PARISI, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-23-115-R |
| | ) | |
| (1) C CASHION WINDOWS, LLC d/b/a | ) | |
| RENEWAL BY ANDERSON OF | ) | |
| OKLAHOMA, and (2) BMO HARRIS | ) | |
| BANK, NA d/b/a GREENSKY, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT GREENSKY, LLC'S, INCORRECTLY IDENTIFIED AS BMO
HARRIS BANK, NA D/B/A GREENSKY, LLC, MOTION TO COMPEL
ARBITRATION AS TO ALL CLAIMS ASSERTED BY PLAINTIFF AND TO
<u>DISMISS OR STAY CLAIMS OF PLAINTIFF PENDING ARBITRATION</u>**

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant, GreenSky, LLC, incorrectly identified as BMO Harris Bank, NA d/b/a

GreenSky, LLC (hereinafter "GreenSky"), files its Motion to Compel Arbitration as to all

claims asserted by Plaintiff Susan Parisi (hereinafter "Plaintiff"). In support of this Motion,

GreenSky respectfully shows as follows:

1.      GreenSky has simultaneously filed a Brief in Support of its Motion to

Compel Arbitration as to all claims asserted by Plaintiff outlining the arguments relating

thereto.

1

Respectfully submitted,

Dated: April 28th, 2023          */s/ Sean W. Fleming*

Sean W. Fleming
*Admitted Pro Hac Vice*
Texas State Bar No. 24027250
MACDONALD DEVIN MADDEN
KENEFICK & HARRIS, P.C.
12770 Coit Road, Suite 1100
Dallas, Texas 75251
T: (214) 744-3300
F: (214) 747-0942
SFleming@MacdonaldDevin.com

Derrick T. DeWitt, OBA #18044
Kyle R. Prince, OBA #33040
DeWITT PARUOLO & MEEK
P.O. Box 138800
Oklahoma City, OK 73113
T: (405) 705-3600
F: (405) 705-2573
ddewitt@46legal.com
kprince@46legal.com

**Attorneys for Defendant GreenSky, LLC, incorrectly identified as BMO Harris Bank, NA d/b/a GreenSky, LLC**

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th of April, 2023, I electronically transmitted this document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

M. Kathi Rawls, OBA #18814
Minal Gahlot, OBA #22145
kathi@rawlsgahlot.com
minal@rawlsgahlot.com

*Attorneys for Plaintiffs*

*/s/ Sean W. Fleming*