IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| SUSAN PARISI, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No. CIV-23-115-R |
| | ) | |
| C CASHION WINDOWS, LLC, d/b/a | ) | |
| RENEWAL BY ANDERSON OF | ) | |
| OKLAHOMA; and | ) | |
| BMO HARRIS BANK, NA, d/b/a | ) | |
| GREENSKY, LLC, | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Before the Court is Plaintiff Susan Parisi's Motion to Amend the Petition to Correct the Named Defendant and the Caption of the Case. (Doc. No. 16). She seeks to name "Oklahoma Windows & Doors, LLC. d/b/a Renewal of Anderson of Oklahoma" ("Oklahoma Windows") in the place of Defendant "C Cashion Windows, LLC d/b/a Renewal by Anderson of Oklahoma" ("Cashion") after learning, "[s]ince the filing," that Cashion was improperly named. (*Id.* at 2, ¶¶ 6-7). Defendant BMO Harris Bank, NA, d/b/a GreenSky, LLC ("GreenSky")[1] opposes the Motion on two grounds: (1) it is barred by the statute of limitations and is, therefore, futile; and (2) it is an attempt to avoid federal jurisdiction. Plaintiff has not replied to Defendant's arguments, and the Court is without sufficient briefing to rule on the Motion.

---

[1] Defendant GreenSky contends that it is incorrectly identified as BMO Harris Bank, NA. (Doc. No. 1, at 4 n.2).

Accordingly, Plaintiff is ordered to file a supplemental brief, limited to ten (10) pages in length, on or before June 19, 2023, addressing the arguments raised by Defendant in its Response (Doc. No. 22). Defendant GreenSky is permitted, but not required, to file a response to Plaintiff's supplemental brief, limited to ten (10) pages in length, within seven (7) days of the filing of Plaintiff's supplemental brief.

**IT IS SO ORDERED** this 5th day of June 2023.

_David L. Russell_
**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**