## IN THE UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SUSAN PARISI <br>     Plaintiff, | ) <br> ) <br> ) |
| v. | ) <br> ) Civil Action No.:  CIV-23-115-R |
| C CASHION WINDOWS, LLC <br> d/b/a RENEWAL BY ANDERSEN OF <br> OKLAHOMA, and BMO HARRIS <br> BANK, N.A. d/b/a GREENSKY, LLC, <br>     Defendants. | ) <br> ) <br> ) (Removed from the District Court <br> ) of Oklahoma County, State of <br> ) Oklahoma, Case No.: CJ-21-1681) |

### Exhibit 1

### DECLARATION OF M. KATHI RAWLS

I, M. Kathi Rawls, declare as follows:

1. I am a partner in the law firm of Rawls Gahlot, counsel of record for Plaintiff in this matter.  I make this declaration based upon my personal knowledge and in support of Plaintiff's Supplemental Brief in Support of Motion to Amend Petition to Correct Named Defendant:

2. On November 22, 2022, this matter was filed in Oklahoma County District Court against C Cashion Windows, LLC d/b/a Renewal by Anderson of Oklahoma ("Cashion") and BMO Harris Bank, N.A. d/b/a GreenSky, LLC ("GreenSky").

3. On December 22, 2022, prior to a Response being filed by either Defendant, Plaintiff amended her petition to include class claims and a request for class certification.

4. Defendant GreenSky was served Plaintiff's Amended Petition on January 2nd, 2023, and filed its Response in Oklahoma County District Court on January 23, 2022. (Doc. No. 1-3).

5. Defendant Cashion registered its business by certifying to the OK Secretary of State that its principle address is 4440 N. Cooper Ave Oklahoma City, Oklahoma, 73118.

6. GreenSky alleges Plaintiff is "forum shopping" by seeking Amendment to the parties in this matter, evidenced by her failure to serve Cashion.(Doc. No. 22, p. 10).

7. On December 29, 2022, Cashion was served the Petition and Summons in this matter. (Exhibit 1.1-Certified Mail to Cashion-12.29.22).

8. On or about January 20, 2023, undersigned counsel received a telephone call from a Texas attorney, William Davidson, who stated he was counsel for Cashion and further stated that Ms. Parisi had sued the incorrect entity.  Mr. Davidson stated that Defendant Cashion had been sold, no longer conducted business in the State of Oklahoma, and that Mr. Davidson himself had conducted the Cashion sale.

9. In response, on January 23, 2023, I provided Mr. Davidson with a note from Jason Cashion to Ms. Parisi on a Renewals by Andersen advertisement, a copy of Ms. Parisi's Renewals by Andersen contract, and identified the Oklahoma Secretary of State Service Agent for Cashion. (Exhibit 1.2-1.23.23 Rawls Email to Davidson).

10. In his response email of January 23, 2023, Mr. Davidson reiterated that Ms. Parisi had sued the wrong entity, that Ms. Parisi's contract did not refer to C Cashion

Windows, LLC, and that the Oklahoma Secretary of State website showed C

Cashion Windows as "inactive".(Exhibit 1.3-1.23.23 Davidson Email to Rawls)

11. Mr. Davidson did not provide the identity of the purchaser of C Cashion

Windows, LLC at any time during our phone or email communications, despite

stating that he conducted the sale.

I, M. Kathi Rawls, declare under penalty of perjury that the foregoing is true and correct

to the best of my knowledge.

M. Kathi Rawls
Attorney for Plaintiff/Declarant