

PRESORTING FIRST-
OKLAHOMA CITY OK 730
29 DEC 2022 PM 5 L

9590 9402 7533 2098 5145 68

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Rawls Gonlot, PLLC
2404 S Broadway Ave
Moore, OK 73160

Parisi Petition

**SENDER: *COMPLETE THIS SECTION***

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

C. Cashion Windows, LLC
c/o CT Corporation System
1833 S. Morgan Rd.
Oklahoma City, OK    73128



9590 9402 7533 2098 5145 68

2. Article Number *(Transfer from service label)*

7022 0410 0003 1463 5251

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Taylor B*

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

Taylor Bradersen

C. Date of Delivery

DEC 29 2022

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Mail
- ☐ Mail Restricted Delivery
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☑ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt