## Kathi Rawls

| | |
|---|---|
| **From:** | Kathi Rawls |
| **Sent:** | Monday, January 23, 2023 3:31 PM |
| **To:** | 'bdavidson@chmc-law.com' |
| **Cc:** | Minal Gahlot; 'reception@rawlsgahlot.com' |
| **Subject:** | Parisi v C Cashion Windows |
| **Attachments:** | 11.23.21 Contract P.1.pdf; C Cashion Windows, LLC dba Renewal by Andersen of Oklahoma-service agent.pdf; Note from Nephew-Jason Cashion.pdf |

| **Tracking:** | **Recipient** | **Delivery** | **Read** |
|---|---|---|---|
| | 'bdavidson@chmc-law.com' | | |
| | Minal Gahlot | Delivered: 1/23/2023 3:31 PM | Read: 1/23/2023 5:35 PM |
| | 'reception@rawlsgahlot.com' | Delivered: 1/23/2023 3:31 PM | |

Mr. Davidson,

If you handled the "selling" of the attached business in 2020, it is curious that they continued to enter into contracts after that date. (see Attached)

Mr. Davidson,

Naturally, I do not want to waste time litigating against the wrong entity. However, it appears that it is less than clear here.

Sincerely,

*M. Kathi Rawls*

**Managing Partner**

Rawls Gahlot, PLLC
2404 S. Broadway
Moore, OK 73160
405-912-3225
Kathi@rawlsgahlot.com
www.rawlsgahlot.com
**Lemon Law, Auto Sales Fraud, Debt Defense, Repossession Defense**
**Representing and Co-counseling for Consumers in all 50 states**



KEENAN TRIAL INSTITUTE
MEMBER

1