**IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| SUSAN PARISI | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Civil Action No.:  CIV-23-115-R** |
| C CASHION WINDOWS, LLC | ) | |
| d/b/a RENEWAL BY ANDERSEN OF | ) | |
| OKLAHOMA, and BMO HARRIS | ) | **(Removed from the District Court** |
| BANK, NA d/b/a GREENSKY, LLC, | ) | **of Oklahoma County, State of** |
|     **Defendants.** | ) | **Oklahoma, Case No.: CJ-21-1681)** |

**Exhibit 2**

**DECLARATION OF SUSAN PARISI**

1.    My name is Susan Parisi.  I make this declaration based on my personal knowledge.  I am over the age of 18.

2.    I am a citizen of Oklahoma.

3.    I submit this declaration in support of Plaintiff's Supplemental Brief in Support of Motion to Amend Petition to Correct Named Defendant.

4.    After receiving advertisements from Renewals by Andersen offering doors and windows upgrades, I met with Russell Kelley, a Renewals by Andersen representative, on or about November 15, 2021 to explore the possibility of upgrading some of my home windows.  Mr. Kelley anticipated that work could begin between February and April of 2022.  When discussing financing, Mr. Kelley told me about a special financing offer that was a zero money down, zero interest, zero payments arrangement where I would not have to make any downpayments, any payments, or have any interest on my account until 24 months after work was completed. I told Mr. Kelley that I was undergoing treatment for

cancer so the special 24-month financing would work best for me.  Mr. Kelley made a phone call regarding the financing, assisted me with applying for the financing, and I was informed that I qualified for the special financing.

5.      Mr. Kelley presented me with his business card.  It simply had the name Renewal by Andersen of Oklahoma.(Exhibit 2.1-Russ Kelley Business Card)

6.      On November 23, 2021, a home evaluation to replace my windows was completed by Mr. Kelly. I was not informed that there would be a down payment of $8,871.50 and I did not authorize a payment of $8,871.50 for the work.  I did not receive a copy of a contract but Mr. Kelly had me sign something on his electronic tablet.  He told me he would send a copy of the contract but I have never received one.

7.      Shortly after 11/23/21, I received a "welcome packet" from GreenSky regarding the GreenSky Loan Program.  The credit line listed was $17,744.00.  The document refers to Renewal by Andersen of Oklahoma as the merchant.  It identified the lender on the loan agreement as BMO Harris Bank, N.A.  It states that "although approved for a Greensky Program loan, you have no obligation until you authorize a transaction on your account." (Exhibit 2.2-Welcome Packet Greensky Contract).

8.      On November 29, 2021, I emailed service@greensky.com to state that I was never informed of the $8,000 plus charge.  I stated that I chose the two-year "nothing down, no interest, no payments" option and was informed that nothing would be due until the windows were installed.(Exhibit 2.3-11.29 Parisi Email to GreenSky)

9.      On December 1, 2021, I received an email from GreenSky Customer Solutions sent at 7:19 a.m.  I was provided with a case number and thanked for my inquiry.  Erika Hall introduced herself as a member of GreenSky's Customer Solutions Team and the case

manager on my case.  I was informed that the Customer Solutions Team would investigate my case and provide me with the results of the investigation. (Exhibit 2.4-11.29.21 GreenSky email to Parisi)

10. Also on December 1, 2021, I received an email from Ms. Hall, the Customer Solutions Account Manager with GreenSky Customer Solutions.  In her email, sent at 8:21 a.m., Ms. Hall stated that a payment transaction for $8,871.50 was rejected and asked if there was any reason for the rejection. On December 1, 2021, I responded to Ms. Hall stating that I did not know about the payment transaction, and explained that I was told that there would not be any payment required, and no interest charged for two years.  I also explained that I was under treatment for a cancer diagnosis with a scheduled transplant date of February 2022, and was not authorizing any payment to Renewal by Andersen. Customer Solutions responded that "the account would be charged because it is part of the loan process but based on your loan plan, we will not bill you until the job is completed or purchase window expiration date – 5/26/22.  So the account is being charged but you are not going to be billed just yet." (Exhibit 2.5-11.29 GreenSky email to Parisi)

11. On December 2, 2021, I received an email from GreenSky Customer Solutions. The email asked if I authorized the transaction now that I had the loan process explained. (Exhibit 2.6-12.2.21 Greensky email to Parisi)

12. On December 7, 2021, I received a letter from GreenSky with an "Account Activity Update" stating that "No payment is due and no interest will be charged until your project is complete." (Exhibit 2.7-12.2.21 Greensky Letter to Parisi)

13. On December 10, 2021, I emailed GreenSky Customer Solutions stating that the loan process was not explained to me and that I did not authorize any transactions.  I

reiterated the promises given to me regarding special financing without interest or payments due for 24 months after installation. (Exhibit 2.8-12.10.21 Parisi Email to from GreenSky)

