## RUSSELL KELLEY

Project Consultant

rkelley@renewaloklahoma.com

Phone 405 859 7472

Renewal by Andersen
of Oklahoma
5129 S. 110th E. Ave.
Tulsa, OK 74146

renewalbyandersen.com



