# GreenSky - Case Acknowledgement Letter for 2111233004 [ ref:_00Dd0dh5w._5003o1VuXKY:ref ]

From:   Customer Solutions (cst@greensky.com)

To:     sparisi21@yahoo.com

Date:   Wednesday, December 1, 2021, 07:19 AM CST

Dear Mr./Mrs.Susan Parisi ,

Thank you again for your inquiry regarding your GreenSky® Consumer Projects account. Your case reference number is 04386281

My name is  Erika Hall with GreenSky's Customer Solutions Team. I will be your case manager for the case. We, at GreenSky, care about everything associated with your experience. This includes assisting you with any concerns, questions or issues you experience with a loan and/or your contractor/provider. Here is your complete bill of rights .

We will continue to investigate your case and provide the results of our investigation to you at the earliest.

If you have any additional questions, you may reach me directly at 855-849-0088 Ext. 401 from Monday to Friday: 8 AM to 5 PM, Eastern Time, Monday through Friday. If you are unable to reach me, kindly leave a voice mail or simply 'reply' to this email. I will return your call within 24 business hours of the receipt of your voicemail/email.

Thank you again for contacting us regarding this matter. We appreciate the opportunity to serve you.

Sincerely,

Erika
Customer Solutions Account Manager
Office: 855-849-0088 Ext. 401
Monday to Friday: 8 AM to 5 PM

* BMO HARRIS BANK N.A. is the lender on your GreenSky® Program loan.

ref:_00Dd0dh5w._5003o1VuXKY:ref