# GreenSky case 04386281 [ ref:_00Dd0dh5w._5003o1VuXKY:ref ]

From: Customer Solutions (cst@greensky.com)

To: sparisi21@yahoo.com

Date: Wednesday, December 1, 2021, 08:21 AM CST

Good Morning,

Hope your day is going well. My name is Erika and I am reaching out to you regarding your GreenSky account. There was a payment transaction for $8871.50, was there any reason why the payment was rejected? The merchant charges a percentage upfront on the loan the account. I wanted you to be aware of the loan process. Please let me know if you have any questions.

Thank you,

Erika
Customer Solutions Account Manager
Office: 855-849-0088 Ext. 401
Monday to Friday: 8 AM to 5 PM

ref:_00Dd0dh5w._5003o1VuXKY:ref