Case 5:23-cv-00115-R   Document 27-11   Filed 06/20/23   Page 1 of 1

## Re: GreenSky case 04386281 [ ref:_00Dd0dh5w._500301VuXKY:ref ]

From:   Customer Solutions (cst@greensky.com)

To:       sparisi21@yahoo.com

Date:   Thursday, December 2, 2021, 07:57 AM CST

Good Morning Susan,

After explaining the loan process, do you authorize this transaction? If you have any questions, please give me a call.

--------------- Original Message ---------------
From: Customer Solutions [cst@greensky.com]
Sent: 12/1/2021 5:02 PM
To: sparisi21@yahoo.com
Subject: Re: GreenSky case 04386281 [ ref:_00Dd0dh5w._500301VuXKY:ref ]

The account will be charged because it is part of the loan process but based on your loan plan, we will not bill you until the job is completed or purchase window expiration date-05/26/22. So the account is being charged but you are not going to be billed just yet.

--------------- Original Message ---------------
From: Susan Parisi [sparisi21@yahoo.com]
Sent: 12/1/2021 4:55 PM
To: cst@greensky.com
Subject: Re: GreenSky case 04386281 [ ref:_00Dd0dh5w._500301VuXKY:ref ]

Well it certainly would help to know this information up front which I wasn't told that there would be a "payment transaction" for $8,871.50 which I am NOT comfortable with. I was told there would NOT be any payment, NO interest, and etc. for two years. Renewal by Anderson wasn't "completely up front about the "FINE" print. I may have to re-think this whole thing. I do NOT have a date of installation, and I want to know do you place a lean on my home? And I am under treatment for a cancer diagnosis with a scheduled Transplant Date of February 2022. I am NOT authorizing any payment at this time to Renewal by Anderson. Respectfully Susan K. Parisi. You may call me or email me back.

On Wednesday, December 1, 2021, 08:21:05 AM CST, Customer Solutions <cst@greensky.com> wrote:

Good Morning,

Hope your day is going well.  My name is Erika and I am reaching out to you regarding your GreenSky account. There was a payment transaction for $8871.50, was there any reason why the payment was rejected? The merchant charges a percentage upfront on the loan the account. I wanted you  to be aware of the loan process. Please let me know if you have any questions.

Thank you,

Erika
Customer Solutions Account Manager
Office: 855-849-0088 Ext. 401