Case 5:23-cv-00115-R    Document 27-15    Filed 06/20/23    Page 1 of 1

## Re: GreenSky case 04386281 [ ref:_00Dd0dh5w._500301VuXKY:ref ]

From:   Customer Solutions (cst@greensky.com)

To:     sparisi21@yahoo.com

Date:   Tuesday, December 14, 2021, 03:21 PM CST

Hey Susan,

I am going to see if I can get the plan change approved. I will call you with an update.

--------------- Original Message ---------------
**From:** Customer Solutions [cst@greensky.com]
**Sent:** 12/10/2021 2:43 PM
**To:** sparisi21@yahoo.com
**Subject:** Re: GreenSky case 04386281 [ ref:_00Dd0dh5w._500301VuXKY:ref ]

Hi Susan,

I am sorry and understand your frustration. I have reached out to the merchant about your concern. Our records shows you signed agreeing to the loan terms. Loan plan 7541, you will not be billed until the project is fully completed. Once completed, you will have 24 months with interest waived and required minimum payment due. Please call me if you have further questions.

Thank you

--------------- Original Message ---------------
**From:** Susan Parisi [sparisi21@yahoo.com]
**Sent:** 12/10/2021 1:29 AM
**To:** cst@greensky.com
**Subject:** Re: GreenSky case 04386281 [ ref:_00Dd0dh5w._500301VuXKY:ref ]

You did NOT explain any loan process to me and I do NOT authorize any transaction which I have already stated. I do NOT do well with lies. I have many questions related to this situation. I was told I qualified for a 24 month, NO money down, No Interest, and NO payment situation to begin 24 months after installation, now I am being told I did NOT qualify for that and you have removed that original offer. Well this is to inform you again that I am NOT doing business with you or Renewal by Anderson and IF you sent them money without my consent that is ON you NOT me. I did NOT authorize anything. I will provide you the name of my attorney and they will deal with this. This is a very sketchy situation you have set up with Renewal by Anderson I suggest this gets straightened out quickly.   Susan Parisi

On Thursday, December 2, 2021, 07:57:40 AM CST, Customer Solutions <cst@greensky.com> wrote:

Good Morning Susan,

After explaining the loan process, do you authorize this transaction? If you have any questions, please give me a call.

--------------- Original Message ---------------