



000026

**Visit:** greenskyonline.com
**Support Team:** service@greensky.com
**Toll Free Customer Service:** 866-936-0602
**Hours of Operations:** Monday - Sunday 8AM - 11PM ET

GreenSky® Program Loan Account
Statement for period ending: 12/07/2021
Account Number: XXXX XXXX 8026 2561
Application ID: 2111233004

---

### THANK YOU FOR FINANCING YOUR PURCHASE FROM RENEWAL BY ANDERSEN OF OKLAHOMA

---

**There are multiple, easy ways to make a payment:**

🌐 **Online at greenskyonline.com**

Pay as a guest or register to set up autopay, paperless billing or make a one-time payment

🏛 **Your Bank's Online Bill Pay Method**

Select GreenSky as the payee

📞 **By Phone at 866-936-0602**

Use the automated system 24/7

✉ **By Mail**

Mail in a check with the payment slip below

| PAYMENT INFORMATION | |
|---|---|
| New Balance | $0.00 |
| Minimum Payment Due | $0.00 |
| Payment Due Date | 01/03/2022 |

**Minimum Payment Warning:** If you make only the Minimum Payment Due each period, it may not pay off the Promotional Purchase by the Expiration Date.

**Late Payment Warning:** If we do not receive your minimum payment by the Payment Due Date listed above, you may have to pay a late fee of up to the amount authorized by your loan agreement.

**Your account balance is in dispute.**
**Your New Balance reflects a provisional credit of $8,871.50. No finance charges will accrue, and no payments are due during the investigation period.**

### SUMMARY OF ACCOUNT ACTIVITY

| | |
|---|---|
| Previous Balance | $0.00 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases | $8,871.50 |
| Fees Charged | $0.00 |
| Interest Charges (This Period) | $0.00 |
| New Balance | $0.00 |
| Interest Rate | 24.99% |
| Days in Billing Cycle | 15 |

---

## TRANSACTIONS

| Reference Number | Transaction Date | Post Date | Description | Amount |
|---|---|---|---|---|
| **PAYMENTS AND CREDITS†** | | | | |
| **PURCHASES** | | | | |
| GS58406 | 11/29/2021 | 11/29/2021 | Greensky Direct Transaction - Renewal by Andersen OKLAHOMA CITY OK | $8,871.50 |
| **FEES** | | | | |
| | | TOTAL FEES FOR THIS STATEMENT | | $0.00 |
| **INTEREST CHARGED** | | | | |
| | | TOTAL INTEREST CHARGED FOR THIS STATEMENT | | $0.00 |

---

SEE REVERSE SIDE FOR IMPORTANT INFORMATION ON YOUR BILLING RIGHTS

Your Lender is BMO HARRIS BANK N.A..
A payment in accordance with this Statement is a payment to your Lender.

Page 2 of 2

When you use your GreenSky® Installment Loan, you have zero liability for transactions that you do not authorize*

*Applicable payment card network rules apply. Any unauthorized transactions must be reported to GreenSky® within 60 days.

## Your Billing Rights: What To Do If You Find a Mistake on Your Statement

**If you think there is an error on your statement, write to us at:**

GreenSky® Program
Attention: Disputes
PO Box 29429
Atlanta, GA 30359
You may also contact us at **service@greensky.com**.

In your letter, give us the following information:
- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.

### While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your available loan funds (if any).

### Your Rights If You Are Dissatisfied With Your Payment Card Purchases

If you are dissatisfied with the goods or services that you have purchased with your payment card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:
1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your payment card for the purchase.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing.

### When Will You Credit My Payment?

As of the business day we receive it, as long as payments are made by 6 p.m. ET.

The Servicemembers Civil Relief Act (SCRA) provides important financial and legal protections to servicemembers, including caps on interest rates and stays of certain legal proceedings. Learn more online at www.militaryonesource.mil (search for "SCRA").