# ADDITIONAL WORK AUTHORIZATION



## RENEWAL
by ANDERSEN
FULL-SERVICE WINDOW & DOOR REPLACEMENT

9201 Polaris Dr. Suite 200, Oklahoma City, OK 73160
405-400-1785 • FinishMyWindows.com

02246 *******AUTO**SCH 5-DIGIT 73108

NAME  The Parisi Family

ADDRESS  1613 N Markwell Ave
Oklahoma City OK 73127

Original Job Information:

| JOB NAME Parisi home | LOCATION Oklahoma City, OK |
| RBA CONTACT Brian L | DATE OF LAST INSTALLATION before 2018 |

We hereby submit the following specifically described additional work:

Hi Susan,  ✓ ??

It's been a while since your last phase.

If you have more windows and doors that need
to be updated before the Fall, we have a
special preferred customer sale to make it
more affordable.                    special financing
     - Save $427 on every window
     - Save $1027 on every door

My crews would love the work. Please call the
office today and we'll work up a price.
          405-400-1785

Additional work to be performed under same conditions as specified in original contract unless otherwise stipulated. We propose hereby to furnish material and labor—complete in accordance with these specifications at above stated price.

          Good until 6/30

Date submitted _____

[1]Subject to availability, on a total purchase of 3 or more. To qualify for discount offer, initial contact for an appointment must be made and documented on or before 6/30/22 with the purchase then occurring on or before 7/10/22. [2]No payments and deferred interest for 12 months available from third-party lenders to well qualified buyers on approved credit only. No Finance Charges will be assessed if promo balance is paid in full in 12 months. Products are marketed, sold and installed (but not manufactured) by Renewal by Andersen retailers, which are independently owned and operated under Oklahoma Windows & Doors LLC, d/b/a Renewal by Andersen of Greater Oklahoma City and Greater Tulsa. See complete information and entity identification at www.rbaguidelines.com. ©2022 Andersen Corporation. ©2022 Lead Surge LLC. All rights reserved.