

**GreenSky®**
A Goldman Sachs Company

029283

**Visit:** greenskyonline.com
**Support Team:** service@greensky.com
**Toll Free Customer Service:** 866-936-0602
**Hours of Operations:** Monday - Sunday 8AM - 11PM ET

**GREENSKY® PROGRAM LOAN ACCOUNT**
**Statement for period ending:** 06/24/2022
**Account Number:** XXXX XXXX 8026 2561
**Application ID:** 2111233004

---

THANK YOU FOR FINANCING YOUR PURCHASE FROM RENEWAL BY ANDERSEN OF OKLAHOMA

**YOU ARE ON A DEFERRED INTEREST PLAN. TO HAVE YOUR TOTAL DEFFERED INTEREST ACCRUED OF $184.75 WAIVED, PAY OFF YOUR PROMOTIONAL BALANCE OF $8,871.50 BY PROMOTION EXPIRATION DATE OF 06/12/2024.**

There are multiple, easy ways to make a payment:

🌐 **Online at greenskyonline.com**
Pay as a guest or register to set up autopay, paperless billing or make a one-time payment

🏛 **Your Bank's Online Bill Pay Method**
Select GreenSky as the payee

📞 **By Phone at 866-936-0602**
Use the automated system 24/7

✉ **By Mail**
Mail in a check with the payment slip below

| PAYMENT INFORMATION | |
|---|---|
| Total Promotional Purchase Balance | $8,871.50 |
| New Balance, Incl. Deferred Interest Charges | $9,056.25 |
| Minimum Payment Due | $224.50 |
| Payment Due Date | 07/20/2022 |

**Minimum Payment Warning:** If you make only the Minimum Payment Due each period, it may not pay off the Promotional Purchase by the Expiration Date.

**Late Payment Warning:** If we do not receive your minimum payment by the Payment Due Date listed above, you may have to pay a late fee of up to the amount authorized by your loan agreement.

---

**PROMOTIONAL PERIOD: SUMMARY OF BALANCES**

| | |
|---|---|
| Initial Purchase Date | 06/08/2022 |
| Purchase period closed on | 06/07/2022 |
| Total Purchases | $8,871.50 |
| (-) Payments & Credits | $0.00 |
| **Total Promotional Purchase Balance** | **$8,871.50** |
| **Your Promotion Expiration Date** | **06/12/2024** |
| Total Number of Months Remaining in Promotion | 23 |
| **Recommended Monthly Payment to Pay Off Purchase Balance in Promotion** | **$385.72** |
| Deferred Interest Charges (This Period) | $184.75 |
| (+) Prior Total Deferred Interest Charges | $0.00 |
| **Total Deferred Interest Charges (Accrued)** | **$184.75** |

**SUMMARY OF ACCOUNT ACTIVITY**

| | |
|---|---|
| Previous Balance | $8,871.50 |
| Payments | $0.00 |
| Other Credits ‡ | $0.00 |
| Purchases | $0.00 |
| **Fees Charged** | **$0.00** |
| Deferred Interest Charges (This Period) | $184.75 |
| **New Balance, Incl. Deferred Interest Charges** | **$9,056.25** |
| Interest Rate | 24.99% |
| Credit Limit | $17,744.00 |
| Available Credit | $0.00 |
| Days in Billing Cycle | 48 |

‡If your account is in dispute, your statement may reflect a temporary credit until your dispute is resolved.

---

## TRANSACTIONS

| Reference Number | Transaction Date | Post Date | Description | Amount |
|---|---|---|---|---|
| *PAYMENTS AND CREDITS*▫ | | | | |
| *PURCHASES* | | | | |
| *FEES* | | | | |
| | TOTAL FEES FOR THIS STATEMENT | | | $0.00 |
| *INTEREST CHARGED* | | | | |
| GS18872 | | | FINANCE CHARGE | $184.75 |
| | TOTAL INTEREST CHARGED FOR THIS STATEMENT | | | $184.75 |

---

SEE REVERSE SIDE FOR IMPORTANT INFORMATION ON YOUR BILLING RIGHTS

**Your Lender is BMO HARRIS BANK N.A..**
**A payment in accordance with this Statement is a payment to your Lender.**                    Page 1 of 1

When you use your GreenSky® Installment Loan, you have zero liability for transactions that you do not authorize*

*Applicable payment card network rules apply. Any unauthorized transactions must be reported to GreenSky® within 60 days.

Please detach at the dotted line and return the bottom portion with your payment. Please do not include any other correspondence with your payment.

---

Financing for RENEWAL BY ANDERSEN OF OKLAHOMA

**GreenSky®**
A Goldman Sachs Company
PO BOX 2730 | ALPHARETTA, GA 30023-2730

**Account Number** 7100 0004 8026 2561
Please include this number on your check. If making payment to your lender by check, please make check payable to: The GreenSky® Program

| New Balance | $9,056.25 |
|---|---|
| Incl. Deferred Interest Charges | |
| **Payment Due Date** | **07/20/2022** |
| **Minimum Payment Due** | **$224.50** |

🌐 **Pay Online**
www.greenskyonline.com

✉ **Mail**
Use This Coupon

📞 **Pay by Phone**
866-936-0602

**Amount Enclosed $** ☐☐☐ , ☐☐☐ . ☐☐

*Any additional payment above your Minimum Payment Due will be applied towards the New Balance. This additional payment will not reduce or eliminate your next regularly scheduled payment.*



T107 P3 149576-4-15-1 - 29283
SUSAN K PARISI
1613 N MARKWELL AVE
OKLAHOMA CITY, OK  73127-3042
029283
1/1

DEPT #3025
GREENSKY
PO BOX 2153
BIRMINGHAM AL 35287-3025

3025000000307100000480262561000720202200022450000000001

**Your Billing Rights: What To Do If You Find a Mistake on Your Statement**

**If you think there is an error on your statement, write to us at:**

GreenSky® Program
Attention: Disputes
PO Box 2730
Alpharetta, GA 30023-2730
You may also contact us at **service@greensky.com**.

In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.

**While we investigate whether or not there has been an error, the following are true:**

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your available loan funds (if any).

**Your Rights If You Are Dissatisfied With Your Payment Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your payment card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your payment card for the purchase.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing.

**When Will You Credit My Payment?**

As of the business day we receive it, as long as payments are made by 6 p.m. ET.

The Servicemembers Civil Relief Act (SCRA) provides important financial and legal protections to servicemembers, including caps on interest rates and stays of certain legal proceedings. Learn more online at www.militaryonesource.mil (search for "SCRA").

---

All written communications concerning disputed amounts, including any check or other payment instrument that (i) is post-dated and accompanied by adequate notice, (ii) indicates that the payment constitutes "payment in full" of the amount owed, (iii) is tendered with other conditions or limitations or (iv) is otherwise tendered as full satisfaction of a disputed amount, must be marked for special handling and mailed or delivered to us at PO Box 2730, Alpharetta, GA 30023-2730, Attention: Disputes.



029283