

**RENEWAL**
**by ANDERSEN**
FULL-SERVICE WINDOW & DOOR REPLACEMENT

# From the desk of
## Jason Cashion

Hello there,

Gosh, temps AND energy costs feel extreme these days! Keeping those you love comfy inside your home is more expensive than ever. The old windows and doors you haven't replaced yet are costing you $$$.

This October, we're offering our BIGGEST BOGO EVER. Buy one window or door, get one 50% OFF! PLUS, an additional 3%* Preferred Customer discount.

We'd love to help you tackle that next phase affordably, and get your home buttoned up for winter. ☺

Jason Cashion
General Manager
405-421-9297

50 NW 44th Street, Oklahoma City, OK 73118
**405-421-9297 • ExpertWindowChoice.com**