# 25% Off windows & doors – this is our BIG previous customer discount![1]



**RENEWAL by ANDERSEN**
FULL-SERVICE WINDOW & DOOR REPLACEMENT



## There has never been a better time to make your home feel safer and more comfortable.

For 27 years, we've been making this project easy and stress-free.

Renewal by Andersen is the full-service replacement **window division of Andersen,** one of the oldest window companies in the country, so you know we're not going anywhere. **We manage and are accountable for everything**—selling, manufacturing, installing and the warranty for all your windows and patio doors.

**After 27 years, our Fibrex® material is still vastly superior to vinyl.**

We custom build all of our windows with our exclusive composite material called Fibrex. Andersen researched and tested Fibrex for decades before ever installing it in a home. Our windows feature reinforced seals for greater protection against drafts and sloped sills to drain water away. **Don't settle for vinyl windows when Fibrex is two times stronger than vinyl.**

### Call or scan the code to book your Window & Door Diagnosis



**OKLAHOMA CITY:**
**405-212-9740**

**TULSA:**
**539-444-9063**

**NW ARKANSAS:**
**479-431-3614**

**TOLL FREE:**
**888-376-0607**

**AnniversaryWindowSale.com**

**Until September 30th**

# Save 25% on windows and patio doors[1]

with **$0  0  0%** for **1year**[2]
down  payments  interest

*PLUS, Save an additional 3% for being an existing customer*

[1]Offer not available in all areas and applies to current customers only. Subject to availability, on a total purchase of 3 or more. 25% discount valid during first appointment only. To qualify for discount offer, initial contact for an appointment must be made and documented on or before 9/30/22 with the purchase then occurring on or before 10/10/22. [2]No payments and deferred interest for 12 months available from third-party lenders to well qualified buyers on approved credit only. No Finance Charges will be assessed if promo balance is paid in full in 12 months. Products are marketed, sold and installed (but not manufactured) by Renewal by Andersen retailers, which are independently owned and operated under Oklahoma Windows & Doors LLC, d/b/a Renewal by Andersen of Greater Oklahoma City and Greater Tulsa. See complete information and entity identification at www.rbaguidelines.com. ©2022 Andersen Corporation. ©2022 Lead Surge LLC. All rights reserved.

MAILED FROM AUG 2022 Auto 40221    MAILERS POSTMARK PERMIT #322

*Hi Susan,*
*With energy costs and temps hitting record highs, Bite BACK with 25% off PLUS an additional 3% Preferred Customer discount. We loved working with you before – hope to do it again soon!*
*405-212-9740*
*Jason*

0327 *******AUTO**SCH 5-DIGIT 73108

*Susan Parisi*
*1613 N Markwell Ave*
*Oklahoma City OK 73127*