

Hi Susan Parisi,

My office has been trying to get in contact with you regarding your window installation project. We have your windows, and we would like for you to have your windows. Please give me a call when you receive this to discuss.

Thank you,

**Jason Cashion**
*General Manager*

**Renewal by Andersen of Oklahoma**
9201 Polaris Dr. Suite 200
OKC, OK 73149
O: 405-510-3204
jcashion@renewaloklahoma.com

 



