

**A Goldman Sachs Company**

PO Box 2730
Alpharetta, GA 30023



T9 P1 152562-4-3-1 - 4849
SUSAN PARISI
1613 N MARKWELL AVE
OKLAHOMA CITY, OK  73127-3042

004849

<u>Past Due Notice</u>

10/02/2022

Account Number Ending in: 262561
Total Balance: $9,688.50
Past Due Amount: $224.50
Fees: $78.00
Amount Due by 10/20/2022: $449.00
Lender: BMO HARRIS BANK N.A.

Dear SUSAN,

Thank you for being a valued customer. We noticed that you missed your most recent payment on your GreenSky® Program Loan. As a result, your account is now past due. We ask that you pay the Past Due Amount of $224.50 now. The Amount Due by 10/20/2022 includes the Past Due Amount and the current month's payment.

You can make a payment online at www.greenskyonline.com/greensky/guest-portal, by calling 833-981-1372, or mailing your payment to:

Dept #3025, GreenSky® Program
PO Box 2153, Birmingham AL 35287-3025

Please include your payment slip or coupon with your mailed payment or note your account number on your check.

If you have any questions, or would like to notify us of a payment, please contact us toll-free at 833-981-1372 Monday through Thursday 8am-11pm, Friday 8am-10pm, and Saturday 8am-5pm - All Eastern Time.

Sincerely,

BMO HARRIS BANK N.A.
GreenSky® Program
833-981-1372

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**IF YOU HAVE BEEN DISCHARGED FROM LIABILITY ON THIS ACCOUNT BECAUSE OF BANKRUPTCY PROCEEDINGS, OR IF YOU ARE THE SUBJECT OF A PENDING BANKRUPTCY PROCEEDING, THIS LETTER IS MEANT FOR INFORMATION PURPOSES ONLY AND IS NOT INTENDED AS AN ATTEMPT FOR PAYMENT OR TO IMPOSE PERSONAL LIABILITY FOR ANY OBLIGATION.**

See Reverse Side for City and State Notices.

2111233004

**Important Notice for Washington, D.C. Residents:**
**You have the right to request any of the following concerning your debt:**

1. **Documentation of the name of the original creditor as well as the name of the current creditor or owner of your debt;**
2. **Your last account number with the original creditor;**
3. **A copy of the signed contract, signed application, or other documents providing evidence of your liability and its terms;**
4. **The date that your debt was incurred;**
5. **The date of your last payment, if applicable; and,**
6. **An itemized accounting of the amount claimed to be owed including the amount of the principal, the amount of any interest, fees, or charges, and whether the charges were imposed by the original creditor, a debt collector, or a subsequent owner of the debt.**

**You may request the above information by contacting us by phone at 833-981-1372, email at service@greensky.com, or mail at GreenSky® Program, P.O. Box 2730, Alpharetta, GA 30023.**

# NY RESIDENTS: YOU MAY REQUEST US TO PROVIDE COLLECTION COMMUNICATIONS IN AN ALTERNATIVE, REASONABLY ACCOMODATABLE FORMAT SELECTED BY US BY CALLING 833-909-4064.

©2006-2022 GreenSky, LLC | GreenSky® and GreenSky Patient Solutions® are loan program names for certain consumer credit plans extended by participating lenders to borrowers for the purchase of goods and/or services from participating merchants/providers. Participating lenders are federally insured, federal and state chartered financial institutions providing credit without regard to age, race, color, religion, national origin, gender or familial status. GreenSky® and GreenSky Patient Solutions® are registered trademarks of GreenSky, LLC. GreenSky Servicing, LLC services the loans on behalf of participating lenders. NMLS #1416362. GreenSky, LLC and GreenSky Servicing, LLC are subsidiaries of Goldman Sachs Bank USA. All rights reserved. Loans originated by Goldman Sachs are issued by Goldman Sachs Bank USA, Salt Lake City Branch.