# GreenSky®
## A Goldman Sachs Company

PO Box 2730
Alpharetta, GA 30023

October 13, 2022

SUSAN K PARISI
1613 N MARKWELL AVE
OKLAHOMA CITY , OK 73127

*[handwritten: Reviewed my acct hx what history?]*

Dear SUSAN,

Thank you for contacting us regarding your GreenSky Consumer Projects account (account number ending in 2561).  We received your complaint and conducted an investigation of the issues you brought to our attention.  As part of our investigation, we reviewed your account history, reached out to your merchant, if necessary, and diligently researched the issues you brought to our attention.

This letter will confirm we attempted to contact you with the results of our investigation and the resolution of your complaint, but were unable to speak to you. We value your business.  Should you have any questions or concerns regarding your account in the future, please contact our Customer Service Department at 866-936-0602, between the hours of 8:00am and 12:00am EST Monday through Friday or 8:00am to 11:00pm EST Saturday and Sunday.

Sincerely,

GreenSky® Program

*[handwritten: they have not contacted me about so called investigation Results]*

©2006-2022 GreenSky, LLC | GreenSky® and GreenSky Patient Solutions® are loan program names for certain consumer credit plans extended by participating lenders to borrowers for the purchase of goods and/or services from participating merchants/providers. Participating lenders are federally insured, federal and state chartered financial institutions providing credit without regard to age, race, color, religion, national origin, gender or familial status. GreenSky® and GreenSky Patient Solutions® are registered trademarks of GreenSky, LLC. GreenSky Servicing, LLC services the loans on behalf of participating lenders. NMLS #1416362. GreenSky, LLC and GreenSky Servicing, LLC are subsidiaries of Goldman Sachs Bank USA. All rights reserved. Loans originated by Goldman Sachs are issued by Goldman Sachs Bank USA, Salt Lake City Branch.

2111233004

Greensky Did Not Speak To Complaint Resolution_V3.0_E_04252022



ARRived
10-17-22

ATLANTA METRO
14 OCT 2022 PM 3

US POSTAGE fromPITNEY BOWES
ZIP 30329
02 4W
0000372536 OCT 13 2022
$ 000.57⁰

