

# From the desk of
## Jason Cashion

Hello there,

Gosh, temps AND energy costs feel extreme these days! Keeping those you love comfy inside your home is more expensive than ever. The old windows and doors you haven't replaced yet are costing you $#$.

This October, we're offering our BIGGEST BOGO EVER. Buy one window or door, get one 50% OFF! PLUS, an additional 3%.* Preferred Customer discount.

We'd love to help you tackle that next phase affordably, and get your home buttoned up for winter. ☺

Jason Cashion
General Manager
405-421-9297

---

50 NW 44th Street, Oklahoma City, OK 73118
405-421-9297 • ExpertWindowChoice.com

*Plus an additional 3%
Preferred Customer Discount*

Buy one window or door,
get one window or door

# 50% OFF[1]

**+**

## NO NO NO
Money Down    Payments     Interest

### for 1 year[2]



## 405-421-9627
**Windows50PercentOff.com**



**RENEWAL** by **ANDERSEN**
FULL SERVICE WINDOW & DOOR REPLACEMENT

*Jason Cashion*      10/31/2022

Authenticated by:                                      Good until:

# Don't miss out on our incredible BOGO 50% OFF offer this month!



**RENEWAL by ANDERSEN**
FULL-SERVICE WINDOW & DOOR REPLACEMENT

# 405-421-9627
**Windows50PercentOff.com**

[1] Offer not available in all areas and applies to current customers only. Subject to availability, on a total purchase of 4 or more. Buy 2 windows or doors and get the second 2 windows or doors, of equal or lesser value, 50% off – applied to lowest priced window and/or door products in purchase. BOGO 50% off discount valid during first appointment only. To qualify for discount offer, initial contact for an appointment must be made and documented on or before 10/31/22 with the purchase then occurring on or before 11/10/22. [2] No payments and deferred interest for 12 months available from third-party lenders to well qualified buyers on approved credit only. No Finance Charges will be assessed if promo balance is paid in full in 12 months. Products are marketed, sold and installed (but not manufactured) by Renewal by Andersen retailers, which are independently owned and operated under Oklahoma Windows & Doors LLC, d/b/a Renewal by Andersen of Greater Oklahoma City and Greater Tulsa. See complete information and entity identification at www.rbaguidelines.com. ©2022 Andersen Corporation. ©2022 Lead Surge LLC. All rights reserved.

SEPT 2022
AUTO

MAILERS
POSTMARK
PERMIT #622

USA / PRESORTED STANDARD

3708 ********AUTO**ALL FOR AADC 730

Susan Parisi
1613 N Markwell Ave
Oklahoma City OK 73127

Arrived
10-4-22

No return
Address — written on other
side —

I believe this is the
person who did not receive the
Rgisterd Letter I sent him
I gnored it
anyway