**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

|  |  |  |
|---|---|---|
| (1) SUSAN PARISI, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-23-115-R |
| | ) | |
| (1) C CASHION WINDOWS, LLC d/b/a | ) | |
| RENEWAL BY ANDERSON OF | ) | |
| OKLAHOMA, and (2) BMO HARRIS | ) | |
| BANK, NA d/b/a GREENSKY, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT GREENSKY, LLC'S, INCORRECTLY IDENTIFIED AS BMO
HARRIS BANK, NA D/B/A GREENSKY, LLC, MOTION TO DISMISS ALL
CLAIMS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(3)**

Defendant, GreenSky, LLC (hereinafter "GreenSky"), incorrectly identified as

BMO Harris Bank, NA d/b/a GreenSky, LLC (hereinafter "GreenSky"), subject to and

without waiving its motion to compel arbitration, files this Motion to Dismiss All Claims

asserted by Plaintiff Susan Parisi pursuant to Federal Rule of Civil Procedure 12(b)(3).  In

support of this Motion, GreenSky respectfully shows as follows:

1.      GreenSky has simultaneously filed a Brief in Support of Defendant

GreenSky, LLC's, Incorrectly Identified as BMO Harris Bank, N.A. d/b/a GreenSky, LLC,

Motion to Dismiss All Claims Pursuant to Federal Rule of Civil Procedure 12(b)(3),

outlining the arguments relating thereto.

1

Respectfully submitted,

Dated: September 25, 2023

*s/ Kyle R. Prince*

Derrick T. DeWitt, OBA #18044
Kyle R. Prince, OBA #33040
DeWITT PARUOLO & MEEK
P.O. Box 138800
Oklahoma City, OK 73113
T: (405) 705-3600
F: (405) 705-2573
ddewitt@46legal.com
kprince@46legal.com

-and-

Sean W. Fleming
*Admitted Pro Hac Vice*
Texas State Bar No. 24027250
MACDONALD DEVIN MADDEN
KENEFICK & HARRIS, P.C.
12770 Coit Road, Suite 1100
Dallas, Texas 75251
T: (214) 744-3300
F: (214) 747-0942
SFleming@MacdonaldDevin.com
**Attorneys for Defendant GreenSky, LLC, incorrectly identified as BMO Harris Bank, NA d/b/a GreenSky, LLC**

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of September, 2023, I electronically transmitted

this document to the Clerk of Court using the ECF System for filing and transmittal of a

Notice of Electronic Filing to the following ECF registrants:


M. Kathi Rawls, OBA #18814
Minal Gahlot, OBA #22145
kathi@rawlsgahlot.com
minal@rawlsgahlot.com

Janet R. Varnell, FBN #0071072
jvarnell@vandwlaw.com

*Attorneys for Plaintiffs*


*s/ Kyle R. Prince*

3