

**GreenSky**®
Shopping Pass

Shopping Pass

For Barcode Scanners

7100 0004 8026 2561          Exp 11/25

Susan K Parisi          CVV

7100 0004 8026 2561
Exp 11/25

---

## Congratulations, Susan!
## You have been approved for up to $17,744.00!*

The purpose of this Shopping Pass is to provide important information about your loan and to make purchases using your GreenSky® loan.†

**About Your Account:**

1. When you are ready to make your purchase, give your account number and expiration date to your Merchant along with your photo ID. By providing your account number to your Merchant you are authorizing your Lender to send Loan proceeds to your Merchant in payment for the goods or services that you have purchased. Provide your account number to your Merchant only when you are prepared to pay. Only those named on this Shopping Pass are authorized to make purchases. Do not give this Shopping Pass to any person not named on this Shopping Pass. If you do so, you may be held liable for their purchases. If this Shopping Pass is lost or stolen, notify us immediately at (866) 936-0602 to limit your liability. **Please be aware that if you authorize your Lender to make an initial advance under your GreenSky® Installment Loan to pay any initial payment required by the Merchant, payments may become due under your GreenSky® Installment Loan prior to the completion of services by the Merchant.**

2. You have a purchasing window of 6 months to use your credit limit of up to $17,744.00. All purchases must be made by 05/26/2022 (the "Purchase Window Expiration Date"). We may close your purchase window earlier if we determine that your job is substantially complete. See the terms and conditions of your Loan Agreement for details.

3. After your first purchase, you will receive monthly statements to track your transactions. **You have zero liability for transactions that you do not authorize‡.** Please monitor your statements carefully and contact us at (866) 936-0602 to notify us immediately of any unauthorized activity.

4. You will have no Loan unless you authorize a transaction, which is your electronic signature of the Loan Agreement and will have the same legal effect as a physical signature.

Plan 7541. THIS IS A DIFFERENT PLAN THAN REQUESTED. 84 payments. Up to 6 month purchase window. At the earlier of purchase window expiration date or job completion, a 24 month promotional (promo) period begins with minimum monthly payments required followed by 60 amortized payments based on the balance at the end of promo. Your fixed interest rate is based on creditworthiness and is disclosed in your loan agreement. Interest is billed during the promo period but all interest is waived if the purchase amount is paid in full before the end of the promo period. Making initial minimum monthly payments will not pay off your loan before the end of the promo period.

**(866) 936-0602**                                                                    **www.greensky.com**

**Thank you for choosing GreenSky® Program!**
**service@greensky.com**

---

Use of this Shopping Pass or the associated Loan by (any) Borrower (or any authorized user) to make a purchase constitutes acceptance by (all) Borrower(s) of the terms of the accompanying Loan Agreement.

**The physical or electronic record of any such purchase will constitute the signature of (all) Borrower(s) on such Loan Agreement.**

Provide your account number and expiration date to authorize a transaction only after you are satisfied that you have received the goods and/or services that you are purchasing. Your Lender does not monitor the workmanship, quality, or completeness of the goods and/or services that you purchase. Contact your Merchant immediately if not completely satisfied. You will receive monthly statements to help track your transactions and payments.

**FOR PROTECTION AGAINST UNAUTHORIZED PURCHASES, IDENTIFICATION WILL BE REQUIRED FOR ALL PURCHASES.**

Spanish language loan agreements are available upon request. Contact us for a Spanish version of this agreement.

Los acuerdos de préstamo en idioma español están disponibles bajo petición. Contáctenos para obtener una versión en español de este acuerdo.

\* Eligible only for purchases with your Merchant. **Your Lender is specified on your Loan Agreement.**

† GreenSky® is the brand name for certain consumer credit plans extended by participating lenders to borrowers for the purchase of goods or services from participating Merchants. Participating lenders are federally insured, federal and state chartered financial institutions providing credit without regard to age, race, color, religion, national origin, sex, or familial status. GreenSky® is a registered trademark of GreenSky, LLC and is used by your Lender under license. GreenSky Servicing, LLC ("Servicer") will service this Loan on behalf of your Lender.

‡ Applicable payment card network rules apply. Any unauthorized transactions must be reported to us within 60 days.

Application ID: 2111233004

The monthly payments in the payment schedule of your Truth in Lending Disclosure is estimated and based on the Amount Financed for which you have been approved. Examples of required minimum monthly payments for different total purchase amounts appear below:

| Total Amount of Purchases | Monthly Payment Amount |
|---|---|
| $4,000.00 | $101.22 |
| $5,000.00 | $126.52 |
| $10,000.00 | $253.05 |
| $15,000.00 | $379.58 |
| $17,744.00 | $449.01 |
| $19,000.00 | $480.80 |

Exhibit 3