AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. CIV-23-115-R

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Oklahoma Windows & Doors, LLC,
was received by me on *(date)* 12-October-2023

CT Corporation,

☑ I personally served the summons on the individual at *(place)* 1833 S. Morgan Rd.
OKC, OK 73128 _____ on *(date)* 17-Oct.-2023 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: 18-Oct.-2023          _____
                                         *Server's signature*

                            Brek Osenbaugh - Private Process
                            *Printed name and title*        Server
                                                PSS-2020-65

                            1829 NW 17th St., Edmond, OK 73012
                                         *Server's address*

Additional information regarding attempted service, etc: