# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

Susan Parisi

      Plaintiff(s)

vs.                                      Case Number:  CIV-23-115-R

Oklahoma Windows and Doors, LLC
      Defendant(s)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1.,which states:

> A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

Oklahoma Windows and Doors, LLC d/b/a Renewal by Anderson of Oklahoma

[name of party]

who is a (check one)   ☐ PLAINTIFF   ☑ DEFENDANT   in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

   (Check one)   ☐ YES   ☑ NO

2. **Does party have any parent corporations?**

   (Check one)   ☑ YES   ☐ NO

   If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

   Esler Cos LLC

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

   (Check one)   ☐ YES   ☑ NO

   If YES, identify all such owners:

4.    **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

      (Check one)    ☐ YES    ☑ NO

If YES, identify entity and nature of interest:

5.    **Is party a trade association?**

      (Check one)    ☐ YES    ☑ NO

If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this _1st___ day of _November_____ , 20_23_ .

| | |
|---|---|
| s/Sheila D. Sayne | |
| Signature | |
| Sheila D. Sayne | OBA # 31213 |
| Printed Name | Bar Number |
| Sayne Law PLLC | |
| Firm Name | |
| P.O. Box 33309 | |
| Address | |
| Tulsa | OK   74153-3309 |
| City | State   ZIP |
| 918-740-3013 | N/A |
| Phone | Fax |
| sheila.sayne@outlook.com | |
| Email Address | |

## CERTIFICATE OF SERVICE

I hereby certify that on ___November 1, 2023_____ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

M. Kathi Rawls, kathi@rawlsgahlot.com
Minal Gahlot, minal@rawlsgahlot.com
Janet R. Varnell,  jvarnell@vandwlaw.com
Derrick T. DeWitt, dewitt@46legal.com
Kyle R. Prince, kprince@46legal.com
Sean Fleming, sfleming@macdonalddevin.com

I hereby certify that on  _____ (Date), I served the same document by

☐ U.S. Postal Service         ☐ In Person Delivery

☐ Courier Service             ☐ E-Mail

on the following, who are not registered participants of the ECF system:

N/A

Name(s) and Address(es):

S/Sheila D. Sayne
_____
Signature