**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

SUSAN PARISI,

    Plaintiff,

vs.

OKLAHOMA WINDOWS AND DOORS,
LLC d/b/a RENEWAL BY ANDERSON OF
OKLAHOMA AND BMO HARRIS
BANK, NA d/b/a GREENSKY, LLC,

    Defendants.

CASE NO. CIV-23-115-R

(Removed from the District Court of Oklahoma County, State of Oklahoma, Case No.: CJ-2022-5727)

---

**DEFENDANT, OKLAHOMA WINDOWS AND DOORS, LLC d/b/a RENEWAL
BY ANDERSON OF OKLAHOMA'S
DISCLOSURE STATEMENT IDENTIFYING CONSTITUENTS OF LLC**

---

Pursuant to LCvR 7.1.1, Defendant, Oklahoma Windows and Doors, LLC d/b/a Renewal By Anderson of Oklahoma ("RBA"), hereby files its Disclosure Statement Identifying Constituents of LLC in supplement to its Corporate Disclosure Statement [ECF No. 58] as follows:

1. RBA hereby identifies the following members of RBA:  Esler Cos LLC is the sole member of RBA

Dated:  November 2, 2023

1

Respectfully submitted,

 /s/ Sheila D. Sayne
Sheila D. Sayne, OBA # 31213
Sayne Law PLLC
P.O. Box 33309
Tulsa, Oklahoma 74153-3309
Telephone: 918-740-3013
sheila.sayne@outlook.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed and

served electronically using CM/ECF, which is served upon all parties of record on the list

for this case on this 2nd day of November, 2023.

Respectfully submitted,

/s/ Sheila D. Sayne
Sheila D. Sayne, OBA # 31213

2