# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

SUSAN PARISI,

      Plaintiff,

vs.

OKLAHOMA WINDOWS AND DOORS,
LLC d/b/a RENEWAL BY ANDERSON OF
OKLAHOMA AND BMO HARRIS
BANK, NA d/b/a GREENSKY, LLC,

      Defendants.

_____/

CASE NO. CIV-23-cv-115-R

(Removed from the District Court of Oklahoma County, State of Oklahoma, Case No. CJ-2022-5727)

---

## DEFENDANT, OKLAHOMA WINDOWS AND DOORS, LLC

## d/b/a RENEWAL BY ANDERSON OF OKLAHOMA'S MOTION TO DISMISS THE

## AMENDED CLASS ACTION COMPLAINT (OR STAY)

## AND COMPEL ARBITRATION

---

Defendant, OKLAHOMA WINDOWS AND DOORS, LLC d/b/a RENEWAL BY ANDERSON OF OKLAHOMA("OKLAHOMA WINDOWS" or the "Defendant"), by and through their undersigned counsel, hereby file this Motion to Dismiss the Amended Class Action Complaint [Doc. 36] (or Stay) and Compel Arbitration ("Motion"). The grounds, reasoning and authority for this Motion are set forth in the Memorandum of Law in support thereof, which is being filed simultaneously herewith.

Dated: December 7, 2023    Respectfully submitted,

          /s/ Diane J. Zelmer
         Diane J. Zelmer, Esq. (pro hac vice)
         FL Bar No. 27251
         BERENSON LLP
         4495 Military Trail, Suite 203
         Jupiter, Florida 33458
         Telephone: 561-429-4496
         Email: djz@berensonllp.com
         *Attorney for Defendant, OKLAHOMA WINDOWS AND DOORS, LLC*

         Sheila D. Sayne, Esq., OBA # 31213
         Sayne Law PLLC
         P.O. Box 33309
         Tulsa, Oklahoma 74153-3309
         Telephone: 918-740-3013
         sheila.sayne@outlook.com
         *Attorney for Defendant, OKLAHOMA WINDOWS AND DOORS, LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed and served electronically using CM/ECF, which is served upon all parties of record on the list for this case on this 7th day of December, 2023.

         Respectfully submitted,

         /s/ Diane J. Zelmer
         Diane J. Zelmer, Esq., Fla. Bar 27251

