Exhibit 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

SUSAN PARISI,

      Plaintiff,

vs.

                                          CASE NO. CIV-23-cv-115-R

                                          (Removed from the District Court of Oklahoma County, State of Oklahoma, Case No. CJ-2022-5727)

OKLAHOMA WINDOWS AND DOORS,
LLC d/b/a RENEWAL BY ANDERSON OF
OKLAHOMA AND BMO HARRIS
BANK, NA d/b/a GREENSKY, LLC,

      Defendants.

_____/

---

## DECLARATION OF JON ERICKSON

## IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS (OR STAY) AND

## COMPEL ARBITRATION WITH INCORPORATED MEMORANDUM OF LAW

---

JON ERICKSON declares, pursuant to 28 U.S. Code § 1746, as follows:

1.  My name is JON ERICKSON, and I am the corporate Chief Operating Officer of ESLER COMPANIES LLC which wholly owns OKLAHOMA WINDOWS AND DOORS, LLC d/b/a RENEWAL BY ANDERSON OF OKLAHOMA ("OKLAHOMA WINDOWS"). I am familiar with the corporate records and vendors of the company, and have personal knowledge of the facts set forth herein or incorporated by reference.

2.  I have reviewed the records of the OKLAHOMA WINDOWS, and on November 23, 2021, Plaintiff, SUSAN PARISI ("PARISI"), entered into a contract with OKLAHOMA WINDOWS for the purchase of five (5) windows to be installed at 1613 N. Markwell Avenue, Oklahoma City, OK 73127, in exchange for the sum of $17,743. A copy of the Contract is attached as **Exhibit "1.1."**

3.  PARISI received a copy of the Contract via e-mail, the same day that she signed the Contract. A copy of the email is attached as **Exhibit "1.2."**



4. The Contract contained a three day right to cancel the Contract. **Ex. 1.1, p. 4.**

5. The Contract also contains the following mediation, arbitration and class waiver language:

> **Informal Dispute Resolution and Mediation: Before submitting a claim to mediation and arbitration as described below, the Buyer agrees to present the Contractor with written notice of any construction defects and allow the Contractor within thirty (30) days (1) to inspect any construction defects and (2) present to the Buyer a written response which may include Contractor's offer to repair defects or to compensate Buyer for such defects. Before submitting a claim to mediation and arbitration as described below, the Contractor agrees to present the Buyer with written notice regarding any payment disputes and similarly allow the Buyer to respond in writing within thirty (30) days.**
>
> **If that process does not resolve the dispute, the complaining party must submit all claims to mediation within 10 days following notice of the claim to the other party. The mediation shall take place at offices of the American Arbitration Association (AAA) in the state where the work is to be performed; if there is no such office, the mediation will take place at a location designated by the mediator within the state where the work is to be performed. Each party will identify a person with decision-making authority who shall attend the mediation. The mediation will be nonbinding and conducted by the AAA in accordance with its then-current Construction Industry Mediation Procedures. The parties shall equally share the cost of the mediation. The parties agree that any action or claim or request for an injunction shall not be subject to mediation.**
>
> **Arbitration: Buyer and Contractor agree that any dispute between them, or any of their respective affiliates, officers, directors, employees, agents or owners arising under or in connection with this Agreement, or the products and services to be provided by Contractor, that has been not resolved through mediation, will be determined by binding arbitration administered by the AAA pursuant to its then-current Construction Industry Fast Track Procedures. The arbitration shall take place at offices of the AAA in the state where the work is to be performed; if there is no such office, the arbitration will take place at a location designated by the arbitrator within the state where the work is to be performed. The arbitration shall be heard by one (1) arbitrator who has at least ten (10) years of experience in the construction industry. The arbitrator must follow the law of the state where the work is being performed and not disregard the terms of this Agreement.**



**BERENSON**
Counsel to the Remodeling and Home Improvement Industry
4495 MILITARY TRAIL, SUITE 203, JUPITER, FL 33458    2 | P a g e

**The arbitration must be conducted on an individual basis. Neither of the parties nor the arbitrator will have any authority or power to proceed with any claim as a class action or otherwise to join or consolidate any claim with any other claims or any other proceeding involving third parties. In the event a court determines that this limitation on joinder or class action claims is unenforceable, then this entire commitment to arbitrate will become null and void and the parties must submit all claims to the jurisdiction of the courts. The parties agree that any action or claim or request for an injunction shall not be subject to arbitration.**

**Ex. 1.1, Terms and Conditions of Sale, p. 8-9.**

6.   OKLAHOMA WINDOWS purchases some of the products and supplies used to manufacture and/or install its windows and doors from various interstate sources, including from the following:

Ritz Safety, LLC (lead safe work practices "LSWP" materials)
255 Crescentville Rd
Cincinnati, OH 45246

Caliber Supply (Silco caulk)
1710 N Higley Rd Ste 103
Mesa, AZ 85205

Bayworld (bay/bow supplier)
395 Reed St.
Mansfield, OH 44903

Renewal by Andersen (window units, coil and trim)
9900 Jamaica Ave S
Cottage Grove, MN 55016

I state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 7, 2023

JON ERICKSON



Exhibit 1.1



**dba: Renewal by Andersen of Oklahoma**
Legal Name: Oklahoma Windows and Doors LLC
9201 Polaris Drive Suite 200 | Oklahoma City, OK 73149
Phone: 405-608-5000 | Fax: 405-562-7880 | oksales@renewaloklahoma.com

**Susan Parisi**
1613 N Markwell Ave
Oklahoma City , OK 73127
H:
C:

# Thank you for your order

Please find, enclosed for your convenience, the contents of your agreement with Oklahoma Windows and Doors LLC d/b/a Renewal by Andersen of Oklahoma

*Table of Contents*

Agreement Document and Payment Terms . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

Itemized Order Receipt . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

Notice of Cancellation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .4

Greensky Form Oct 2021.pdf . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .5

Terms and Conditions of Sale . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .7

Sales Cost Savings Program (SCSP) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .10

Lead-Safe Form . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .11

What to Expect . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .12

Disclosure Statement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .14

Limited Warranty . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .17

Lead Safe Work Practices . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .19

Release Agreement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .29

Price Presentation Discounts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30



# Agreement Document and Payment Terms

**dba: Renewal by Andersen of Oklahoma**
Legal Name: Oklahoma Windows and Doors LLC
9201 Polaris Drive Suite 200 | Oklahoma City, OK 73149
Phone: 405-608-5000 | Fax: 405-562-7880 | oksales@renewaloklahoma.com

Susan Parisi
1613 N Markwell Ave
Oklahoma City , OK 73127
H:
C:

---

**Susan Parisi**

Buyer(s) Name

**11/23/21**

Contract Date

**1613 N Markwell Ave, Oklahoma City , OK 73127**

Buyer(s) Street Address

Primary Telephone Number

Secondary Telephone Number

**sparisi21@yahoo.com**

Primary Email

Secondary Email

Buyer(s) hereby jointly and severally agrees to purchase the products and/or services of Oklahoma Windows and Doors LLC d/b/a Renewal by Andersen of Oklahoma("Contractor"), in accordance with the terms and conditions described in this Agreement Document and Payment Terms, any documents listed in the Table of Contents, and any other document attached to this Agreement Document, the terms of which are all agreed to by the parties and incorporated herein by reference (collectively, this "Agreement"). Buyer(s) hereby agrees to sign a completion certificate after Contractor has completed all work under this Agreement.

---

| | | |
|---|---|---|
| Total Job Amount: | **$17,743** | By signing this Agreement, you acknowledge that the Balance Due, and the Amount Financed must be made by personal check, bank check, credit card, or cash. |
| Deposit Received: | **$0** | |

| | |
|---|---|
| Balance Due: | **$17,743** |
| Amount Financed: | **$17,743** |
| Method of Payment: | **Financing** |

Estimated Start:
**3-5 months**

Estimated Completion:
**1-2 days**

We schedule installations based on the date of the signed contract and secondarily on the date in which we complete the technical measurements. The installation date that we are providing at this time is only an estimate. We will communicate an official date and time at a later date. Rain and extreme weather are the most common causes for delay.

Notes:  **Dates are subject to change due to back orders**

---

Buyer(s) agrees and understands that this Agreement constitutes the entire understandings between the parties and that there are no verbal understandings changing or modifying any of the terms of this Agreement. No alterations to or deviations from this Agreement will be valid without the signed, written consent of both the Buyer(s) and Contractor. Buyer(s) hereby acknowledges that Buyer(s) 1) has read this Agreement, understands the terms of this Agreement, and has received a completed, signed, and dated copy of this Agreement, including the two attached Notices of Cancellation, on the date first written above and 2) was orally informed of Buyer's right to cancel this Agreement.

NOTICE TO BUYER: Do not sign this contract if blank. You are entitled to a copy of the contract at the time you sign.

