## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) SUSAN PARISI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-23-115-R |
| | ) | |
| (1) C CASHION WINDOWS, LLC d/b/a | ) | |
| RENEWAL BY ANDERSON OF | ) | |
| OKLAHOMA, and (2) BMO HARRIS | ) | |
| BANK, NA d/b/a GREENSKY, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT GREENSKY, LLC'S NOTICE OF JOINDER IN
DEFENDANT OKLAHOMA WINDOWS AND DOORS, LLC d/b/a RENEWAL
BY ANDERSON OF OKLAHOMA'S MOTION TO DISMISS THE AMENDED
CLASS ACTION COMPLAINT (OR STAY) AND COMPEL ARBITRATION**

Defendant GreenSky, LLC, incorrectly identified as BMO Harris Bank, NA d/b/a

GreenSky, LLC ("GreenSky") and, subject to and without waiving its motion to compel

arbitration, joins the Motion to Dismiss the Amended Class Action Complaint (or Stay)

and Compel Arbitration [Dkt.#68] and Memorandum of Law in Support [Dkt.#69] filed by

co-defendant Oklahoma Windows and Doors, LLC d/b/a Renewal by Anderson of

Oklahoma ("Oklahoma Windows"), and shows:

1.      Plaintiff Susan Parisi has filed a putative class action against GreenSky and

purports to assert claims against GreenSky under the Oklahoma Consumer Credit Code,

with respect to Parisi's GreenSky application for a loan from third parties to purchase

windows for her residence.  (Dkt.#36).  Parisi added Oklahoma Windows, the merchant

with whom she contracted to purchase windows, as a Defendant.  (Dkt.#36).

1

2.    GreenSky previously moved under Rule 12 to dismiss or to stay Parisi's claims pending contractual arbitration; this Court denied such motion.  (Dkt.#17, 18; Dkt.#66).  The time for GreenSky to move for reconsideration or appeal such ruling has not yet passed.

3.    Oklahoma Windows has also moved to dismiss or to stay Parisi's claims pending contractual arbitration.  (Dkt.#68, 69).  The time for Parisi to respond to such motion has not yet passed.

4.    GreenSky hereby provides notice that it joins the arbitration motion and adopts the arguments and evidence cited by Oklahoma Windows. (Dkt.#68, 69). *See*, *e.g., Ferrell v. Cypress Envtl. Mgmt.-TIR, LLC*, No. 20-5092, 2021 WL 5576677, at *1 (10th Cir. Nov. 30, 2021) (second defendant joined first defendant's motion to compel arbitration); *AerSale, Inc. v. City of Roswell, New Mexico*, No. 222CV00218MISDLM, 2023 WL 7165107, at *5 (D.N.M. Oct. 31, 2023) (noting joinder in co-defendant's Rule 12(b) motion).

Respectfully submitted,

Dated: December 28, 2023

*s/ Kyle R. Prince*
Derrick T. DeWitt, OBA #18044
Kyle R. Prince, OBA #33040
DeWITT PARUOLO & MEEK
P.O. Box 138800
Oklahoma City, OK 73113
T: (405) 705-3600
F: (405) 705-2573
ddewitt@46legal.com
kprince@46legal.com

-and-

Sean W. Fleming
*Admitted Pro Hac Vice*
Texas State Bar No. 24027250
MACDONALD DEVIN MADDEN
KENEFICK & HARRIS, P.C.
12770 Coit Road, Suite 1100
Dallas, Texas 75251
T: (214) 744-3300
F: (214) 747-0942
SFleming@MacdonaldDevin.com
***Attorneys for Defendant GreenSky, LLC,
incorrectly identified as BMO Harris Bank,
NA d/b/a GreenSky, LLC***

3

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of December, 2023, I electronically transmitted this document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

M. Kathi Rawls, OBA #18814
Minal Gahlot, OBA #22145
kathi@rawlsgahlot.com
minal@rawlsgahlot.com

    -and-

Janet R. Varnell, FBN #0071072
jvarnell@vandwlaw.com
*Attorneys for Plaintiffs*

Shelia D. Sayne, OBA #31213
shelia.sayne@outlook.com

Diane J. Zelmer
*Admitted Pro Hac Vice*
Florida Bar No.: 27251
djz@berensonllp.com
*Attorneys for Defendant*
*Oklahoma Windows and Doors, LLC d/b/a*
*Renewal by Anderson of Oklahoma*

                    *s/ Kyle R. Prince*

4