# EXHIBIT 1

# Declaration of Susan Parisi

## IN THE UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF OKLAHOMA

SUSAN PARISI,

        **Plaintiff,**

v.

OKLAHOMA WINDOWS AND
DOORS, LLC d/b/a RENEWAL BY
ANDERSON OF OKLAHOMA, and
BMO HARRIS BANK, NA d/b/a
GREENSKY, LLC,

        **Defendants.**

Case No.: 5:23-cv-00115-R

### DECLARATION OF SUSAN PARISI

1.    My name is Susan Parisi.  I make this declaration based on my personal knowledge.  I am over the age of 18.

2.    I am a citizen of Oklahoma, County of Oklahoma.

3.    I submit this declaration in support of Plaintiff's Opposition to Defendant Oklahoma Windows and Doors LLC d/b/a Renewal by Anderson of Oklahoma's ("Anderson") Motion to Dismiss and Compel Arbitration.

4.    After receiving advertisements sometime in late 2021 from Anderson offering doors and windows upgrades, I met at my home with its agent, Russell Kelley on or about November 23, 2021.

5.    At that time, we discussed the number of windows I needed and how long it would take to install them.

6.    I informed Mr. Kelley that I had just received a medical diagnosis of multiple myeloma cancer and that I would be starting chemotherapy soon.

7.    He confirmed that I was eligible for a loan to purchase the windows as advertised - a loan requiring zero money down, zero interest and zero payments for twenty-four months following the installation of the windows.

8.    Mr. Kelley stated I would need to sign a credit application so that GreenSky LLC ("GreenSky") could review my credit worthiness.

9.    Mr. Kelley came to the kitchen counter in my home and placed an iPad device in front of himself as I stood next to him.

10.    Mr. Kelley informed me that the iPad would be used to secure my signature authorizing a credit review, so I agreed to sign it.

11.    There were no disclosures regarding how the electronic signature would be utilized and no consent was given for its use, other than for the credit review.

12.    I was not informed of a right to review or provided with an opportunity to review a paper copy of the document I signed. I was never asked to provide consent to conduct transactions by electronic means or told that I had the right to withdraw such consent if I had given it.

13.    I was not informed that my signature could be used to agree to the terms of a loan without any further review or that it could be used to disburse lender financing funds to Anderson windows. I was never informed that my signature could be used on anything other than the credit check and the loan application.

2

14.    Mr. Kelley seemed like a nice honest man so I had no reason to distrust what he told me.

15.    I signed Mr. Kelley's iPad one time on one signature line.

16.    After I signed it, however, Mr. Kelley then "swiped" the iPad in an upward motion and stated, "he needed some additional signatures to secure the zero interest for two years and no payments for two years" loan program.

17.    When he presented each of the subsequent locations for my signatures on additional screens, I was not able to see what I was signing; the only thing visible on the iPad screen other than a signature line was a box I needed to "check" that permitted my original electronic signature to be affixed on the signature line.

18.    I believe I checked a box to affix my signature approximately twelve (12) times.

19.    I was never presented a hard copy of any contract, or contract terms to review prior to my checking the various "check" boxes appearing on the iPad screen.

20.    I was never told I was agreeing to arbitrate any claims or was waiving any rights. Mr. Kelley never explained that a material term of Anderson's loan was a restriction on my right to access the court or be part of a class action should we have a dispute.

21.    I only ever intended to *apply* for a loan requiring zero money down, zero interest for 24 months, and zero payments for 24 months after my windows were installed.

3

22.     Mr. Kelly immediately took the iPad, made a call to someone on his cell phone, and placed that person on speakerphone.

23.     The person on the speakerphone was a woman who identified herself as a representative of GreenSky, proceeded to inquire about my personal identification information, and then informed me that she would be calling me back to let me know if I was approved.

24.     After the call was completed, Mr. Kelley went around the exterior of my home with me, indicating which windows could be installed first, and which could wait until later.

25.     Less than 30 minutes later, Mr. Kelley's cell phone rang and it was the GreenSky representative, so he placed her on speakerphone again.

26.     GreenSky's telephone representative said, "Congratulations!  You have been approved for the 2-year loan program with GreenSky!"

27.     After he hung up, Mr. Kelley stated that another team from Oklahoma Windows would be coming to my home to measure the windows again to confirm his measurements.

28.     I was not given any opportunity to read the contract after learning I was approved.

29.     As he began to leave for his automobile, Mr. Kelley stated that he would send me a copy of the loan contract.

30.     I never received a copy of the contract from Mr. Kelley in the mail.

31.     Unknown to me, Mr. Kelley had emailed a copy of a contract between Anderson and myself that went to my "spam" or "junk" folder in my yahoo email account.

