## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) SUSAN PARISI, | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. CIV-23-115-R |
| | ) | |
| (1) C CASHION WINDOWS, LLC d/b/a | ) | |
| RENEWAL BY ANDERSON OF | ) | |
| OKLAHOMA, and (2) BMO HARRIS | ) | |
| BANK, NA d/b/a GREENSKY, LLC, | ) | |
| *Defendants.* | ) | |

## DEFENDANT GREENSKY, LLC'S
## <u>NOTICE OF APPEAL</u>

Pursuant to Federal Rules of Appellate Procedure 3 and 4(a), and the Federal Arbitration Act, Defendant GreenSky, LLC, incorrectly identified as BMO Harris Bank, NA d/b/a GreenSky, LLC ("GreenSky") hereby appeals to the United States Court of Appeals for the Tenth Circuit from Court's Order (Doc. 66) denying GreenSky's Motion to Compel Arbitration (Doc. 17) and Motion to Dismiss All Claims Pursuant to Federal Rule of Civil Procedure 12(b)(3) (Doc. 46), entered on December 1, 2023. Fed. R. App. P. 3, 4(a); 9 USC § 16; *Ansari v. Qwest Communications Corp*., 414 F.3d 1214 (10th Cir. 2005). Please take note that GreenSky also filed a motion to reconsider such Order, which is pending as of the date of this notice.

Respectfully submitted,

Dated: December 29, 2023          */s/ Sean W. Fleming*

Sean W. Fleming
*Admitted Pro Hac Vice*
Texas State Bar No. 24027250
MACDONALD DEVIN MADDEN
KENEFICK & HARRIS, P.C.
12770 Coit Road, Suite 1100
Dallas, Texas 75251
T: (214) 744-3300
F: (214) 747-0942
SFleming@MacdonaldDevin.com

Derrick T. DeWitt, OBA #18044
Kyle R. Prince, OBA #33040
DeWITT PARUOLO & MEEK
P.O. Box 138800
Oklahoma City, OK 73113
T: (405) 705-3600
F: (405) 705-2573
ddewitt@46legal.com
kprince@46legal.com

***Attorneys for Defendant GreenSky, LLC, incorrectly identified as BMO Harris Bank, NA d/b/a GreenSky, LLC***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 29th day of December, 2023, I electronically transmitted this document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

M. Kathi Rawls, OBA #18814
Minal Gahlot, OBA #22145
kathi@rawlsgahlot.com
minal@rawlsgahlot.com

Janet R. Varnell, FBN #0071072
jvarnell@vandwlaw.com

*Attorneys for Plaintiffs*

*/s/ Sean W. Fleming*

3004943