**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**January 12, 2024**

**Christopher M. Wolpert**
**Clerk of Court**

_____

SUSAN PARISI,

     Plaintiff - Appellee,

v.

GREENSKY, LLC, (incorrectly identified
as BMO Harris Bank, NA, d/b/a Greensky,
LLC),

     Defendant - Appellant,

and

OKLAHOMA WINDOWS AND DOORS
LLC, d/b/a Renewal by Andersen of
Oklahoma,

     Defendant.

No. 23-6218
(D.C. No. 5:23-CV-00115-R)
(W.D. Okla.)

_____

**ORDER**

_____

This matter is before the court upon review of the appellant's docketing statement

and the district court docket. The appellant filed a motion in the district court that appears

to be a tolling motion pursuant to Federal Rule of Appellate Procedure 4(a)(4)(A) (ECF

No. 72). *See* Fed. R. App. P. 4(a)(4)(B)(i) (if any party files motion under Rule

4(a)(4)(A), notice of appeal becomes effective upon entry of order disposing of that

motion). Relevant to this interlocutory appeal, the appellant's motion asks the district

court to reconsider a portion of the order being appealed, which is that court's December

1, 2023 order (ECF No. 66) denying the appellant's motion to compel arbitration (and other matters). Although the plaintiff has filed a response to the motion to reconsider (ECF No. 76), the district court has not addressed the motion at this time.

With this motion pending, proceedings in this appeal are abated until the district court resolves it. The appellant shall file a report on February 12, 2024, to advise this court about the status of proceedings involving its motion to reconsider. Should the motion to reconsider be resolved sooner, the appellant shall notify this court within five days after receiving notice that the district court disposed of the motion.

Entered for the Court
CHRISTOPHER M. WOLPERT, Clerk

*Lara Smith*

by: Lara Smith
    Counsel to the Clerk