**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**February 21, 2024**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

SUSAN PARISI,

     Plaintiff - Appellee,

v.

GREENSKY, LLC, (incorrectly identified
as BMO Harris Bank, NA, d/b/a Greensky,
LLC),

     Defendant - Appellant,

and

OKLAHOMA WINDOWS AND DOORS
LLC, d/b/a Renewal by Andersen of
Oklahoma,

     Defendant.

No. 23-6218
(D.C. No. 5:23-CV-00115-R)
(W.D. Okla.)

_____

**ORDER**
_____

This matter is before the court on the appellant's Second Status Report. On

January 12, 2024, this court issued an order abating proceedings in this appeal due to a

pending district court motion to reconsider the order being appealed. The appellant now

reports the district court entered an order on February 14, 2024, denying the motion to

reconsider (ECF No. 83). With the reason for the abatement resolved, the abatement of

proceedings in this appeal is lifted.

The appellant reports that the other defendant, Oklahoma Windows and Doors LLC d/b/a Renewal by Anderson of Oklahoma, will be filing a separate appeal from an order denying its motion to compel arbitration. The appellant anticipates that the defendants will request procedural consolidation of the appeals. Therefore, we will suspend briefing on the merits in this appeal through March 15, 2024. Absent other action by the parties and the court before this date, the appellant in this appeal must file its opening brief and appendix by April 24, 2024.

Entered for the Court
CHRISTOPHER M. WOLPERT, Clerk

*Lara Smith*

by: Lara Smith
  Counsel to the Clerk