UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

June 30, 2025

Carmelita Reeder Shinn
United States District Court for the Western District of Oklahoma
Office of the Clerk
200 NW 4th Street
Oklahoma City, OK 73102

**RE:    23-6218 & 24-6043, Parisi v. GreenSky, et al**
Dist/Ag docket: 5:23-CV-00115-R

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's June 6, 2025 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court/agency.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:      Derrick T. DeWitt
Sean W. Fleming
Barry Goheen
Hannah Meredith Kieschnick
Shelby Hannah Leighton
Pamela G. Levinson
Kyle R. Prince
M. Kathi Rawls
Sheila D. Sayne
Janet R. Varnell
Diane J. Zelmer

CMW/at