**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

SUSAN PARISI,

    Plaintiff,

vs.

                                        CASE NO. CIV-23-cv-115-R

                                        (Removed from the District Court of Oklahoma County, State of Oklahoma, Case No. CJ-2022-5727)

OKLAHOMA WINDOWS AND DOORS,
LLC d/b/a RENEWAL BY ANDERSON OF
OKLAHOMA AND BMO HARRIS
BANK, NA d/b/a GREENSKY, LLC,

    Defendants.

_____/
_____

**DEFENDANT, OKLAHOMA WINDOWS AND DOORS, LLC**

**d/b/a RENEWAL BY ANDERSON OF OKLAHOMA'S MOTION TO DISMISS**

**THE (SECOND) AMENDED PETITION AND MOTION TO CERTIFY CLASS**

**ACTION**

_____

Defendant, OKLAHOMA WINDOWS AND DOORS, LLC d/b/a RENEWAL BY ANDERSON OF OKLAHOMA ("OKLAHOMA WINDOWS" or the "Defendant"), by and through their undersigned counsel, pursuant to Rule 12(b)(1), Rule 12(b)(6) and Rule 12(f), hereby file this Motion to Dismiss the (Second) Amended Petition and Motion to Certify Class Action [Doc. 36].  The grounds, reasoning and authority for this Motion are



set forth in the Memorandum of Law in support thereof, which is being filed simultaneously herewith.

Dated:  August 12, 2025            Respectfully submitted,

 /s/ Diane J. Zelmer_____
Diane J. Zelmer, Esq. (pro hac vice)
FL Bar No. 27251
BERENSON LLP
4495 Military Trail, Suite 203
Jupiter, Florida 33458
Telephone: 561-429-4496
Email: djz@berensonllp.com
*Attorney for Defendant, OKLAHOMA WINDOWS AND DOORS, LLC*

Sheila D. Sayne, Esq., OBA # 31213
Sayne Law PLLC
P.O. Box 33309
Tulsa, Oklahoma 74153-3309
Telephone: 918-740-3013
sheila.sayne@outlook.com
*Attorney for Defendant, OKLAHOMA WINDOWS AND DOORS, LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed and served electronically using CM/ECF, which is served upon all parties of record on the list for this case on this 12th day of August, 2025.

Respectfully submitted,

/s/ Diane J. Zelmer
Diane J. Zelmer, Esq., Fla. Bar 27251

