# EXHIBIT 1

 

000026

12/07/2021

Account Activity Update

Dear SUSAN K PARISI,

For your records, this is an account activity update.

Please note: **No payment is due and no interest will be charged until your project is complete.***

You can also go to www.greenskyonline.com to access your account online and review your loan documents.

Regards,

BMO HARRIS BANK N.A.
GreenSky® Program

If you did NOT authorize this account or these charges, please contact us at service@greensky.com or **866-936-0602** immediately!

* This is what Complete means: The **purchase window will close on 05/26/2022** or when your merchant submits a final transaction and confirms the job is complete, whichever comes first.



PO BOX 29429 | ATLANTA, GA 30359



T1 P0 **SNGLP 145117-4-7-3 - 26
SUSAN K PARISI

000026
1/2



000026