# EXHIBIT 5



PO Box 29429
Atlanta, GA 30359

12/27/2021

SUSAN K PARISI

Dear SUSAN,

GreenSky® received your complaint. This matter is important to us, and GreenSky is committed to working with you to resolve your complaint.

In order to address your concerns, we need additional information from you. Our Customer Solutions Advocate has made several efforts to reach you for this additional information, but has been unsuccessful in those attempts.

Because we are unable to resolve your complaint without your participation, we have closed this matter at this time. Upon receipt of the needed information, we will happily reopen your case for further investigation. Please note that your loan and obligations under the loan agreement are still in effect. In order to protect your credit, please continue to make your required payments.

Our goal is to provide excellent customer service, and we are eager to address your concern. To provide the information requested, please contact your Customer Advocate at 855-849-0088 and reference this letter. If your concern has already been addressed and resolved, please let us know.

Sincerely,

GreenSky® Loan Services

2111233004

201802_1_1 Rev