UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| SUSAN PARISI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. CIV-23-115-R |
| | ) | |
| OKLAHOMA WINDOWS AND | ) | |
| DOORS,  LLC d/b/a RENEWAL BY | ) | |
| ANDERSON OF OKLAHOMA; | ) | |
| BMO HARRIS BANK, NA, and | ) | |
| GREENSKY, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court are the Motions to Dismiss filed by Defendants GreenSky, LLC and Oklahoma Windows and Doors, LLC [Doc. Nos. 99, 100, 101]. During the pendency of the Motions, Plaintiff filed an Amended Complaint [Doc. No. 129]. This Amended Complaint "supersedes the original and renders it of no legal effect." *Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991) (internal quotation omitted).

Defendants' Motions to Dismiss [Doc. Nos. 99, 100, 101] are therefore DENIED without prejudice to resubmission, if appropriate.

IT IS SO ORDERED this 25th day of February, 2026.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE