## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **SUSAN PARISI,** | |
| **Plaintiff,** | |
| v. | **Case No.: 5:23-cv-00115-R** |
| **OKLAHOMA WINDOWS AND DOORS, LLC d/b/a RENEWAL BY ANDERSEN OF OKLAHOMA, and BMO HARRIS BANK, NA d/b/a GREENSKY, LLC,** | **CLASS ACTION** |
| **Defendants.** | |

## NOTICE OF RECENT DEVELOPMENT

Plaintiff Susan Parisi ("Parisi"), by and through her undersigned counsel, hereby submits this Notice of Recent Development to apprise the Court that on May 26, 2026, Defendant GreenSky, LLC ("GreenSky") entered into an Assurance of Voluntary Compliance with the Attorney General of Florida (the "Florida Assurance") concerning GreenSky lending practices. *See* Ex. 1, attached hereto. According to the Assurance, on the same day, GreenSky also entered into an Assurance of Voluntary Compliance on substantially similar terms as the Florida Assurance with each of the Attorneys General for the states of Alabama, Alaska, Georgia, and Texas, as well as with the Attorney General of the District of Columbia (the "Other Assurances") (collectively, the "Assurances").[1]

---

[1] Greensky Holdngs, LLC, also entered into the Assurance of Voluntary Compliance. Ex. 1.

Because the Assurances were executed after briefing on Defendants' Motion to Dismiss had closed, Plaintiff could not have brought this development to the Court's attention earlier. Parisi believes that this Court should be aware of this development.

### GreenSky Entered Assurances Resolving Investigations into Substantially Identical Conduct with Six Attorney Generals

Six Attorney Generals opened investigations into GreenSky's alleged practice of allowing merchants to open finance agreements for home improvements. The Attorneys Generals' investigation considered whether GreenSky violated consumer protection and trade practices statutes and regulations of each state. Ex. 1, n. 1.  The Assurances require GreenSky to implement extensive changes relating to loan authorization, transaction approval, merchant oversight, complaint resolution, and consumer-protection practices.

Although the Assurances expressly state that GreenSky does not admit liability or wrongdoing, the Assurances nevertheless impose substantial injunctive obligations, compliance monitoring, recordkeeping requirements, and monetary payments. Among other requirements, the Assurances require GreenSky to implement enhanced borrower-authentication procedures, account-activation controls, transaction-confirmation procedures, merchant-oversight requirements, and remediation procedures relating to unauthorized loans and transactions. Ex. 1, at 8-13.[2]

---

[2] The Assurances also include further protections for seniors, and commitments to complaint resolution practices. *Id.*, at 19-22.

The Assurances include ongoing compliance reporting, monitoring, and record-keeping, and additional whistleblowing provisions. *Id*., at 24-29. The Assurances also include consumer-redress provisions and monetary payments. *Id*., at 22-23, 31-32.

Parisi provides this Notice solely to apprise the Court of this post-briefing development and does not request any additional briefing.

Dated: June 10, 2026

**VARNELL & WARWICK, P.A.**

/s/ Janet R. Varnell
Janet R. Varnell, FBN: 0071072
400 N. Ashley Drive, Suite 1900
Tampa, FL  33602
Telephone: (352) 753-8600
jvarnell@vandwlaw.com

**RAWLS LAW OFFICE PLLC**

/s/ M. Kathi Rawls
M. Kathi Rawls, OBA #18814
222 NW 13th   St.
Oklahoma City,  OK  73103
Kathi@carfraud.net
mkr@rawlslawoffice.com

**NATIONAL ASSOCIATION OF
CONSUMER ADVOCATES**
Eric Zell, Ohio Bar #0084318
1215 17th St. NW, 5th Floor
Washington, DC 20006
202-452-1989 x111
eric@consumeradvocates.org

***Attorneys for Plaintiff and the Putative Class***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 10, 2026, I electronically filed the foregoing with the Clerk of the Court through the CM/ECF System, which will send a notice of electronic filing to all counsel of record.

/s/ Janet R. Varnell
Janet R. Varnell