14.    On December 10, 2021, Customer Solutions at GreenSky responded, stating that they had "reached out to the merchant" about my concern.  The email stated that their records showed I had signed agreeing to the loan terms, and that I would not be billed until the project was fully completed.  Once completed I would "have 24 months with interest waived and required minimum payment due." (Exhibit 2.9-12.10.21 Parisi Email to from GreenSky)

15.    On December 14, 2021, Customer Solutions wrote to state that they were "going to see if" they could "get the plan change approved."  They would call with an update. (Exhibit 2.10-12.14.21 GreenSky Email to Parisi)

16.    On December 17, 2021, I received an email from Customer Solutions, stating that they "got the plan changed approved" and that they would let me know "once the account was created." (Exhibit 2.11-12.14.21 GreenSky Email to Parisi)

17.    On December 27, 2021, I received a letter from GreenSky Loan Services.  The letter stated that GreenSky had received my complaint, was committed to working with me to resolve the complaint, but because "we are unable to resolve your complaint without your participation, we have closed this matter at this time."  It stated that my loan and obligations under the loan agreement were still in effect and that I should continue to make my required payments in order to protect my credit.  (Exhibit 2.12-12.27.21 GreenSky Letter Resolving Complaint)

18.    In January of 2022, I received a statement of account activity for the period ending December 7, 2021, reflecting "Purchases" of $8,871.50 with $0.00 fees charged, $0.00 interest charged, and $0.00 new balance.  The statement includes the following: "Your New Balance reflects a provisional credit of $8,871.50.  No finance charges will accrue, and no payments are due during the investigation period." (Exhibit 2.13-1.3.22 GreenSky Statement)

19.    In June of 2022, I received an advertisement mailer from Renewal by Andersen offering special preferred customer sale and special financing to update my windows and doors.  The advertisement included an "RBA" contact name of Brian L.(Exhibit 2.14-06/2022 GreenSky Offer)

20.    On or around July and August of 2022, I received GreenSky statements for the periods ending June 24, 2022, and July 24, 2022, stating that I had payments due and reflecting increasing balances, including deferred interest charges. (Exhibit 2.15-June GreenSky Statement)

21.    In August of 2022, I received an advertisement mailer from Renewal by Andersen offering a free windows and doors diagnosis.  The advertisement included what appeared to be a facsimile of a handwritten note signed by Jason Cashion.  (Exhibit 2.16-GreenSky Offer from Jason Cashion)

22.    Also in August of 2022, I received an advertisement mailer from Renewal by Andersen that offered savings of 25% on windows and patio doors until September 30th. That advertisement mailer also included what appeared to be a facsimile of a handwritten note signed by Jason Cashion offering an additional 3% for existing customers. (Exhibit 2.17-25% Off from Jason Cashion)

23.    In or around August of 2022, I received a letter from BMO Harris Bank, N.A., dated August 1, 2022, that notified me of a past due amount of $224.50 and fees of $39.00 on a GreenSky® Program Loan with a Total Balance of $9,280.00.(Exhibit 2.18-8.1.22 GreenSky Statement –Past Due)

24.    In or around September of 2022, I received a GreenSky statement of account for the period ending August 24, 2022.  That statement included a late fee of $39.00. (Exhibit 2.19-8.1.22 GreenSky Statement –Past Due)

25.    In September of 2022, I received a letter from Jason Cashion, General Manager of Renewal by Andersen, stating that he had been trying to get in contact with me regarding my window installation, that he had my windows, and wanted me to have my windows.(Exhibit 2.20-Jason Cashion Letter)

26.    In or around October of 2022, I received a GreenSky statement of account for the period ending September 24, 2022.  That statement did not include any late fees. (Exhibit 2.21-10.2.22 GreenSky Statement –Past Due )

27.    In October of 2022, I received a past due notice dated October 2, 2022, from GreenSky stating that I had a past due balance of $224.50.(Exhibit 2.22-10.2.22 GreenSky Statement –Past Due)

28.    In October of 2022, I received a letter from GreenSky dated October 13, 2022, stating that my complaint was received and that an investigation of the issues I raised was conducted.  The letter stated that GreenSky attempted to contact me with the results of its investigation and the resolution of my complaint but was unable to speak with me.  I was not contacted about any investigation results.(Exhibit 2.23-10.13.22 GreenSky Letter to Parisi)

29.    On or around October 4, 2022, I received an advertisement "From the desk of Jason Cashion" promoting a sale on Renewal by Andersen windows with an additional 3% preferred customer discount.(Exhibit 2.24-10.4.22 Jason Cashion Letter to Parisi)

30.    To date, I have not had any windows installed on this purported contract.