---

**YOU, THE BUYER, MAY CANCEL THIS TRANSACTION AT ANY TIME NOT LATER THAN MIDNIGHT OF 11/26/2021 OR THE THIRD BUSINESS DAY AFTER THE DATE OF THIS TRANSACTION, WHICHEVER DATE IS LATER. SEE THE ATTACHED NOTICE OF CANCELLATION FORM FOR AN EXPLANATION OF THIS RIGHT.**

---

Signature of Sales Person

Signature

Signature

**Russell Kelley**

**Susan Parisi**

Print Name of Sales Person

Print Name

Print Name



# Itemized Order Receipt

**dba: Renewal by Andersen of Oklahoma**
Legal Name: Oklahoma Windows and Doors LLC
9201 Polaris Drive Suite 200 l Oklahoma City, OK 73149
Phone: 405-608-5000 l Fax: 405-562-7880 l oksales@renewaloklahoma.com

Susan Parisi
1613 N Markwell Ave
Oklahoma City , OK 73127
H:
C:

| ID#: | ROOM: | SIZE: | DETAILS: |
|---|---|---|---|
| | | 0 W 0 H | **Misc:** Misc, Processing Fee, <Enter Description Here> |
| 107 | dining | 95 W 30 H | **Window:** Gliding, Triple, 1:1:1, Base Frame, Exterior Dark Bronze, Interior Dark Bronze, **Glass:** All Sash: High Performance SmartSun Glass, No Pattern, **Hardware:** Dark Bronze, **Screen:** Fiberglass, Full Screen, **Grille Style:** No Grille, **Misc:** None |
| 108 | dining upper | 95 W 64 H | **Window:** Picture, Insert Frame, Exterior Dark Bronze, Interior Dark Bronze, **Glass:** All Sash: High Performance SmartSun Glass, No Pattern, Tempered Glass, **Grille Style:** No Grille, **Misc:** None |
| 109 | office lower | 59 W 30 H | **Window:** Gliding, Double, 1:1, Active / Passive, Base Frame, Exterior Dark Bronze, Interior Dark Bronze, **Glass:** All Sash: High Performance SmartSun Glass, No Pattern, **Hardware:** Dark Bronze, **Screen:** Fiberglass, Full Screen, **Grille Style:** No Grille, **Misc:** None |
| 110 | office upper | 59 W 40 H 30 L | **Specialty:** Equal Leg Arch, Base Frame, Exterior Dark Bronze, Interior Dark Bronze, **Glass:** All Sash: High Performance SmartSun Glass, No Pattern, **Grille Style:** No Grille, **Misc:** None |
| 111 | guest room | 35 W 59 H | **Window:** Gliding, Double, 1:1, Active / Passive, Base Frame, Exterior Dark Bronze, Interior Dark Bronze, **Glass:** All Sash: High Performance SmartSun Glass, No Pattern, **Hardware:** Dark Bronze, **Screen:** Fiberglass, Full Screen, **Grille Style:** No Grille, **Misc:** None |

**WINDOWS: 4**    **PATIO DOORS: 0**    **SPECIALTY: 1**    **MISC: 1**    TOTAL **$17,743**

*Renewal by Andersen is committed to our customers' safety by complying with the rules and lead-safe work practices specified by the EPA.*

# Notice of Cancellation

**dba: Renewal by Andersen of Oklahoma**
Legal Name: Oklahoma Windows and Doors LLC
9201 Polaris Drive Suite 200 l Oklahoma City, OK 73149
Phone: 405-608-5000 l Fax: 405-562-7880 l oksales@renewaloklahoma.com

**Susan Parisi**
1613 N Markwell Ave
Oklahoma City , OK 73127
H:
C:

---

**You, the buyer(s) may cancel this transaction at any time prior to midnight on 11/26/2021
or the third business day after the date of this transaction, whichever date is later.**

---

## NOTICE OF CANCELLATION

Date of Transaction: 11/23/21. You may cancel this transaction, without any penalty or obligation, before midnight on 11/26/2021 or the third business day after the date of this transaction, whichever date is later. If you cancel, any property traded in, any payments made by you under the Contract or Sale, and any negotiable instrument executed by you will be returned within 10 business days following receipt by the Seller of your cancellation notice, and any security interest arising out of the transaction will be canceled. If you cancel, you must make available to the Seller at your residence, in substantially as good condition as when received, any goods delivered to you under this Contract or Sale; or you may, if you wish, comply with the instructions of the Seller regarding the return shipment of the goods at the Sellers expense and risk. If you do make the goods available to the Seller and the Seller does not pick them up within 20 days of the date of your Notice of Cancellation, you may retain or dispose of the goods without any further obligation. If you fail to make the goods available to the Seller, or if you agree to return the goods to the Seller and fail to do so, then you remain liable for performance of all obligations under the Contract. To cancel this transaction, mail or deliver a signed and dated copy of this cancellation notice or any other written notice, or send a telegram, to:

dba: Renewal by Andersen of Oklahoma

Legal Name: Oklahoma Windows and Doors LLC

9201 Polaris Drive Suite 200

Oklahoma City, OK 73149

Phone: 405-608-5000

Fax: 405-562-7880

Email: oksales@renewaloklahoma.com

NOT LATER THAN MIDNIGHT OF 11/26/2021
OR THE THIRD BUSINESS DAY AFTER THE DATE
OF THIS TRANSACTION, WHICHEVER DATE IS LATER.

I HEREBY CANCEL THIS TRANSACTION

---
Buyer Signature                              Date

## NOTICE OF CANCELLATION

Date of Transaction: 11/23/21. You may cancel this transaction, without any penalty or obligation, before midnight on 11/26/2021 or the third business day after the date of this transaction, whichever date is later. If you cancel, any property traded in, any payments made by you under the Contract or Sale, and any negotiable instrument executed by you will be returned within 10 business days following receipt by the Seller of your cancellation notice, and any security interest arising out of the transaction will be canceled. If you cancel, you must make available to the Seller at your residence, in substantially as good condition as when received, any goods delivered to you under this Contract or Sale; or you may, if you wish, comply with the instructions of the Seller regarding the return shipment of the goods at the Sellers expense and risk. If you do make the goods available to the Seller and the Seller does not pick them up within 20 days of the date of your Notice of Cancellation, you may retain or dispose of the goods without any further obligation. If you fail to make the goods available to the Seller, or if you agree to return the goods to the Seller and fail to do so, then you remain liable for performance of all obligations under the Contract. To cancel this transaction, mail or deliver a signed and dated copy of this cancellation notice or any other written notice, or send a telegram, to:

dba: Renewal by Andersen of Oklahoma

Legal Name: Oklahoma Windows and Doors LLC

9201 Polaris Drive Suite 200

Oklahoma City, OK 73149

Phone: 405-608-5000

Fax: 405-562-7880

Email: oksales@renewaloklahoma.com

NOT LATER THAN MIDNIGHT OF 11/26/2021
OR THE THIRD BUSINESS DAY AFTER THE DATE
OF THIS TRANSACTION, WHICHEVER DATE IS LATER.

I HEREBY CANCEL THIS TRANSACTION

---
Buyer Signature                              Date

 

## GreenSky Financing Form

SOLD TO: Susan Parisi

DATE: 11/23/2021

CARD HOLDER'S NAME: Susan Parisi

APPLICATION ID # 2111233004

Job Address: 1613 N Markwell Ave Oklahoma City, OK 73127

LAST 4 SSN: ▮▮▮▮

PO Box

PLAN #:  3541 - 24 month promotional period. Interest waived if balance paid off before promotional period ends.

Simply visit myloan.greenskycredit.com, enter your Application ID and Access number to download loan agreements.

1. Total Project Amount  $ 17,743

2. Deposit (if applicable)  $ 0

3. Total Greensky Finance Amount  $ 17,743.00

4. Greensky financed at order (50%)  $ 8,871.50

5. Greensky financed at completion (50%)  $ 8,871.50

**Name as it appears on card:** Susan Parisi

RbA Rep. Signature: _____

Date: 11/23/2021

Customer Signature: _____

Date: 11/23/2021



**HOA Authorization & Contact Form**

Homeowner Name: __Susan Parisi__

\# of units: __5__

Project Consultant: __Russell Kelley__

Measure Date: __11/23/21__

**IS THIS PROJECT LIKE FOR LIKE**
YES: ☑    NO: ☐

<div style="background-color:yellow">**Check only one and sign please**</div>

☑ NO HOA EXISTS for my project. Please proceed with placing my order.

**PROCEED WITH ORDER**
YES: ☑    NO: ☐

Homeowner Signature:___*Susan Parisi*___

Date:_____

---

If project is LIKE FOR LIKE we recommend the following:

☐    I WILL OBTAIN MY OWN HOA APPROVAL. I accept all responsibility for my order. Please proceed with placing my order.

Homeowner Signature:_____    Date:_____

---

☐ **Authorization Release for HOA Assistance:**    I the undersigned, hereby authorize Renewal by Andersen to act on my behalf in all manners relating to HOA REQUESTS, including signing documents relating to these matters. Any and all acts carried out by Renewal by Andersen on my behalf shall have the same effect as acts of my own. This authorization is valid until further notice. WHEN OPTING FOR ASSISTANCE, PROVIDE CURRENT CONTACT INFORMATION:
 You may be contacted if your HOA is one that will not work with us, or has special requirements that are not within our means.

➢ Sub Division HOA (complete name ): _____

➢ Property Management Co:_____

➢ Contact Name (Manager):_____

➢ Telephone:_____

➢HOA Management Co. Manager's E-mail:_____

<div style="background-color:yellow">**Home Owners Responsibility:** Renewal by Andersen will submit your request; notify RbA when you hear from your HOA with the decision. Your replacements will be ordered at this time. *(Note: Some HOA's will only communicate with the Home Owner.)*</div>

---

Partial Replacement ☐        Entire Home Replacement ☐

**Reps to initial:** *Color same:* ☐    *Style same:* ☐    *Grid pattern same:* ☐

Notes to HOA for changes needed.

 Please explain all changes not like for like. Please provide a brief description for each side of the home (front, back, left, right). Description for each side of the home to include if L4L, if not L4L what unit # is changing.

Homeowners Signature:___*Susan Parisi*___    Date:__11/23/21__



# Terms and Conditions of Sale

**dba: Renewal by Andersen of Oklahoma**
Legal Name: Oklahoma Windows and Doors LLC
9201 Polaris Drive Suite 200 | Oklahoma City, OK 73149
Phone: 405-608-5000 | Fax: 405-562-7880 | oksales@renewaloklahoma.com

**Susan Parisi**
1613 N Markwell Ave
Oklahoma City , OK 73127
H:
C:

"I," "my," and "me" means each person who signs this Agreement as a Buyer. "Contractor" means Oklahoma Windows and Doors, LLC d/b/a Renewal by Andersen of Oklahoma. "We" and "'us" mean both the Buyer, or Buyers if more than one, and the Contractor. Oklahoma Windows and Doors, LLC, LLC d/b/a Renewal by Andersen of Oklahoma is an authorized and independent dealer of Renewal by Andersen LLC ("RbA") products. You are entering into a contract with Oklahoma Windows and Doors, LLC,  d/b/a Renewal by Andersen of Oklahoma.