32.     I discovered this fact on or about August 14, 2023, when my attorney asked me to review my yahoo email account.

33.     The contract attached to Mr. Kelley's email shows Loan Plan 3541 with a 24-month promotional period and interest waived if the balance is paid off before the promotional period ends.

34.     Several of my electronic signatures were affixed without my authorization to pages which I had never seen previously, and which Mr. Kelly never described.

35.     Most of the electronic signatures are the same and show that my "checked" box filled in the electronic signatures on contract pages.

36.     Two of the signatures within the contract are not my electronic signature; I believe those signatures were forged by someone other than myself.

37.     The first forged signature is located on Page 5 of the document emailed to me by Mr. Kelley, identified as the "GreenSky Financing Form".

38.     The second forged signature is located on Page 6 of the document emailed to me by Mr. Kelley; identified as the "HOA authorization & Contact Form." That page contains a checked box for "NO HOA EXISTS for my project," followed by "Please proceed with placing my order." I did not check the box. The page also contains two other checked "yes" boxes for the statements, "IS THIS PROJECT

5

LIKE FOR LIKE" and "PROCEED WITH ORDER." I did not check either of these "yes" boxes.

39. Within a few days of our initial meeting, Mr. Kelley called me and told me that I did not qualify for the two year no interest no payment loan. He said that he did not know what happened, and that this had never happened before.

40. Thereafter, on or around November 26, 2021 to November 29, 2021, I received a letter from GreenSky stating that GreenSky sent a payment for $8,871.50 directly to Anderson.

41. On November 29, 2021, I received an email from GreenSky informing me that "[a]s a courtesy alert, a charge of $8,871.50 from Renewal by Andersen of Oklahoma" had been made from my loan. A true and accurate copy of that email is attached hereto as Attachment 1.

42. On November 29, 2021, I emailed GreenSky at service@Greensky.com to tell them that I had never been notified about this payment of $8,871.50 being made and that I had not authorized it. I explained that I applied for a two year "nothing down, no interest, no payments" loan and was promised nothing would be due until two years after windows were installed at my home. Also on November 29, 2021, GreenSky acknowledged my rejection of the charge. A true and correct copy of my email and GreenSky's acknowledgment is attached hereto as Composite Attachment 2.

43. Within a few days, GreenSky mailed me a contract, which was the first I had seen of any contract.

6

44.    GreenSky's Contract stated that it was for a loan called Plan 7541, and stated in capital letters that it was a different plan than I had requested, which required 84 monthly payments that began as soon as the windows were installed but no later than within six months.

45.    GreenSky told me it had removed its original offer because I did not qualify for it.  I refused to sign the GreenSky contract and objected to any release of funds to Anderson.  My emails objecting to any release of funds and GreenSky's responses are attached hereto as Composite Attachment 3.

46.    I never used or authorized use of the GreenSky Shopping Pass and specifically and expressly told GreenSky that I did not authorize its use.

47.    To date, no windows have been installed at my home, but GreenSky continued to bill me for payments and late fees until I filed this lawsuit.

48.    GreenSky ignored my requests for a copy of a signed contract and failed to conduct a written investigation.  GreenSky inexplicably closed my complaint after stating that I failed to "participate" in the investigation.

49.    In October of 2022, GreenSky informed me that it had cancelled the loan contract.

50.    My credit reports still reflect a balance due to BMO Harris/GreenSky of over $8,000.

51.    After this lawsuit was filed, I located three emails from GreenSky in my archived emails all sent within approximately five minutes on November 23, 2021. The first two, sent at 4:17 p.m. and 4:20 p.m., had the subject line, "It's Time to

Activate Your Loan!" and the third, sent at 4:22 p.m., had the subject line, "Congratulations on Activating Your Loan!" The third email indicated that I would need to register on the GreenSky Customer Portal to "review and save/print" the loan. I did not register on the customer portal or activate the loan. Copies of these GreenSky emails are attached hereto as Composite Attachment 4.

FURTHER DECLARENT SAY NOT.

.

Susan Parisi

**9**

# ATTACHMENT 1

# Renewal by Andersen of Ok - GreenSky Transaction Notification

From:   GreenSky Inc. (outgoing@email.greensky.com)

To:     sparisi21@yahoo.com

Date:   Monday, November 29, 2021 at 10:49 AM CST

Dear Susan,

Thank you for using the GreenSky Loan Program.

As a courtesy alert, a charge of $8,871.50 from Renewal by Andersen of Oklahoma has been made on your loan ending in 2561.