Warranties/Intended Use: I understand that in connection with my purchase, RbA is providing me with a written Limited Warranty  a copy of which has been furnished to me or is available to me online at www.renewalbyandersen.com and is incorporated by reference. Contractor is providing me with an Extended Limited Lifetime Labor Warranty. I understand that I should carefully read RbA's Limited Warranty and the Contractor's Extended Limited Lifetime Labor Warranty for complete details of my warranty coverages. I understand that neither warranty will be effective or enforced while a balance due remains on this Agreement.

Contractor's Promises: Contractor promises to perform all work in a professional manner and within industry standards. Contractor will remove and transport away from the premises any debris and waste materials that are generated by Contractor. Contractor will obtain all building permits for the work to be performed under this Agreement. Contractor will maintain worker's compensation insurance and liability insurance during the term of this Agreement in amounts not less than those required by applicable law.

My Promises: I  promise to Contractor that (a) I will provide Contractor with reasonable access to my property and the area in which the work is to be performed, including access to electrical outlets; (b) I will be responsible for preparation, moving, and reinstalling of any materials, personal property, motor vehicles, or equipment as may be needed for Contractor to perform its work; (c) the walls and surfaces near and upon which the work is to be performed are sound and suitable for the work being performed; (d) when the work is substantially complete, I will pay Contractor the balance due on the Total Job Amount. I understand that "substantially complete" means the work has been materially finished and is functional as intended; (e) in the event that I disagree with Contractor that the work is substantially complete, I agree that I will not withhold more than 10% of the Agreement price; (f) if taxes and/ or permitting fees are necessary to complete the work, I will pay them unless the law requires Contractor to pay them; and (g) Contractor may place an advertising sign of reasonable size in my yard during the installation.

Deposit, Second and Final Payments:  Unless otherwise specified in this Agreement, a Deposit of 33%  of the Total Job Amount identified on front of this Agreement is required to be made by you upon your acceptance of this Agreement. The second payment is due at the start of installation and final payment is due at the substantial completion of the installation. The checks are made payable to Renewal by Andersen of Oklahoma. You may hand the check to the installer who will then bring the check into the office. If you have financed your project, the instructions provided by the finance institution must be followed.    All amounts quoted, exclude all present and future federal, state and local excise, sales/use, privilege, personal property, gross receipts, and similar taxes and charges payable with respect to the products and services under this Agreement.

Measurements: I understand that all dimensions referred to in this Agreement are considered estimated measurements and used only for the purpose of arriving at the Total Job Amount in this Agreement. I understand that the actual measurements will be determined during a follow up visit by a qualified measurement technician employed by Contractor. I understand that if Contractor must make changes to the estimated measurements, I agree to sign an addendum to this Agreement.

| | | |
|---|---|---|
| _(signature)_ | _Susan Parisi (signature)_ | |
| Signature of Sales Person | Signature | Signature |
| **Russell Kelley** | **Susan Parisi** | |
| Print Name of Sales Person | Print Name | Print Name |



# Terms and Conditions of Sale

**dba: Renewal by Andersen of Oklahoma**
Legal Name: Oklahoma Windows and Doors LLC
9201 Polaris Drive Suite 200 | Oklahoma City, OK 73149
Phone: 405-608-5000 | Fax: 405-562-7880 | oksales@renewaloklahoma.com

**Susan Parisi**
1613 N Markwell Ave
Oklahoma City , OK 73127
H:
C:

---

Late Cancellation: I understand that I have three business days to cancel this Agreement, as described in the Notice of Cancellation. I understand that if I want to cancel this Agreement after those three business days, Contractor does not have to allow me to do so. I understand that if Contractor does permit me cancel after those three business days, however, I will have to pay to Contractor a late cancellation fee equal to 25% of' the Total Job Amount to compensate Contractor for its labor, administrative, and material costs.

Delay/Unknown Conditions: I understand that if Contractor determines that it cannot perform the work according to Contractor's normal professional standards, then Contractor can cancel this Agreement, notify me in writing of the cancellation, and return to me all deposits I have paid. I understand that some of the things that could cause Contractor to cancel this Agreement would be incorrect pricing, unforeseen structural defects, or unknown pre-existing conditions to my property. I understand that Contractor is not responsible for structural or other defects in my home , and that Contractor's products do not cure those types of problems. I also understand that the work could be delayed by events that Contractor does not control, and that is acceptable to me. Some of the things that could cause the work to be delayed would be acts of God, pandemics, labor strikes, inclement weather, material shortages, my inability to qualify for or obtain financing, delays by local government authorities in issuing or otherwise approving inspections, permitting, or other required authorizations for the work.  In  no event will Contractor be liable for any damage, consequential or otherwise, arising from  delayed performance.

Late Payment/Default: I agree that if I do not pay Contractor all or any portion of the money owed when it is due, I will pay a late fee of 1.5% of the amount owed for each month the money is owed and not paid. I also agree that if I default on my promises under this Agreement, and Contractor hires an attorney to enforce this Agreement, to the extent permitted by law, I will pay Contractor its reasonable legal fees and related costs or expenses. I agree and understand that in the event that I do not pay Contractor all or any portion of the money owed when it is due, Contractor may have a claim against me, which may be enforced against my home in accordance with the applicable lien laws. I also understand that if I finance the work with Contractor or a third party, my separately provided financing documents may include a security interest in my home. I understand that I should read those documents closely.

Informal Dispute Resolution and Mediation: Before submitting a claim to mediation and arbitration as described below, the Buyer agrees to present the Contractor with written notice of any construction defects and allow the Contractor within thirty (30) days (1) to inspect any construction defects and (2) present to the Buyer a written response which may include Contractor's offer to repair defects or to compensate Buyer for such defects. Before submitting a claim to mediation and arbitration as described below, the Contractor agrees to present the Buyer with written notice regarding any payment disputes and similarly allow the Buyer to respond in writing within thirty (30) days.

If that process does not resolve the dispute, the complaining party must submit all claims to mediation within 10 days following notice of the claim to the other party. The mediation shall take place at offices of the American Arbitration Association (AAA) in the state where the work is to be performed; if there is no such office, the mediation will take place at a location designated by the mediator within the state where the work is to be performed.  Each party will identify a person with decision-making authority who shall attend the mediation. The mediation will be nonbinding and conducted by the AAA in accordance with its then-current Construction Industry Mediation Procedures. The parties shall equally share the cost of the mediation. The parties agree that any action or claim or request for an injunction shall not be subject to mediation.

Arbitration: Buyer and Contractor agree that any dispute between them, or any of their respective affiliates, officers, directors, employees, agents or owners arising under or in connection with this Agreement, or the products and services to be provided by Contractor, that has been not resolved through mediation, will be determined by binding arbitration administered by the AAA pursuant to its then-current

| | | |
|---|---|---|
| _(signature)_ | _Susan Parisi (signature)_ | |
| Signature of Sales Person | Signature | Signature |
| **Russell Kelley** | **Susan Parisi** | |
| Print Name of Sales Person | Print Name | Print Name |



# Terms and Conditions of Sale

**dba: Renewal by Andersen of Oklahoma**
Legal Name: Oklahoma Windows and Doors LLC
9201 Polaris Drive Suite 200 | Oklahoma City, OK 73149
Phone: 405-608-5000 | Fax: 405-562-7880 | oksales@renewaloklahoma.com

**Susan Parisi**
1613 N Markwell Ave
Oklahoma City , OK 73127
H:
C:

Construction Industry Fast Track Procedures. The arbitration shall take place at offices of the AAA in the state where the work is to be performed; if there is no such office, the arbitration will take place at a location designated by the arbitrator within the state where the work is to be performed. The arbitration shall be heard by one (1) arbitrator who has at least ten (10) years of experience in the construction industry. The arbitrator must follow the law of the state where the work is being performed and not disregard the terms of this Agreement.

The arbitration must be conducted on an individual basis. Neither of the parties nor the arbitrator will have any authority or power to proceed with any claim as a class action or otherwise to join or consolidate any claim with any other claims or any other proceeding involving third parties. In the event a court determines that this limitation on joinder or class action claims is unenforceable, then this entire commitment to arbitrate will become null and void and the parties must submit all claims to the jurisdiction of the courts. The parties agree that any action or claim or request for an injunction shall not be subject to arbitration.

A judgment may be entered upon the arbitration award by any state or federal court in the state where the Buyer resides. The decision of the arbitrator will be final and binding on all parties to the dispute. However, the arbitrator may not under any circumstances stay the effectiveness of any award, assess punitive, multiple or exemplary damages, or make any award which extends, modifies or suspends any lawful term of this Agreement.

Interpretation of this Agreement: I agree that this Agreement will be interpreted and enforced under the laws of the state where the work is to be performed. If any part of this Agreement is determined to be invalid or illegal, then I agree that the rest of this Agreement will still be valid and enforceable. We both understand that this Agreement and any attachments hereto, make up the entire understanding between us about the work of Contractor. There are no oral or other written agreements, promises, statements, or representations on which either of us is relying. We both agree that any change to this Agreement must be in writing and signed by both of us. The paragraph headings contained in this Agreement are for convenience only and will not affect the meaning or interpretation of this Agreement.

Condensation and Environmental Conditions: Condensation, which can form on or within walls, siding, tiles, or other surfaces results from pre-existing conditions in a home and internal or external temperatures. Reducing the humidity in a home will often remedy any condensation problems. I agree that Contractor is not responsible for condensation or existing or developing spore or mold growth, which can be the result of condensation.

By signing below, Buyer and Contractor hereby agree to the Terms and Conditions of Sale of this Agreement.

| | | |
|---|---|---|
| Signature of Sales Person | Signature | Signature |
| **Russell Kelley** | **Susan Parisi** | |
| Print Name of Sales Person | Print Name | Print Name |



# Sales Cost Savings Program (SCSP)

**dba: Renewal by Andersen of Oklahoma**
Legal Name: Oklahoma Windows and Doors LLC
9201 Polaris Drive Suite 200 | Oklahoma City, OK 73149
Phone: 405-608-5000 | Fax: 405-562-7880 | oksales@renewaloklahoma.com

**Susan Parisi**
1613 N Markwell Ave
Oklahoma City , OK 73127
H:
C:

To: All Sales Personnel

Date: 1/1/2020

From: Matthew Esler, Manager, Renewal by Andersen of Oklahoma

Re: Sales Cost Savings Program (SCSP)

At Renewal by Andersen of Oklahoma, we are always looking for ways to increase value, and we've found a way to lower costs to our customers. The majority of customers that we see love Renewal by Andersen products and are comfortable enough to award us the project on the initial visit. For a variety of reasons, some customers feel they need time to think it over for a day or two before placing the order. This requires a second visit.