If you don't recognize this charge, please click HERE.

If you have any questions, please email us at service@greensky.com.

Thank you for using the GreenSky® Loan Program.

© 2020 GreenSky, LLC

Financing for GreenSky® consumer credit programs is provided by federally insured, federal and state chartered financial institutions without regard to age, race, color, religion, national origin, gender, or familial status.

GreenSky® is a registered trademark of GreenSky, LLC.

GreenSky® P.O. Box 24929, Atlanta, GA 30359

Licenses: NMLS #1416362

# ATTACHMENT 2

Case 5:23-cv-00015-R Document 56-1 Filed 10/28/23 Page 14 of 25

# Charge to my account

From: Susan Parisi (sparisi21@yahoo.com)

To: service@greensky.com

Date: Monday, November 29, 2021, 12:02 PM CST

OK, I was never informed/told that an $8000 + dollar charge was going to take place! 😞 I chose the two-year nothing down, no interest, no payment option. And was informed the clock started ticking when the windows were installed. So what else is going to be done without my knowledge? This little trick makes me think twice about proceeding. Someone best be taking to me about this. I am under treatment for bone marrow cancer and I don't need any more surprises! It is not right defined this out after the fact.
Susan Parisi

[Sent from Yahoo Mail for iPhone](#)

## Renewal by Andersen of Ok - GreenSky Transaction Notification

From: GreenSky Inc. (outgoing@email.greensky.com)

To: sparisi21@yahoo.com

Date: Monday, November 29, 2021 at 12:02 PM CST

Dear Susan,

Thank you for your response rejecting the charge of $8,871.50 from Renewal by Andersen of Ok on your loan ending in 2561. Renewal by Andersen of Ok will be in touch with you directly.

If you have any questions, please email us at service@greensky.com.

Thank you for using the GreenSky® Loan Program.

© 2020 GreenSky, LLC

Financing for GreenSky® consumer credit programs is provided by federally insured, federal and state chartered financial institutions without regard to age, race, color, religion, national origin, gender, or familial status.

GreenSky® is a registered trademark of GreenSky, LLC.

GreenSky® P.O. Box 24929, Atlanta, GA 30359

Licenses: NMLS #1416362

# ATTACHMENT 3

12/10/21, 12:20 AM
Yahoo Mail - Re: GreenSky case 04386281 [ ref:_00Dd0dh5w._500301VuXKY:ref ]
Case 5:23-cv-00115-R    Document 71-1    Filed 12/28/23    Page 17 of 25

## Re: GreenSky case 04386281 [ ref:_00Dd0dh5w._500301VuXKY:ref ]

From:   Customer Solutions (cst@greensky.com)

To:     sparisi21@yahoo.com

Date:   Thursday, December 2, 2021, 07:57 AM CST

Good Morning Susan,

After explaining the loan process, do you authorize this transaction? If you have any questions, please give me a call.

---------------- Original Message ----------------
**From:** Customer Solutions [cst@greensky.com]
**Sent:** 12/1/2021 5:02 PM
**To:** sparisi21@yahoo.com
**Subject:** Re: GreenSky case 04386281 [ ref:_00Dd0dh5w._500301VuXKY:ref ]

The account will be charged because it is part of the loan process but based on your loan plan, we will not bill you until the job is completed or purchase window expiration date-05/26/22. So the account is being charged but you are not going to be billed just yet.

---------------- Original Message ----------------
**From:** Susan Parisi [sparisi21@yahoo.com]
**Sent:** 12/1/2021 4:55 PM
**To:** cst@greensky.com
**Subject:** Re: GreenSky case 04386281 [ ref:_00Dd0dh5w._500301VuXKY:ref ]

Well it certainly would help to know this information up front which I wasn't told that there would be a "payment transaction" for $8,871.50 which I am NOT comfortable with. I was told there would NOT be any payment, NO interest, and etc. for two years. Renewal by Anderson wasn't "completely up front about the "FINE" print. I may have to re-think this whole thing. I do NOT have a date of installation, and I want to know do you place a lean on my home? And I am under treatment for a cancer diagnosis with a scheduled Transplant Date of February 2022. I am NOT authorizing any payment at this time to Renewal by Anderson. Respectfully Susan K. Parisi. You may call me or email me back.

On Wednesday, December 1, 2021, 08:21:05 AM CST, Customer Solutions <cst@greensky.com> wrote:

Good Morning,

Hope your day is going well.  My name is Erika and I am reaching out to you regarding your GreenSky account. There was a payment transaction for $8871.50, was there any reason why the payment was rejected? The merchant charges a percentage upfront on the loan the account. I wanted you  to be aware of the loan process. Please let me know if you have any questions.