We are happy to visit our customers as many times at it takes to earn their business.

However, when the consumer makes a buying decision on the first visit, the sales cost of additional visits is saved and we are happy to pass that savings on to our customers.

Please keep in mind, the savings are only realized during the initial visit.

Best Regards,
Matthew Esler

Manager
Renewal by Andersen of Oklahoma

| Signature of Sales Person | Signature | Signature |
|---|---|---|
| **Russell Kelley** | **Susan Parisi** | |
| Print Name of Sales Person | Print Name | Print Name |

# Lead-Safe Form

**dba: Renewal by Andersen of Oklahoma**
Legal Name: Oklahoma Windows and Doors LLC
9201 Polaris Drive Suite 200 | Oklahoma City, OK 73149
Phone: 405-608-5000 | Fax: 405-562-7880 | oksales@renewaloklahoma.com

**Susan Parisi**
1613 N Markwell Ave
Oklahoma City , OK 73127
H:
C:

Lead Safe Work Pamphlet Receipt and Lead Testing Permission Form

Pamphlet Receipt

I have received a copy of the EPA The Lead Safe Certified Guide to Renovate Right informing me of the potential risks of lead hazard exposure from renovation activity to be performed in my home.  I received this pamphlet before the work began.

Permission to Test

I  confirm  that if  my home was built before  1978, I understand and give permission to have my home tested for lead paint at time the Installation Manager comes to my home to take final measurements.  I  understand  that  the  if  the  test  does  show  the  presence  of  lead paint, the firm performing the renovation  will be required to use the lead-safe  work practices  required  by  EPA's  Lead-Based  Paint Renovation,  Repair,  and  Painting  Rule.  I also understand that there is no added charge to me for using these lead safe work practices.

By signing below, Buyer and Contractor hereby agree to the terms and conditions above.

| | | |
|---|---|---|
| Signature of Sales Person | Signature | Signature |
| **Russell Kelley** | **Susan Parisi** | |
| Print Name of Sales Person | Print Name | Print Name |



# What to Expect

**dba: Renewal by Andersen of Oklahoma**
Legal Name: Oklahoma Windows and Doors LLC
9201 Polaris Drive Suite 200 | Oklahoma City, OK 73149
Phone: 405-608-5000 | Fax: 405-562-7880 | oksales@renewaloklahoma.com

**Susan Parisi**
1613 N Markwell Ave
Oklahoma City , OK 73127
H:
C:

OPENING YOUR HOME FOR SITE INSPECTION
You are required to be present during your Site Inspection  in order to open your home and review your contract specifications the Installation Manager  we assign to the project. The Installation Manager will measure the opening for each purchased unit and determine the amount of time required for your installation.

PRE-INSTALLATION
Once your window and/or door units have a scheduled arrival date from the RbA manufacturing facility, we will confirm the tentative installation date with you. Please keep in mind that this installation date may need to change. Variables, such as rain and extreme weather are the most common reasons for a change in installation date. We appreciate your understanding and flexibility in advance. We will give you a reminder call or text message one day prior to the scheduled installation date.

INSTALLATION DAY
The installation crew will arrive at your home after picking up all the required installation materials from our warehouse. Due to variables in travel distance and possible morning traffic, arrival times will vary, but typically the crew will arrive between 8am and10am unless you are scheduled for an afternoon installation. At the end of the project the lead installer will perform a final walk-through and issue any applicable final documentation.

POSSIBLE GLASS LOSS
Buyer has been made aware of the possible glass loss  that is inherent with the installation of replacement windows.

PAINTING AND STAINING
Any painting, staining, or wallpapering which may be needed is not included in this agreement unless specifically noted.

FURNITURE AND DECORATIONS
We ask that you remove any furniture that may block access to the windows or door openings.  We ask that you remove the pictures from the walls being worked on and any decorations that are in the work area before work begins.  This will greatly reduce the likelihood of any accidental damage to personal property.

WINDOW COVERINGS
Please remove all blinds, shades or shutters before we arrive.  We also assume no liability for any new blinds or shutters; that includes fit, measuring and installation.  All of these processes should be handled by a professional window treatment company.

AIR CONDITIONING UNITS
Buyer is responsible for the removal and re-installation of any AC units and brackets.

ALARM SYSTEMS
Buyer is responsible for the removal and reinstallation of existing alarm systems. PLEASE CONTACT YOUR ALARM SYSTEM PROVIDER FOR DETAILS.

| Signature of Sales Person | Signature | Signature |
|---|---|---|
| **Russell Kelley** | **Susan Parisi** | |
| Print Name of Sales Person | Print Name | Print Name |

# What to Expect

**dba: Renewal by Andersen of Oklahoma**
Legal Name: Oklahoma Windows and Doors LLC
9201 Polaris Drive Suite 200 | Oklahoma City, OK 73149
Phone: 405-608-5000 | Fax: 405-562-7880 | oksales@renewaloklahoma.com

**Susan Parisi**
1613 N Markwell Ave
Oklahoma City , OK 73127
H:
C:

PETS
Because not all pets react favorably to the excitement of the construction process, we ask that you keep all of your pets confined during the time we are working on your home.  This should keep them from becoming stressed, accidentally escaping or possible injury.

WHAT IS INCLUDED
Contractor will insulate, caulk and seal the windows we install with our 3-point system to prevent water and air infiltration.

Contractor will clean up all job debris including the old windows and vacuum on a nightly basis.

The RbA Limited Warranty and the Extended Limited Lifetime Labor Warranty will be in effect upon completion of the project and payment in full.

Building Permit: The fee for any and all required building permits is to be paid by the customer to Contractor). Contractor will secure any and all required building permits. After installation is complete, you are required close out the building permit with the issuing municipality.

---

| | | |
|---|---|---|
| Signature of Sales Person | Signature | Signature |
| **Russell Kelley** | **Susan Parisi** | |
| Print Name of Sales Person | Print Name | Print Name |

# Disclosure Statement

**dba: Renewal by Andersen of Oklahoma**
Legal Name: Oklahoma Windows and Doors LLC
9201 Polaris Drive Suite 200 | Oklahoma City, OK 73149
Phone: 405-608-5000 | Fax: 405-562-7880 | oksales@renewaloklahoma.com

**Susan Parisi**
1613 N Markwell Ave
Oklahoma City , OK 73127
H:
C:

KNOW YOUR RIGHTS AND RESPONSIBILITIES UNDER THE LAW. You are about to enter into a transaction to build a new home or remodel existing property. State law requires your contractor to provide you with this brief overview of some of your rights, responsibilities, and risks in this transaction.

CONVEYANCE TO CONTRACTOR PROHIBITED. Your contractor may not require you to convey your real property to your contractor as a condition to the agreement for the construction of improvements on your property.

KNOW YOUR CONTRACTOR. Before you enter into your agreement for the construction of improvements to your real property, make sure that you have investigated your contractor. Obtain and verify references from other people who have used the contractor for the type and size of construction project on your property.

GET IT IN WRITING. Make sure that you have a written agreement with your contractor that includes: (1) a description of the work the contractor is to preform; (2) the required or estimated time for completion of the work; (3) the cost of the work or how the cost will be determined; and (4) the procedure and method of payment, including provisions for statutory retainage and conditions for final payment. If your contractor made a promise, warranty, or representation to you concerning the work the contractor is to perform, make sure that promise, warranty, or representation is specified in the written agreement. An oral promise that is not included in the agreement may not be enforceable under state law.

READ BEFORE YOU SIGN. Do not sign any document before you have read and understood it. NEVER SIGN A DOCUMENT THAT INCLUDEDS AN UNTRUE STATEMENT. Take your time in reviewing documents. If you borrow money from a lender to pay for the improvements, you are entitled to have the loan closing documents furnished to you for review at least one business day before the closing. Do not waive this requirement unless a bona fide emergency or another good cause exists, and make sure you understand the documents before you sign them. If you fail to comply with the terms of the documents, you could lose your property. You are entitled to have your own attorney review any documents. If you have any question about the meaning of a document, consult an attorney.

GET A LIST OF SUBCONTRACTORS AND SUPPLIERS. Before construction commences, your contractor is required to provide you with a list of the subcontractors and suppliers the contractor intends to use on your project. Your contractor is required to supply updated information on any subcontractors and suppliers added after the list was provided.

MONITOR THE WORK. Lenders and governmental authorities may inspect the work in progress from time to time for their own purposes. These inspections are not intended as quality control inspections. Quality control is a matter for you and your contractor. To ensure that your home is being constructed in accordance with your wished and specifications, you should inspect the work yourself or have your own independent inspector review the work in progress.

MONITOR PAYMENTS. If you use a lender, your lender is required to provide you with a periodic statement showing the money disbursed by the lender form the proceeds of your loan. Your contractor is also required to furnish you with a statement at least once each month of money disbursed to subcontractors and suppliers for this project. Review these statements and make sure that the money is being properly disbursed.

CLAIMS BY SUBCONTRACTORS AND SUPPLIERS. Under state law, if a subcontractor or supplier who furnishes labor or materials

| | | |
|---|---|---|
| _(signature)_ | _Susan Parisi (signature)_ | |
| Signature of Sales Person | Signature | Signature |
| **Russell Kelley** | **Susan Parisi** | |
| Print Name of Sales Person | Print Name | Print Name |



# Disclosure Statement

**dba: Renewal by Andersen of Oklahoma**
Legal Name: Oklahoma Windows and Doors LLC
9201 Polaris Drive Suite 200 | Oklahoma City, OK 73149
Phone: 405-608-5000 | Fax: 405-562-7880 | oksales@renewaloklahoma.com

**Susan Parisi**
1613 N Markwell Ave
Oklahoma City , OK 73127
H:
C:

---

for the construction of improvements on your property is not paid, you may become liable and your property may be subject to a lien for the unpaid amount, even if you have not contracted directly with the subcontractor or supplier. To avoid liability, you should take the following actions:

(1) If you receive a written notice from a subcontractor or supplier, you should withhold payment from your contractor for the amount of the claim stated in the notice until the dispute between your contractor and the subcontractor or supplier is resolved. If your lender is disbursing money directly to your contractor, you should immediately provide a copy of the notice to your lender and instruct the lender to withhold payment in the amount of the claim stated in the notice. If you continue to pay the contractor after receiving the written notice without withholding the amount of the claim, you may be liable and your property may be subject to a lien for the amount you failed to withhold.