Thank you,

Erika
Customer Solutions Account Manager
Office: 855-849-0088 Ext. 401

## Re: GreenSky case 04386281 [ ref:_00Dd0dh5w._500301VuXKY:ref ]

From:  Customer Solutions (cst@greensky.com)

To:    sparisi21@yahoo.com

Date:  Friday, December 10, 2021, 01:43 PM CST

Hi Susan,

I am sorry and understand your frustration. I have reached out to the merchant about your concern. Our records shows you signed agreeing to the loan terms. Loan plan 7541, you will not be billed until the project is fully completed. Once completed, you will have 24 months with interest waived and required minimum payment due. Please call me if you have further questions.

Thank you

--------------- Original Message ---------------
**From:** Susan Parisi [sparisi21@yahoo.com]
**Sent:** 12/10/2021 1:29 AM
**To:** cst@greensky.com
**Subject:** Re: GreenSky case 04386281 [ ref:_00Dd0dh5w._500301VuXKY:ref ]

You did NOT explain any loan process to me and I do NOT authorize any transaction which I have already stated. I do NOT do well with lies.  I have many questions related to this situation. I was told I qualified for a 24 month, NO money down, No Interest, and NO payment situation to begin 24 months after installation, now I am being told I did NOT qualify for that and you have removed that original offer. Well this is to inform you again that I am NOT doing business with you or Renewal by Anderson and IF you sent them money without my consent that is ON you NOT me. I did NOT authorize anything.   I will provide you the name of my attorney and they will deal with this. This is a very sketchy situation you have set up with Renewal by Anderson I suggest this gets straightened out quickly.   Susan Parisi

On Thursday, December 2, 2021, 07:57:40 AM CST, Customer Solutions <cst@greensky.com> wrote:

Good Morning Susan,

After explaining the loan process, do you authorize this transaction? If you have any questions, please give me a call.

--------------- Original Message ---------------
**From:** Customer Solutions [cst@greensky.com]
**Sent:** 12/1/2021 5:02 PM
**To:** sparisi21@yahoo.com
**Subject:** Re: GreenSky case 04386281 [ ref:_00Dd0dh5w._500301VuXKY:ref ]

The account will be charged because it is part of the loan process but based on your loan plan, we will not bill you until the job is completed or purchase window expiration date-05/26/22. So the account is being charged but you are not going to be billed just yet.

--------------- Original Message ---------------
**From:** Susan Parisi [sparisi21@yahoo.com]

# ATTACHMENT 4

Emails from GreenSky

----- Forwarded Message -----
**From:** GreenSky <noreply@email.greensky.com>
**To:** "sparisi21@yahoo.com" <sparisi21@yahoo.com>
**Sent:** Tuesday, November 23, 2021 at 04:17:27 PM CST
**Subject:** Time to Activate Your Loan!



# It's Time to Activate Your Loan!

**Application ID:** 2111233004

Susan,

Congratulations on qualifying for a GreenSky· Program loan! You are a few short steps away from being able to use your loan to pay for your project.

If you wish to use your GreenSky· loan to make a purchase with your merchant, as a next step, you must activate your GreenSky· account by completing the following steps:
1. Activate your account by selecting this dqn or the button below.
2. Enter the last four digits of your Social Security number.
3. Review and save/print your loan agreement.
4. Follow the remaining prompts to complete the activation process.

**Activate Your Loan**

*If you did NOT authorize this account, please contact us at* vhuylfhC juhhqvn|1frp *or* ;990k690B935 *immediately!*

## Upcoming Milestones for Your Loan

*For additional details about your loan, review the* xsfrp lqj#p ldvwrqhv *document.*

**1**    **Activate Your Account - You are here**

**2**    **Register on the Customer Portal**

**3**    **Transact on Your Account**

**4**    **First Statement Available**

**5**    **Purchase Window Closes**

**6**    **Repay Your Loan**

We appreciate you choosing us for your financing needs.
Regards,
BMO HARRIS BANK N.A.
The GreenSky® Program

Contact us at ;990-6903935 or visit us online at z z z 1juhhqvn|1frp

GreenSky® and GreenSky Patient Solutions® Program are program names for certain consumer credit plans extended by participating lenders to borrowers for the purchase of goods and/or services from participating merchants/providers. Participating lenders are federally insured, equal opportunity lender banks. GreenSky® and GreenSky Patient Solutions® are registered trademarks of GreenSky, LLC. GreenSky Servicing, LLC services the loans on behalf of participating lenders. NMLS #1416362

© 2006 - 2020 GreenSky LLC, a technology company. All Rights Reserved.