(2) During construction and for 30 days after final completion, termination, or abandonment of the contract by the contractor, you should withhold or cause your lender to withhold 10 percent of the amount of payments made for the work performed by your contractor. This is sometimes referred to as "statutory retainage." If you fail to withhold the 10 percent for at least 30 days after final completion, termination, or abandonment of the contract by the contractor and if a valid claim in timely made by a claimant, you may be personally liable and your property may be subject to a lien up to the amount that you failed to withhold.

If the claim is not paid within a certain time period, the claimant is required to file a mechanic's lien affidavit in the real property records in the county where the property is located. A mechanic's lien affidavit is not a lien on your property, but the filing of the affidavit could result in a court imposing lien on your property if the clamant is successful in litigation to enforce the lien claim.

SOME CLAIMS MAY NOT BE VALID. When you receive a written notice of a claim or when a mechanic's lien affidavit is filed on your property, you should know your legal rights and responsibilities regarding the claim. Not all claims are valid. A notice of a claim by a subcontractor or supplier is required to be sent, and the mechanic's lien affidavit is required to be filed, within strict time periods. The notice and the affidavit must contain certain information. All Claimants may not fully comply with the legal requirements to collect on a claim. If you have paid the contractor in full before receiving a notice of a claim and have fully complied with the law regarding statutory retainage, you may not be liable for that claim. Accordingly, you should consult your attorney when you receive a written notice of a claim to determine the true extent of your liability or potential liability for that claim.

OBTAIN A LIEN RELEASE AND A BILLS-PAID AFFIDAVIT. When you receive a notice of a claim, do not release withheld funds without obtaining a signed and notarized release of lien and claim from the claimant. You can also reduce the risk of having a claim filed by a subcontractor or supplier by requiring as a condition of each payment made by you or your lender that your contractor furnish you with an affidavit stating that all bills have been paid. Under state law, on final completion of the work and before final payment, the contractor is required to furnish you with an affidavit stating that all bills have been paid. If the contractor discloses any unpaid bill in the affidavit, you should withhold payment in the amount of the unpaid bill until you receive a waiver of lien or release from that subcontractor or supplier.

OBTAIN TITLE INSURANCE PROTECTION. You may be able to obtain a title insurance policy to insure that the title to your property and the existing improvements on your property are free from liens claimed by subcontractors and suppliers. If your policy is issued before the improvements are completed and covers the value of the improvements to be completed, you should obtain, on the completion of the improvements and as a condition of your final payment, a "completion of improvements" policy endorsement. This endorsement will

| | | |
|---|---|---|
| _(signature)_ | _Susan Parisi (signature)_ | |
| Signature of Sales Person | Signature | Signature |
| **Russell Kelley** | **Susan Parisi** | |
| Print Name of Sales Person | Print Name | Print Name |

# Disclosure Statement

**dba: Renewal by Andersen of Oklahoma**
Legal Name: Oklahoma Windows and Doors LLC
9201 Polaris Drive Suite 200 | Oklahoma City, OK 73149
Phone: 405-608-5000 | Fax: 405-562-7880 | oksales@renewaloklahoma.com

**Susan Parisi**
1613 N Markwell Ave
Oklahoma City , OK 73127
H:
C:

protect your property from liens claimed by subcontractors and suppliers that may arise from the date the original title policy is issued to the date of the endorsement.

_____
Signature of Sales Person
**Russell Kelley**
_____
Print Name of Sales Person

_____
Signature
**Susan Parisi**
_____
Print Name

_____
Signature

_____
Print Name

# Renewal by Andersen® Products and Installation Transferable Limited Warranty
UNITS INSTALLED AFTER MAY 1, 2016

*Your Renewal by Andersen® products are warranted under a fully transferable limited warranty covering parts, labor and original installation services.*

## Transferable Limited Warranty on Glass

The glass in Renewal by Andersen® factory glazed windows (including high-performance Low-E4® glass, high-performance Low-E4® Sun glass, high-performance Low-E4® SmartSun™ glass, high-performance SmartSun glass with HeatLock® technology, patterned glass [including obscure, fern, reed and cascade designs]), Finelight™ grilles, divided light grilles and tempered versions of these glass options is warranted to be free from defects in manufacturing, materials and workmanship for twenty (20) years from the original installation date. It is also warranted not to develop, under normal conditions, any material change in appearance resulting from manufacturing defects or as a result of premature failure of the glass or organic seal for twenty (20) years from the original installation date. This limited warranty on glass does not apply to special order glazings, art glass, insulated art glass, impact-resistant glass or glass that is not factory installed by Renewal by Andersen.

In the event a glass failure occurs as a result of a defect in manufacturing, materials or workmanship within the limited warranty period, Renewal by Andersen, at its option, will: [1] provide and install the appropriate replacement glass product or [2] provide a factory-authorized repair to the existing glass. Such replacement or repair is warranted for the remainder of the original limited warranty period.

## Transferable Limited Warranty on Fibrex® Material Components

The Fibrex® material components of your Renewal by Andersen windows (including frame, sash, and exterior grilles) are warranted not to flake, rust, blister, peel, crack, pit or corrode and be free from defects in manufacturing, materials and workmanship for a period of twenty (20) years from the original installation date.

In the event a Fibrex material component fails as a result of a defect in manufacturing, materials or workmanship within the limited warranty period, Renewal by Andersen, at its option, will: [1] provide and install the appropriate replacement parts or [2] provide a factory-authorized repair to the existing product. Such replacement or repair is warranted for the remainder of the original limited warranty period.

## Transferable Limited Warranty on Components Other Than Glass

The non-glass portions of your Renewal by Andersen windows (including non-electric operators, locks, lifts, balance systems, hinges, handles, insect screens, weatherstripping, sash and frame members) are warranted to be free from defects in manufacturing, materials and workmanship for a period of ten (10) years from the original installation date.

In the event a component other than glass fails as a result of a defect in manufacturing, materials or workmanship within the limited warranty period, Renewal by Andersen, at its option, will: [1] provide and install the appropriate replacement parts or [2] provide a factory-authorized repair to the existing product. Such replacement or repair is warranted for the remainder of the original limited warranty period.

## Transferable Limited Warranty on Exterior Color Finish

The color finish on the Fibrex® material exterior components (frame, sash, window sills and grilles) on Renewal by Andersen windows is warranted to be free from manufacturing defects resulting in color fade greater than 5 delta-E* measured in accordance with ASTM D2244 for a period of ten (10) years from the original installation date.

What is not covered by this exterior color finish warranty: weatherstripping, accessories and hardware, including insect screen frames, handles, trim sets and lock components, exterior trim profiles and exterior aluminum coil stock.

In the event there is a defect covered by this limited warranty for exterior color finish within the limited warranty period, Renewal by Andersen, at its option, will: [1] refinish the product – labor is included (the finish will be applied with standard commercial refinishing techniques and may not be the same finish as originally applied to the product) or [2] repair or replace the product. Such replacement parts or repairs are warranted for the remainder of the original limited warranty period.

## Transferable Limited Warranty on Installation

Installation of your Renewal by Andersen windows or other Andersen window and/or door products by an authorized Renewal by Andersen contractor is warranted for a period of two (2) years from the date of original installation. During this period, should your Renewal by Andersen window or door fail to perform according to our specifications due to improper original installation, we will bring the workmanship up to our professional standards, at no cost to you.

This limited warranty on installation does not extend to labor/services performed by anyone other than the original authorized installer or other authorized Renewal by Andersen contractor, nor to the installation or repair of any finishing or other materials that have been applied to or adjacent to the product after the initial installation.

## No Other Warranties or Representations
THIS LIMITED WARRANTY IS IN LIEU OF ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. ALL WARRANTIES ARE LIMITED TO THE APPLICABLE STATUTE OF LIMITATIONS, BUT IN NO CASE WILL EXTEND BEYOND THE LIMITED WARRANTY PERIODS SPECIFIED ABOVE. RENEWAL BY ANDERSEN EXCLUDES AND WILL NOT BE LIABLE FOR ANY INCIDENTAL OR CONSEQUENTIAL DAMAGES, WHETHER ARISING OUT OF CONTRACT, TORT OR OTHERWISE. THE REMEDY OF REPAIR OR REPLACEMENT OF THE ACTUAL PURCHASE PRICE OF THE PRODUCT PROVIDED BY THIS LIMITED WARRANTY IS THE EXCLUSIVE REMEDY WITH RESPECT TO ANY AND ALL LOSS OR DAMAGE.

## Applicable Law
This Limited Warranty is only applicable in the U.S.A. (i.e. the fifty states and the District of Columbia) and Canada. This Limited Warranty gives you specific legal rights, and you may have other rights which vary from state to state or province. Some states do not allow the exclusion or limitation of incidental or consequential damages or limitation of the duration of an implied warranty, so the above limitations or exclusions may not apply to you. If any specific term of this Limited Warranty is prohibited by any applicable law, it shall be null and void, but the remainder of this Limited Warranty shall remain in full force and effect.

*Technical measurement of color fade.

**What is *Not* covered by this Limited Warranty**

### Specific Additional Exclusions

In addition to any other limitations or exclusions in this Limited Warranty, Renewal by Andersen shall have no obligation for product failure, damage or costs due to or related to the following:

- Product modifications or glass shading devices (e.g. glass tinting, security systems, improper painting or staining, insulated coverings, etc.)

- Failure due to the application of non Renewal by Andersen hardware (e.g. locksets, trim sets, hinges, panic hardware, closers, etc.)