2

----- Forwarded Message -----
**From:** GreenSky <noreply@email.greensky.com>
**To:** "sparisi21@yahoo.com" <sparisi21@yahoo.com>
**Sent:** Tuesday, November 23, 2021 at 04:20:28 PM CST
**Subject:** Time to Activate Your Loan!



# It's Time to Activate Your Loan!

**Application ID:** 2111233004

Susan,

Congratulations on qualifying for a GreenSky· Program loan! You are a few short steps away from being able to use your loan to pay for your project.

If you wish to use your GreenSky· loan to make a purchase with your merchant, as a next step, you must activate your GreenSky· account by completing the following steps:
1. Activate your account by selecting this dqn or the button below.
2. Enter the last four digits of your Social Security number.
3. Review and save/print your loan agreement.
4. Follow the remaining prompts to complete the activation process.

**Activate Your Loan**

*If you did NOT authorize this account, please contact us at* vhuylfhC juhhqvn|1frp *or* ;990‹690)935 *immediately!*

# Upcoming Milestones for Your Loan

*For additional details about your loan, review the* <u>xsfrp lqj#p lchvwrqhv</u> *document.*

**1**     **Activate Your Account - You are here**

**2**     **Register on the Customer Portal**

**3**     **Transact on Your Account**

**4**     **First Statement Available**

**5**     **Purchase Window Closes**

**6**     **Repay Your Loan**

---

We appreciate you choosing us for your financing needs.
Regards,
BMO HARRIS BANK N.A.
The GreenSky® Program

---

Contact us at <u>;990k690B935</u> or visit us online at <u>z z z 1juhhqvn|1frp</u>

GreenSky® and GreenSky Patient Solutions® Program are program names for certain consumer credit plans extended by participating lenders to borrowers for the purchase of goods and/or services from participating merchants/providers. Participating lenders are federally insured, equal opportunity lender banks. GreenSky® and GreenSky Patient Solutions® are registered trademarks of GreenSky, LLC. GreenSky Servicing, LLC services the loans on behalf of participating lenders. NMLS #1416362

© 2006 - 2020 GreenSky LLC, a technology company. All Rights Reserved.

2

----- Forwarded Message -----
**From:** GreenSky Inc. <outgoing@email.greensky.com>
**To:** Susan <sparisi21@yahoo.com>
**Sent:** Tuesday, November 23, 2021 at 04:22:49 PM CST
**Subject:** Congratulations on Activating Your Loan!



# Congratulations on Activating Your Loan!

**Application ID:** 2111233004

Susan,

You have successfully activated your GreenSky• Program loan. You are now able to use your GreenSky• loan to make purchases with your merchant! You will be notified whenever a purchase is made on your account. This notification will inform you of any action required.

You can learn more about your loan by z dwfk lqj#wklv#vkruw#ylghr1

## Register on the Customer Portal

Here's a quick reminder to complete your registration to access the GreenSky• Customer Portal, where you can:
  • Review and save/print your loan documents.
  • Sign up for AutoPay & Paperless Billing.
  • Access your statements.

To register, all you need is your Application ID and your Account Number. Find out where to easily find this information khuh.

**Complete Registration**

*If you did NOT authorize this account, please contact us at* <u>vhuylfhC juhhqvn|1frp</u> *or* ;990‹690ʒ935 *immediately!*

## Upcoming Milestones for Your Loan

*For additional details about your loan, review the* <u>xsfrp lqj‡p ldvwrqhv</u> *document.*

✓  **Activate Your Account**

②  **Register on the Customer Portal - You are Here**

③  **Transact on Your Account**

④  **First Statement Available**

⑤  **Purchase Window Expires**

⑥  **Repay Your Loan**

Regards,
BMO HARRIS BANK N.A.
The GreenSky® Program

Contact us at ;990‹690ʒ935 or visit us online at <u>z z z 1juhhqvn|1frp</u>

GreenSky® and GreenSky Patient Solutions® Program are program names for certain consumer credit plans extended by participating lenders to borrowers for the purchase of goods and/or services from participating merchants/providers. Participating lenders are federally insured, equal opportunity lender banks. GreenSky® and GreenSky Patient Solutions® are registered trademarks of GreenSky, LLC. GreenSky Servicing, LLC services the loans on behalf of participating lenders. NMLS #1416362

©2006 - 2021 GreenSky LLC, a technology company. All Rights Reserved.

2