- Water infiltration other than as a result of a defect in manufacturing, materials or workmanship

- Failure as a result of settling or structural failure of the structure in which the products are installed

- Condensation, other than as a result of a defect in manufacturing, materials or workmanship

- Improper maintenance, such as use of brick wash, razor blades, sealants, sanding or improper washing

- Failing to properly seal and maintain the exposed wood portions and veneer of a product in accordance to Renewal by Andersen painting or staining guidelines

- Fading of furniture, flooring, window coverings or other surrounding materials

- Chemicals or airborne pollutants, such as salt or acid rain

- Accidents

- Acts of God

- Normal wear and tear

Additional items excluded from this limited warranty:

- Products not manufactured by Renewal by Andersen

- Installation services by other than authorized Renewal by Andersen installers

- Removal of Renewal by Andersen windows from the structure in which it was originally installed by anyone other than an authorized Renewal by Andersen installer

- The performance of the low-maintenance exterior glass coating on products with high-performance Low-E4® glass – performance will vary depending on environmental conditions

- Slight glass curvature, minor scratches or other imperfections in the glass that do not impair structural integrity or significantly obscure normal vision

- Rattling of grille bars within an air space

- Insects passing through or around the insect screen

- Tarnish or corrosion to hardware finishes

- Special glazings – contact us concerning the limited warranty on special glazings

- Art glass and decorative insulated art glass, impact-resistant glass

- Renewal by Andersen Series 2 windows and patio doors, Andersen® A-Series windows and doors, 400 Series and 200 Series windows and doors, 400 Series windows with Stormwatch® protection and impact-resistant glass, 100 Series windows and doors, storm doors, E-Series windows and doors, Silver Line® windows and doors, American Craftsman® windows and doors and Weiland® windows and doors have their own limited warranties and are not covered by this Limited Warranty – for information on warranty coverage for these products, please refer to the specific limited warranties for these products – they are available at andersenwindows.com

### Warranty Claim Procedure

To make a claim under this Limited Warranty, contact the nearest Renewal by Andersen® showroom, our Warranty Service Line at 800-441-1109 or visit our website at renewalbyandersen.com. We will contact you to investigate your claim within approximately two weeks after notification and arrange for appropriate action. Warranty services may be provided by Renewal by Andersen and/or an authorized Renewal by Andersen service provider.

You can help us serve you faster by providing the following important information:

- The serial number of the affected product (e.g., located on a label affixed to the top or side of the window frame)

- Description of the product concerns

- Documentation of the purchase date, if available

- Your name, address (with zip code) where product is installed and telephone numbers

### Non-Warranty Repair

You will be responsible for all costs related to any repair that is not covered by this Limited Warranty or which is outside of the limited warranty period. When warranty coverage is unclear, Renewal by Andersen may charge an inspection fee for any on-site product inspections. If the inspector determines the Renewal by Andersen product has a defect covered by this Limited Warranty, the inspection fee will be waived.



"Renewal by Andersen" and other marks where denoted are trademarks of Andersen Corporation.
© 2016 Andersen Corporation. All rights reserved. Revised April 4, 2016. RBA10909



# THE LEAD-SAFE CERTIFIED GUIDE TO
# RENOVATE RIGHT

**WARNING**
LEAD WORK AREA
POISON
NO SMOKING
OR EATING

1-800-424-LEAD (5323)
epa.gov/getleadsafe
EPA-740-K-10-001
Revised September 2011

Important lead hazard information for families, child care providers and schools.

This document may be purchased through the **U.S. Government Printing Office** online at bookstore.gpo.gov or by phone (toll-free): **1-866-512-1800**.

# IT'S THE LAW!

Federal law requires contractors that disturb painted surfaces in homes, child care facilities and schools built before 1978 to be certified and follow specific work practices to prevent lead contamination. Always ask to see your contractor's certification.

Federal law requires that individuals receive certain information before renovating more than six square feet of painted surfaces in a room for interior projects or more than twenty square feet of painted surfaces for exterior projects or window replacement or demolition in housing, child care facilities and schools built before 1978.

• Homeowners and tenants: renovators must give you this pamphlet before starting work.

• Child care facilities, including preschools and kindergarten classrooms, and the families of children under six years of age that attend those facilities: renovators must provide a copy of this pamphlet to child care facilities and general renovation information to families whose children attend those facilities.



# WHO SHOULD READ THIS PAMPHLET?

### This pamphlet is for you if you:

• Reside in a home built before 1978.

• Own or operate a child care facility, including preschools and kindergarten classrooms, built before 1978, or

• Have a child under six years of age who attends a child care facility built before 1978.

### You will learn:

• Basic facts about lead and your health.

• How to choose a contractor, if you are a property owner.

• What tenants, and parents/guardians of a child in a child care facility or school should consider.

• How to prepare for the renovation or repair job.

• What to look for during the job and after the job is done.

• Where to get more information about lead.

### This pamphlet is not for:

• **Abatement projects.** Abatement is a set of activities aimed specifically at eliminating lead or lead hazards. EPA has regulations for certification and training of abatement professionals. If your goal is to eliminate lead or lead hazards, contact the National Lead Information Center at **1-800-424-LEAD (5323)** for more information.

• **"Do-it-yourself"** projects. If you plan to do renovation work yourself, this document is a good start, but you will need more information to complete the work safely. Call the National Lead Information Center at **1-800-424-LEAD (5323)** and ask for more information on how to work safely in a home with lead-based paint.

• **Contractor education.** Contractors who want information about working safely with lead should contact the National Lead Information Center at **1-800-424-LEAD (5323)** for information about courses and resources on lead-safe work practices.



1

# RENOVATING, REPAIRING, OR PAINTING?



- Is your home, your building, or the child care facility or school your children attend being renovated, repaired, or painted?

- Was your home, your building, or the child care facility or school where your children under six years of age attend built before 1978?

If the answer to these questions is YES, there are a few important things you need to know about lead-based paint.

This pamphlet provides basic facts about lead and information about lead safety when work is being done in your home, your building or the child care facility or school your children attend.

## The Facts About Lead

- Lead can affect children's brains and developing nervous systems, causing reduced IQ, learning disabilities, and behavioral problems. Lead is also harmful to adults.

- Lead in dust is the most common way people are exposed to lead. People can also get lead in their bodies from lead in soil or paint chips. Lead dust is often invisible.

- Lead-based paint was used in more than 38 million homes until it was banned for residential use in 1978.

- Projects that disturb painted surfaces can create dust and endanger you and your family. Don't let this happen to you. Follow the practices described in this pamphlet to protect you and your family.

# LEAD AND YOUR HEALTH

### Lead is especially dangerous to children under six years of age.



Lead can affect children's brains and developing nervous systems, causing:

- Reduced IQ and learning disabilities.
- Behavior problems.

**Even children who appear healthy can have dangerous levels of lead in their bodies.**

Lead is also harmful to adults. In adults, low levels of lead can pose many dangers, including:

- High blood pressure and hypertension.
- Pregnant women exposed to lead can transfer lead to their fetuses. Lead gets into the body when it is swallowed or inhaled.
- People, especially children, can swallow lead dust as they eat, play, and do other normal hand-to-mouth activities.
- People may also breathe in lead dust or fumes if they disturb lead-based paint. People who sand, scrape, burn, brush, blast or otherwise disturb lead-based paint risk unsafe exposure to lead.

### What should I do if I am concerned about my family's exposure to lead?

- A blood test is the only way to find out if you or a family member already has lead poisoning. Call your doctor or local health department to arrange for a blood test.
- Call your local health department for advice on reducing and eliminating exposures to lead inside and outside your home, child care facility or school.
- Always use lead-safe work practices when renovation or repair will disturb painted surfaces.

For more information about the health effects of exposure to lead, visit the EPA lead website at epa.gov/lead/pubs/leadinfo or call **1-800-424-LEAD (5323)**.

### There are other things you can do to protect your family every day.

- Regularly clean floors, window sills, and other surfaces.
- Wash children's hands, bottles, pacifiers, and toys often.
- Make sure children eat a healthy, nutritious diet consistent with the USDA's dietary guidelines, that helps protect children from the effects of lead.
- Wipe off shoes before entering the house.

## WHERE DOES THE LEAD COME FROM?

### Dust is the main problem.

The most common way to get lead in the body is from dust. Lead dust comes from deteriorating lead-based paint and lead-contaminated soil that gets tracked into your home. This dust may accumulate to unsafe levels. Then, normal hand to-mouth activities, like playing and eating (especially in young children), move that dust from surfaces like floors and window sills into the body.

### Home renovation creates dust.

Common renovation activities like sanding, cutting, and demolition can create hazardous lead dust and chips.

### Proper work practices protect you from the dust.

The key to protecting yourself and your family during a renovation, repair or painting job is to use lead-safe work practices such as containing dust inside the work area, using dust-minimizing work methods, and conducting a careful cleanup, as described in this pamphlet.

### Other sources of lead.

Remember, lead can also come from outside soil, your water, or household items (such as lead-glazed pottery and lead crystal). Contact the National Lead Information Center at **1-800-424-LEAD (5323)** for more information on these sources.



## CHECKING YOUR HOME FOR LEAD-BASED PAINT

Percentage of Homes Likely to Contain Lead



Age of Homes

Between 1960 – 1978 — 24%
Between 1940 – 1960 — 69%
Before 1940 — 87%

### Older homes, child care facilities, and schools are more likely to contain lead-based paint.

Homes may be single-family homes or apartments. They may be private, government-assisted, or public housing. Schools are preschools and kindergarten classrooms. They may be urban, suburban, or rural.

### You have the following options:

**You may decide to assume your home, child care facility, or school contains lead.** Especially in older homes and buildings, you may simply want to assume lead-based paint is present and follow the lead-safe work practices described in this brochure during the renovation, repair, or painting job.

**You can hire a certified professional to check for lead-based paint.** These professionals are certified risk assessors or inspectors, and can determine if your home has lead or lead hazards.

• A certified inspector or risk assessor can conduct an inspection telling you whether your home, or a portion of your home, has lead-based paint and where it is located. This will tell you the areas in your home where lead-safe work practices are needed.

• A certified risk assessor can conduct a risk assessment telling you if your home currently has any lead hazards from lead in paint, dust, or soil. The risk assessor can also tell you what actions to take to address any hazards.

• For help finding a certified risk assessor or inspector, call the National Lead Information Center at **1-800-424-LEAD (5323)**.

You may also have a certified renovator test the surfaces or components being disturbed for lead by using a lead test kit or by taking paint chip samples and sending them to an EPA-recognized testing laboratory. Test kits must be EPA-recognized and are available at hardware stores. They include detailed instructions for their use.

## FOR PROPERTY OWNERS

### You have the ultimate responsibility for the safety of your family, tenants, or children in your care.

This means properly preparing for the renovation and keeping persons out of the work area (see p. 8). It also means ensuring the contractor uses lead-safe work practices.

Federal law requires that contractors performing renovation, repair and painting projects that disturb painted surfaces in homes, child care facilities, and schools built before 1978 be certified and follow specific work practices to prevent lead contamination.

**Make sure your contractor is certified, and can explain clearly the details of the job and how the contractor will minimize lead hazards during the work.**

- You can verify that a contractor is certified by checking EPA's website at epa.gov/getleadsafe or by calling the National Lead Information Center at **1-800-424-LEAD (5323)**. You can also ask to see a copy of the contractor's firm certification.

- Ask if the contractor is trained to perform lead-safe work practices and to see a copy of their training certificate.

- Ask them what lead-safe methods they will use to set up and perform the job in your home, child care facility or school.

- Ask for references from at least three recent jobs involving homes built before 1978, and speak to each personally.

**Always make sure the contract is clear about how the work will be set up, performed, and cleaned.**

- Share the results of any previous lead tests with the contractor.

- You should specify in the contract that they follow the work practices described on pages 9 and 10 of this brochure.

- The contract should specify which parts of your home are part of the work area and specify which lead-safe work practices will be used in those areas. Remember, your contractor should confine dust and debris to the work area and should minimize spreading that dust to other areas of the home.

- The contract should also specify that the contractor will clean the work area, verify that it was cleaned adequately, and re-clean it if necessary.

### If you think a worker is not doing what he is supposed to do or is doing something that is unsafe, you should:

- Direct the contractor to comply with regulatory and contract requirements.
- Call your local health or building department, or
- Call EPA's hotline **1-800-424-LEAD (5323)**.

If your property receives housing assistance from HUD (or a state or local agency that uses HUD funds), you must follow the requirements of HUD's Lead-Safe Housing Rule and the ones described in this pamphlet.

## FOR TENANTS AND FAMILIES OF CHILDREN UNDER SIX YEARS OF AGE IN CHILD CARE FACILITIES AND SCHOOLS

### You play an important role ensuring the ultimate safety of your family.



This means properly preparing for the renovation and staying out of the work area (see p. 8).

Federal law requires that contractors performing renovation, repair and painting projects that disturb painted surfaces in homes built before 1978 and in child care facilities and schools built before 1978, that a child under six years of age visits regularly, to be certified and follow specific work practices to prevent lead contamination.

The law requires anyone hired to renovate, repair, or do painting preparation work on a property built before 1978 to follow the steps described on pages 9 and 10 unless the area where the work will be done contains no lead-based paint.

### If you think a worker is not doing what he is supposed to do or is doing something that is unsafe, you should:

- Contact your landlord.

- Call your local health or building department, or

- Call EPA's hotline **1-800-424-LEAD (5323)**.

If you are concerned about lead hazards left behind after the job is over, you can check the work yourself (see page 10).



# PREPARING FOR A RENOVATION

**The work areas should not be accessible to occupants while the work occurs.**

The rooms or areas where work is being done may need to be blocked off or sealed with plastic sheeting to contain any dust that is generated. Therefore, the contained area may not be available to you until the work in that room or area is complete, cleaned thoroughly, and the containment has been removed. Because you may not have access to some areas during the renovation, you should plan accordingly.

**You may need:**

• Alternative bedroom, bathroom, and kitchen arrangements if work is occurring in those areas of your home.

• A safe place for pets because they too can be poisoned by lead and can track lead dust into other areas of the home.

• A separate pathway for the contractor from the work area to the outside in order to bring materials in and out of the home. Ideally, it should not be through the same entrance that your family uses.

• A place to store your furniture. All furniture and belongings may have to be moved from the work area while the work is being done. Items that can't be moved, such as cabinets, should be wrapped in plastic.

• To turn off forced-air heating and air conditioning systems while the work is being done. This prevents dust from spreading through vents from the work area to the rest of your home. Consider how this may affect your living arrangements.

**You may even want to move out of your home temporarily while all or part of the work is being done.**

**Child care facilities and schools may want to consider alternative accommodations for children and access to necessary facilities.**



# DURING THE WORK

Federal law requires contractors that are hired to perform renovation, repair and painting projects in homes, child care facilities, and schools built before 1978 that disturb painted surfaces to be certified and follow specific work practices to prevent lead contamination.

The work practices the contractor must follow include these three simple procedures, described below:

1. **Contain the work area.** The area must be contained so that dust and debris do not escape from that area. Warning signs must be put up and plastic or other impermeable material and tape must be used as appropriate to:

   • Cover the floors and any furniture that cannot be moved.

   • Seal off doors and heating and cooling system vents.

   • For exterior renovations, cover the ground and, in some instances, erect vertical containment or equivalent extra precautions in containing the work area.

These work practices will help prevent dust or debris from getting outside the work area.

2. **Avoid renovation methods that generate large amounts of lead-contaminated dust.** Some methods generate so much lead-contaminated dust that their use is prohibited. They are:

   • Open flame burning or torching.

   • Sanding, grinding, planing, needle gunning, or blasting with power tools and equipment not equipped with a shroud and HEPA vacuum attachment.

   • Using a heat gun at temperatures greater than 1100°F.

There is no way to eliminate dust, but some renovation methods make less dust than others. Contractors may choose to use various methods to minimize dust generation, including using water to mist areas before sanding or scraping; scoring paint before separating components; and prying and pulling apart components instead of breaking them.

3. **Clean up thoroughly.** The work area should be cleaned up daily to keep it as clean as possible. When all the work is done, the area must be cleaned up using special cleaning methods before taking down any plastic that isolates the work area from the rest of the home. The special cleaning methods should include:

   • Using a HEPA vacuum to clean up dust and debris on all surfaces, followed by

   • Wet wiping and wet mopping with plenty of rinse water.

When the final cleaning is done, look around. There should be no dust, paint chips, or debris in the work area. If you see any dust, paint chips, or debris, the area must be re-cleaned.

# FOR PROPERTY OWNERS: AFTER THE WORK IS DONE

When all the work is finished, you will want to know if your home, child care facility, or school where children under six attend has been cleaned up properly.

## EPA Requires Cleaning Verification.

In addition to using allowable work practices and working in a lead-safe manner, EPA's RRP rule requires contractors to follow a specific cleaning protocol. The protocol requires the contractor to use disposable cleaning cloths to wipe the floor and other surfaces of the work area and compare these cloths to an EPA-provided cleaning verification card to determine if the work area was adequately cleaned. EPA research has shown that following the use of lead-safe work practices with the cleaning verification protocol will effectively reduce lead-dust hazards.

## Lead-Dust Testing.

EPA believes that if you use a certified and trained renovation contractor who follows the LRRP rule by using lead-safe work practices and the cleaning protocol after the job is finished, lead-dust hazards will be effectively reduced. If, however, you are interested in having lead-dust testing done at the completion of your job, outlined below is some helpful information.

**What is a lead-dust test?**
• Lead-dust tests are wipe samples sent to a laboratory for analysis. You will get a report specifying the levels of lead found after your specific job.

**How and when should I ask my contractor about lead-dust testing?**
• Contractors are not required by EPA to conduct lead-dust testing. However, if you want testing, EPA recommends testing be conducted by a lead professional. To locate a lead professional who will perform an evaluation near you, visit EPA's website at epa.gov/lead/pubs/locate or contact the National Lead Information Center at **1-800-424-LEAD (5323).**

• If you decide that you want lead-dust testing, it is a good idea to specify in your contract, before the start of the job, that a lead-dust test is to be done for your job and who will do the testing, as well as whether re-cleaning will be required based on the results of the test.

• You may do the testing yourself. If you choose to do the testing, some EPA-recognized lead laboratories will send you a kit that allows you to collect samples and send them back to the laboratory for analysis. Contact the National Lead Information Center for lists of EPA-recognized testing laboratories.



# FOR ADDITIONAL INFORMATION

You may need additional information on how to protect yourself and your children while a job is going on in your home, your building, or child care facility.

The National Lead Information Center at **1-800-424-LEAD (5323)** or epa.gov/lead/nlic can tell you how to contact your state, local, and/or tribal programs or get general information about lead poisoning prevention.



• State and tribal lead poisoning prevention or environmental protection programs can provide information about lead regulations and potential sources of financial aid for reducing lead hazards. If your state or local government has requirements more stringent than those described in this pamphlet, you must follow those requirements.

• Local building code officials can tell you the regulations that apply to the renovation work that you are planning.

• State, county, and local health departments can provide information about local programs, including assistance for lead-poisoned children and advice on ways to get your home checked for lead.

The National Lead Information Center can also provide a variety of resource materials, including the following guides to lead-safe work practices. Many of these materials are also available at epa.gov/lead/pubs/brochure



• Steps to Lead Safe Renovation, Repair and Painting.

• Protect Your Family from Lead in Your Home

• Lead in Your Home: A Parent's Reference Guide

For the hearing impaired, call the Federal Information Relay Service at 1-800-877-8339 to access any of the phone numbers in this brochure.

10                                                                                      11

# EPA CONTACTS

## EPA Regional Offices

EPA addresses residential lead hazards through several different regulations. EPA requires training and certification for conducting abatement and renovations, education about hazards associated with renovations, disclosure about known lead paint and lead hazards in housing, and sets lead-paint hazard standards.

Your Regional EPA Office can provide further information regarding lead safety and lead protection programs at epa.gov/lead.

**Region 1**
(Connecticut, Massachusetts, Maine, New Hampshire, Rhode Island, Vermont)
Regional Lead Contact
U.S. EPA Region 1
Suite 1100
One Congress Street
Boston, MA 02114-2023
(888) 372-7341

**Region 2**
(New Jersey, New York, Puerto Rico, Virgin Islands)
Regional Lead Contact
U.S. EPA Region 2
2890 Woodbridge Avenue
Building 205, Mail Stop 225
Edison, NJ 08837-3679
(732) 321-6671

**Region 3**
(Delaware, Maryland, Pennsylvania, Virginia, Washington, DC, West Virginia)
Regional Lead Contact
U.S. EPA Region 3
1650 Arch Street
Philadelphia, PA
19103-2029
(215) 814-5000

**Region 4**
(Alabama, Florida, Georgia, Kentucky, Mississippi, North Carolina, South Carolina, Tennessee)
Regional Lead Contact
U.S. EPA Region 4
61 Forsyth Street, SW
Atlanta, GA 30303-8960
(404) 562-9900

**Region 5**
(Illinois, Indiana, Michigan, Minnesota, Ohio, Wisconsin)
Regional Lead Contact
U.S. EPA Region 5
77 West Jackson Boulevard
Chicago, IL 60604-3507
(312) 886-6003

**Region 6**
(Arkansas, Louisiana, New Mexico, Oklahoma, Texas)
Regional Lead Contact
U.S. EPA Region 6
1445 Ross Avenue,
12th Floor
Dallas, TX 75202-2733
(214) 665-7577

**Region 7**
(Iowa, Kansas, Missouri, Nebraska)
Regional Lead Contact
U.S. EPA Region 7
901 N. 5th Street
Kansas City, KS 66101
(913) 551-7003

**Region 8**
(Colorado, Montana, North Dakota, South Dakota, Utah, Wyoming)
Regional Lead Contact
U.S. EPA Region 8
1595 Wynkoop Street
Denver, CO 80202
(303) 312-6312

**Region 9**
(Arizona, California, Hawaii, Nevada)
Regional Lead Contact
U.S. Region 9
75 Hawthorne Street
San Francisco, CA 94105
(415) 947-8021

**Region 10**
(Alaska, Idaho, Oregon, Washington)
Regional Lead Contact
U.S. EPA Region 10
1200 Sixth Avenue
Seattle, WA 98101-1128
(206) 553-1200

# OTHER FEDERAL AGENCIES

## CPSC

The Consumer Product Safety Commission (CPSC) protects the public from the unreasonable risk of injury or death from 15,000 types of consumer products under the agency's jurisdiction. CPSC warns the public and private sectors to reduce exposure to lead and increase consumer awareness. Contact CPSC for further information regarding regulations and consumer product safety.

**CPSC**
4330 East West Highway
Bethesda, MD 20814
Hotline 1-(800) 638-2772
cpsc.gov

## CDC Childhood Lead Poisoning Prevention Branch

The Centers for Disease Control and Prevention (CDC) assists state and local childhood lead poisoning prevention programs to provide a scientific basis for policy decisions, and to ensure that health issues are addressed in decisions about housing and the environment. Contact CDC Childhood Lead Poisoning Prevention Program for additional materials and links on the topic of lead.

**CDC Childhood Lead Poisoning Prevention Branch**
4770 Buford Highway, MS F-40
Atlanta, GA 30341
(770) 488-3300
cdc.gov/nceh/lead

## HUD Office of Healthy Homes and Lead Hazard Control

The Department of Housing and Urban Development (HUD) provides funds to state and local governments to develop cost-effective ways to reduce lead-based paint hazards in America's privately-owned low-income housing. In addition, the office enforces the rule on disclosure of known lead paint and lead hazards in housing, and HUD's lead safety regulations in HUD-assisted housing, provides public outreach and technical assistance, and conducts technical studies to help protect children and their families from health and safety hazards in the home. Contact the HUD Office of Healthy Homes and Lead Hazard Control for information on lead regulations, outreach efforts, and lead hazard control research and outreach grant programs.

**U.S. Department of Housing and Urban Development**
Office of Healthy Homes and Lead Hazard Control
451 Seventh Street, SW, Room 8236
Washington, DC 20410-3000
HUD's Lead Regulations Hotline
(202) 402-7698
hud.gov/offices/lead/



# SAMPLE PRE-RENOVATION FORM

This sample form may be used by renovation firms to document compliance with the Federal pre-renovation education and renovation, repair, and painting regulations.

## Occupant Confirmation

Pamphlet Receipt

❑ I have received a copy of the lead hazard information pamphlet informing me of the potential risk of the lead hazard exposure from renovation activity to be performed in my dwelling unit. I received this pamphlet before the work began.

_____

Printed Name of Owner-occupant

_____

Signature of Owner-occupant          Signature Date

## Renovator's Self Certification Option (for tenant-occupied dwellings only)

Instructions to Renovator: If the lead hazard information pamphlet was delivered but a tenant signature was not obtainable, you may check the appropriate box below.

❑ **Declined** – I certify that I have made a good faith effort to deliver the lead hazard information pamphlet to the rental dwelling unit listed below at the date and time indicated and that the occupant declined to sign the confirmation of receipt. I further certify that I have left a copy of the pamphlet at the unit with the occupant.

❑ **Unavailable for signature** – I certify that I have made a good faith effort to deliver the lead hazard information pamphlet to the rental dwelling unit listed below and that the occupant was unavailable to sign the confirmation of receipt. I further certify that I have left a copy of the pamphlet at the unit by sliding it under the door or by (fill in how pamphlet was left).

_____

Printed Name of Person Certifying Delivery          Attempted Delivery Date

_____

Signature of Person Certifying Lead Pamphlet Delivery

_____

_____

Unit Address

**Note Regarding Mailing Option** — As an alternative to delivery in person, you may mail the lead hazard information pamphlet to the owner and/or tenant. Pamphlet must be mailed at least seven days before renovation. Mailing must be documented by a certificate of mailing from the post office.

# Release Agreement

**dba: Renewal by Andersen of Oklahoma**
Legal Name: Oklahoma Windows and Doors LLC
9201 Polaris Drive Suite 200 I Oklahoma City, OK 73149
Phone: 405-608-5000 I Fax: 405-562-7880 I oksales@renewaloklahoma.com

**Susan Parisi**
1613 N Markwell Ave
Oklahoma City , OK 73127
H: ▮▮▮▮▮▮
C: ▮▮▮▮▮▮

I UNDERSTAND that my name, my company name, voice, picture, likeness, biographical materials, photo images of my home and/or person, and statements and/or opinions made by me, in whole or in part, edited or unedited, in any and all media (hereinafter "Information"), without limitation for any and all purposes (including but not limited to incorporating the material into commercials, advertisements, promotions, coupons, in-store displays, on-line programs, free standing inserts and/or publicity or other materials of Renewal by Andersen's products or services). I agree that Renewal by Andersen LLC will have the right to attribute this Information to me and that the Information is accurate to the best of my knowledge. No benefit has been given or promised to me in consideration of expressing my beliefs about Renewal by Andersen® products.

I hereby consent to the use of the Information to Renewal by Andersen LLC, their successors and assigns, for use without restriction as to frequency, scope or duration of usage.

In connection herewith, I hereby release and agree to hold harmless Renewal by Andersen LLC, its successors and assigns, each of them from any and all claims of any kind which I, my heirs, executors or assigns, may have on account of such use including what might be deemed to be misrepresentations of me, my character or my person due to distortion, optical illusion or faulty reproduction which may occur in the finished product.

I hereby agree to waive any compensation rights and/or benefits other than the publicity my business will receive from this advertisement for my participation in this project.

Renewal by Andersen LLC, its successors and assigns, shall be the absolute owner of any and all advertising materials (and all rights therein, including the copyright) produced pursuant to this Agreement.

No promise or representation which is not expressed herein has been made to me, and I have read this release, understand it and am signing it voluntarily.

**Buyer(s)**

*Susan Parisi*
_____
Signature

**Susan Parisi**
_____
Print Name

**1613 N Markwell Ave**
_____
Address

**Oklahoma City , OK 73127**
_____
City / State / Zip

_____
Signature

_____
Print Name

**1613 N Markwell Ave**
_____
Address

**Oklahoma City , OK 73127**
_____
City / State / Zip

**Witness**

_____
Signature

**Russell Kelley**
_____
Print Name

**11/23/21**
_____
Date



# Price Presentation Discounts

**dba: Renewal by Andersen of Oklahoma**
Legal Name: Oklahoma Windows and Doors LLC
9201 Polaris Drive Suite 200 | Oklahoma City, OK 73149
Phone: 405-608-5000 | Fax: 405-562-7880 | oksales@renewaloklahoma.com

**Susan Parisi**
1613 N Markwell Ave
Oklahoma City , OK 73127
H: (
C: (

| PROJECT PRICE BEFORE DISCOUNTS | $23,344 |
|---|---|

**INDIVIDUAL SAVINGS BASED ON 5 UNITS**

| **Advertised Offer** | Savings: |
|---|---|
| 20% Off Project | **$4,668** |

| **Sales Cost Savings Program (5%)** | Savings: **$933** |
|---|---|

**$5,601**
SAVINGS

| TOTAL PRICE: $17,743 | |
|---|---|

Exhibit 1.2

**From:** Russell Kelley <rkelley@renewaloklahoma.com>
**Sent:** Tuesday, November 23, 2021 11:20 PM
**To:** sparisi21@yahoo.com <sparisi21@yahoo.com>
**Cc:** OKSales <oksales@renewaloklahoma.com>
**Subject:** Agreement Confirmation for Susan Parisi

Thank you for your business. It has been a privilege to assist you with your replacement project. If there is anything else I can do for you, or if you are in need of any future service, please do not hesitate to contact me or the company using the contact information listed in the attached agreement.

Thanks again for your purchase.  I'm confident that you will love your new products for years to come.

Russell Kelley
(405)859-7472

If you are unable to view a PDF please use the link below:
https://get.adobe.com/reader/

Sent from my iPad



ParisiSusan_20
21-11-23.pdf